RECEIVED
JUN 26 2006
Property of U.S. District Court
District of Rhode Island

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

MARY ANN KING
And PHILLIP KING,
Plaintiffs

v.

STAPLES, INC.; IZZY DESIGN
JSJ CORPORATION;
JOHN DOE COMPANY,
Defendants

C.A. No.: 06-258S

***STIPULATION TO ENLARGE TIME IN WHICH TO RESPOND TO PLAINTIFFS' COMPLAINT***

Pursuant to U.S. District Court Local Rule 29, it is hereby stipulated and agreed that the time within which a response to plaintiffs' complaint shall be served by the defendant, JSJ Corporation, is enlarged to and includes July 17, 2006.

Amato A. DeLuca (#
DeLuca & Weizenbaum
36 Exchange Terrace
Providence, RI 02903
(401) 453-1500

Dated: 6/26/06

Donna M. Lamontagne

Donna M. Lamontagne (#5138)
Zizik, Powers, O'Connell, Spaulding & Lamontagne
40 Westminster Street, Suite 201
Providence, RI 02903
(401) 421-7110

ENTER
WILLIAM E. SMITH
U.S. DISTRICT JUDGE

DATE 6/26/06