AO 440 (Rev. 10/93) Summons in a Civil Action 63381

# UNITED STATES DISTRICT COURT

District of Rhode Island

Mary Ann King and Phillip King

V.

Izzy Design; et al.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: CA 0 258

TO: (Name and address of Defendant)

Izzy Design
C/O Registered Agent
Michael D. Metzger
700 Robbins Road
Grand Haven, MI 49417

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Amato A. DeLuca, Esq.
DeLuca & Weizenbaum, Ltd.
199 North Main Street
Providence, RI 02903

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE 5/25/06

Barbara Barletta
(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me(1) | DATE 6/7/06 |
|---|---|
| NAME OF SERVER (PRINT) Gary Ruttan | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the third-party defendant. Place where served: Michael D Metzger 700 Robbins Rd Grand Haven MI 49417

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: ____

☐ Returned unexecuted: ____

☐ Other (specify): ____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 6/9/06
Date

[signature]
Signature of Server

235 Fulton St. Ste 102 Grand Haven, MI 49417
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

KING, MARY ANN & PHILLIP, Plaintiff
-V-
IZZY DESIGN, Defendant

Case No: CA 0 258

Invoice no: 63381

# AFFIDAVIT OF SERVICE

I hereby certify that on June 7th, 2006 at 13:35:00,
I served true copies of the herein described documents.

On: RES. AGT. MICHAEL D. METZGER
IZZY DESIGN
700 ROBBINS ROAD
Grand Haven, MI 49417

By then and there delivering copies of:

SUMMONS

ATTACHMENTS

COMPLAINT

and charged the following:

OUT OF STATE PAPER

Total: ______________

I further affirm that I am a citizen of the United States, over the age of eighteen and not a party to this action. And that within the boundaries of the state where service was effected, I was authorized by law to perform said service.

Dated : June 09, 2006

GARY RUTTAN, PROCESS SERVER
BOBELDYK & ASSOCIATES INC.
COURT OFFICER
P.O. BOX 203
GRAND HAVEN, MI 49417-0203

Subscribed and sworn to before me this 9th day of June, 2006

Notary Public
Ottawa County, MI
My Commission Expires:

ROBIN M. NIENHUIS
Notary Public, State of Michigan
County of Ottawa
My Commission Expires Mar. 26, 20
Acting in the County of ______________