JTM:ems 06-222 6/21/06

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

MARY ANN KING
and PHILLIP KING

VS. C.A. No. 1:06-cv-0258-S-DLM

STAPLES, INC; IZZY DESIGNS;
JSJ CORPORATION;
JOHN DOE COMPANY

# STIPULATION

***In the above-entitled cause it is agreed that the following entry be made:***

The time within which defendant, Staples, Inc. may respond to the complaint of plaintiffs is extended to and including July 7, 2006.

Michael T. Eskey, Esq. #3035
DeLuca & Weizenbaum, Ltd.
199 North Main Street
Providence, RI 02903
(401) 453-1500 – telephone
(401) 453-1501 – fax
*Attorney for Plaintiffs*

Date: 6/27/06

James T. Murphy, Esq. #1698
HANSON CURRAN LLP
146 Westminster Street
Providence, RI 02903
(401) 421-2154 – telephone
(401) 521-7040 - fax
*Attorney for Defendant, Staples, Inc.*

Date: 6/28/06

Enter
WMM
USDJ
7/5/06