UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

RECEIVED
JUN 30 2006
Property of U.S. District Court
District of Rhode Island

MARY ANN KING
And PHILLIP KING,
Plaintiffs

v.

STAPLES, INC.; IZZY DESIGN
JSJ CORPORATION;
JOHN DOE COMPANY,
Defendants

C.A. No.: 06-258S

***STIPULATION TO ENLARGE TIME IN WHICH TO RESPOND TO PLAINTIFFS' COMPLAINT***

Pursuant to U.S. District Court Local Rule 29, it is hereby stipulated and agreed that the time within which a response to plaintiffs' complaint shall be served by the defendant, Izzy Design, is enlarged to and includes July 17, 2006.

Amato A. DeLuca (#
DeLuca & Weizenbaum
199 North Main Street
Providence, RI 02903
(401) 453-1500

Donna M. Lamontagne (#5138)
Zizik, Powers, O'Connell, Spaulding
& Lamontagne
40 Westminster Street, Suite 201
Providence, RI 02903
(401) 421-7110

Dated: 6/30/06

Granted
WMM
USDJ
7/5/06