JTM:ems 06-222 6/21/06

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

MARY ANN KING
and PHILLIP KING

VS. C.A. No. 1:06-cv-0258-S-DLM

STAPLES, INC; IZZY DESIGNS;
JSJ CORPORATION;
JOHN DOE COMPANY

**ANSWER OF DEFENDANT, STAPLES, INC.**

Now comes defendant, Staples, Inc., and gives this, its answer to the complaint of plaintiffs:

**First Defense**

With respect to that portion of the plaintiffs' complaint denominated "General Allegations" defendant responds to the numbered paragraphs as follows:

1. At the time of this answer, defendant is without knowledge or information sufficient to form a belief as to the truth of the averment.

2. Admitted, with the exeption of the averment that the place of business in Massachusetts is "principal," which is denied.

3. Defendant admits that it sells and distributes office furniture but otherwise at the time of this answer is without knowledge or information sufficient upon which to form a belief as to the truth of the remaining averment.

4. At the time of this answer defendant is without knowledge or information sufficient to form a belief as to the truth of the averment.

5. At the time of this answer defendant is without knowledge or information sufficient to form a belief as to the truth of the averment.

6. At the time of this answer defendant is without knowledge or information sufficient to form a belief as to the truth of the averment.

7. At the time of this answer defendant is without knowledge or information sufficient to form a belief as to the truth of the averment.

8. At the time of this answer defendant is without knowledge or information sufficient to form a belief as to the truth of the averment.

9. At the time of this answer defendant is without knowledge or information sufficient to form a belief as to the truth of the averment.

10. At the time of this answer defendant is without knowledge or information sufficient to form a belief as to the truth of the averment.

11. At the time of this answer defendant is without knowledge or information sufficient to form a belief as to the truth of the averment.

12. At the time of this answer defendant is without knowledge or information sufficient to form a belief as to the truth of the averment.

13. At the time of this answer defendant is without knowledge or information sufficient to form a belief as to the truth of the averment.

14. At the time of this answer defendant is without knowledge or information sufficient to form a belief as to the truth of the averment.

15. At the time of this answer defendant is without knowledge or information sufficient to form a belief as to the truth of the averment.

16. Denied.

17. At the time of this answer defendant is without knowledge or information sufficient to form a belief as to the truth of the averment with respect to the actions of Ms. King. The averment with respect to plaintiff's alleged damages is denied.

18. At the time of this answer defendant is without knowledge or information sufficient to form a belief as to the truth of the averment.

**Second Defense**

With respect to that portion of the plaintiff's complaint denominated "Count I" defendant responds to the numbered paragraphs as follows:

1. Defendant restates and incorporates by reference its responses to paragraphs 1 through 18 of the general allegations, as if fully set forth at length herein.

2. Defendant admits that it owes a duty of care, as defined by law, depending upon the circumstances presented in a given matter. At the time of this answer, defendant is without knowledge or information sufficient to form a belief as to the truth of plaintiff's averment that under the circumstances of this case, it owed plaintiff a duty, and the same is denied.

3. Defendant admits that it owes a duty of care, as defined by law, depending upon the circumstances presented in a given matter. At the time of this answer, defendant is without knowledge or information sufficient to form a belief as to the truth of plaintiff's averment that under the circumstances of this case, it owed plaintiff a duty, and the same is denied.

4. At the time of this answer defendant is without knowledge or information sufficient to form a belief as to the truth of the averment that it had any connection with the alleged chair and deny that it was negligent in any way or manner referable to this action.

5. Denied.

6. Denied.

7. Denied.

**Third Defense**

With respect to that portion of the plaintiff's complaint denominated "Count II", defendant responds to the numbered paragraphs as follows:

1. Defendants repeat and incorporate by reference their responses to paragraphs to 1 though 18 of the general allegations as if fully set forth at length herein.

2. Defendant admits that it is a merchant but is without knowledge or information sufficient to form a belief as to the truth of the remainder of the averment.

3. Defendant is without knowledge sufficient to form a belief as to the truth of the averment.

4. Defendant is without knowledge sufficient to form a belief as to the truth of the averment.

5. Denied.

6. Denied.

7. Denied.

8. Denied.

9. Denied.

10. Denied.

**Fourth Defense**

With respect to that portion of the plaintiff's complaint denominated "Count III" defendant responds to the numbered paragraphs as follows:

1. Defendant restates and incorporates by reference their responses to paragraphs 1 through 18 of the general allegations as if fully set forth at length herein.

2. Defendant is without knowledge or information sufficient to form a belief as to the truth of the averment.

3. Denied.

4. Defendant is without knowledge or information sufficient to form a belief as to the truth of the averment.

5. Defendant is without knowledge or information sufficient to form a belief as to the truth of the averment.

6. Denied.

7. Denied.

8. Denied.

**Fifth Defense**

With respect to that portion of the plaintiffs' complaint denominated "Count IV" defendant responds to the numbered paragraphs as follows:

1. Defendants restate and incorporate by reference their responses to paragraphs 1 through 18 of the general allegations as if set forth fully and at length herein.

2. Defendant, Staples, is without knowledge or information sufficient to form a belief as to the truth of the averments with respect to defendant, Izzy, and, further, to the extent that the allegation is in any way directed to defendant, Staples, same is denied.

3. Defendant, Staples, is without knowledge or information sufficient to form a belief as to the truth of the averments with respect to defendant, Izzy, and, further, to the extent that the allegation is in any way directed to defendant, Staples, same is denied.

4. Defendant, Staples, is without knowledge or information sufficient to form a belief as to the truth of the averments with respect to defendant, Izzy, and, further, to the extent that the allegation is in any way directed to defendant, Staples, same is denied.

5. Defendant, Staples, is without knowledge or information sufficient to form a belief as to the truth of the averments with respect to defendant, Izzy, and, further, to the extent that the allegation is in any way directed to defendant, Staples, same is denied.

6. Defendant, Staples, is without knowledge or information sufficient to form a belief as to the truth of the averments with respect to defendant, Izzy, and, further, to the extent that the allegation is in any way directed to defendant, Staples, same is denied.

7. Defendant, Staples, is without knowledge or information sufficient to form a belief as to the truth of the averments with respect to defendant, Izzy, and, further, to the extent that the allegation is in any way directed to defendant, Staples, same is denied.

**Sixth Defense**

With respect to that portion of the complaint denominated "Count V" defendant responds to the numbered paragraphs as follows:

1. Defendant restates and incorporates by reference its responses to paragraphs 1 through 18 of the general allegations as if set forth fully and at length herein.

2. Defendant, Staples, is without knowledge or information sufficient to form a belief as to the truth of the averments with respect to defendant, Izzy, and, further, to the extent that the allegation is in any way directed to defendant, Staples, same is denied.

3. Defendant, Staples, is without knowledge or information sufficient to form a belief as to the truth of the averments with respect to defendant, Izzy, and, further, to the extent that the allegation is in any way directed to defendant, Staples, same is denied.

4. Defendant, Staples, is without knowledge or information sufficient to form a belief as to the truth of the averments with respect to defendant, Izzy, and, further, to the extent that the allegation is in any way directed to defendant, Staples, same is denied.

5. Defendant, Staples, is without knowledge or information sufficient to form a belief as to the truth of the averments with respect to defendant, Izzy, and, further, to the extent that the allegation is in any way directed to defendant, Staples, same is denied.

6. Defendant, Staples, is without knowledge or information sufficient to form a belief as to the truth of the averments with respect to defendant, Izzy, and, further, to the extent that the allegation is in any way directed to defendant, Staples, same is denied.

7. Defendant, Staples, is without knowledge or information sufficient to form a belief as to the truth of the averments with respect to defendant, Izzy, and, further, to the extent that the allegation is in any way directed to defendant, Staples, same is denied.

8. Defendant, Staples, is without knowledge or information sufficient to form a belief as to the truth of the averments with respect to defendant, Izzy, and, further, to the extent that the allegation is in any way directed to defendant, Staples, same is denied.

9. Defendant, Staples, is without knowledge or information sufficient to form a belief as to the truth of the averments with respect to defendant, Izzy, and, further, to the extent that the allegation is in any way directed to defendant, Staples, same is denied.

10. Defendant, Staples, is without knowledge or information sufficient to form a belief as to the truth of the averments with respect to defendant, Izzy, and, further, to the extent that the allegation is in any way directed to defendant, Staples, same is denied.

**Seventh Defense**

With respect to that portion of the plaintiffs' complaint denominated "Count VI", defendant responds to the numbered paragraphs as follows:

1. Defendant hereby restates and incorporates by reference paragraphs 1 through 18 of the general allegations as if fully set forth herein.

2. Defendant, Staples, is without knowledge or information sufficient to form a belief as to the truth of the averments with respect to defendant, Izzy, and, further, to the extent that the allegation is in any way directed to defendant, Staples, same is denied.

3. Defendant, Staples, is without knowledge or information sufficient to form a belief as to the truth of the averments with respect to defendant, Izzy, and, further, to the extent that the allegation is in any way directed to defendant, Staples, same is denied.

4. Defendant, Staples, is without knowledge or information sufficient to form a belief as to the truth of the averments with respect to defendant, Izzy, and, further, to the extent that the allegation is in any way directed to defendant, Staples, same is denied.

5. Defendant, Staples, is without knowledge or information sufficient to form a belief as to the truth of the averments with respect to defendant, Izzy, and, further, to the extent that the allegation is in any way directed to defendant, Staples, same is denied.

6. Defendant, Staples, is without knowledge or information sufficient to form a belief as to the truth of the averments with respect to defendant, Izzy, and, further, to the extent that the allegation is in any way directed to defendant, Staples, same is denied.

7. Defendant, Staples, is without knowledge or information sufficient to form a belief as to the truth of the averments with respect to defendant, Izzy, and, further, to the extent that the allegation is in any way directed to defendant, Staples, same is denied.

8. Defendant, Staples, is without knowledge or information sufficient to form a belief as to the truth of the averments with respect to defendant, Izzy, and, further, to the extent that the allegation is in any way directed to defendant, Staples, same is denied.

**Eighth Defense**

With respect to that portion of the plaintiff's complaint denominated "Count VII", defendant responds to the numbered paragraphs as follows:

1. Defendant hereby restates and incorporates by reference paragraphs 1 through 18 of the general allegations as if fully set forth herein.

2. Defendant, Staples, is without knowledge or information sufficient to form a belief as to the truth of the averments with respect to defendant, JSJ, and, further, to the extent that the allegation is in any way directed to defendant, Staples, same is denied.

3. Defendant, Staples, is without knowledge or information sufficient to form a belief as to the truth of the averments with respect to defendant, JSJ, and, further, to the extent that the allegation is in any way directed to defendant, Staples, same is denied.

4. Defendant, Staples, is without knowledge or information sufficient to form a belief as to the truth of the averments with respect to defendant, JSJ, and, further, to the extent that the allegation is in any way directed to defendant, Staples, same is denied.

5. Defendant, Staples, is without knowledge or information sufficient to form a belief as to the truth of the averments with respect to defendant, JSJ, and, further, to the extent that the allegation is in any way directed to defendant, Staples, same is denied.

6. Defendant, Staples, is without knowledge or information sufficient to form a belief as to the truth of the averments with respect to defendant, JSJ, and, further, to the extent that the allegation is in any way directed to defendant, Staples, same is denied.

7. Defendant, Staples, is without knowledge or information sufficient to form a belief as to the truth of the averments with respect to defendant, JSJ, and, further, to the extent that the allegation is in any way directed to defendant, Staples, same is denied.

**Ninth Defense**

With respect to that portion of the plaintiffs' complaint denominated "Count VII", defendant responds to the numbered paragraphs as follows:

1. Defendant hereby restates and incorporates by reference paragraphs 1 through 18 of the general allegations as if fully set forth herein.

2. Defendant, Staples, is without knowledge or information sufficient to form a belief as to the truth of the averments with respect to defendant, JSJ, and, further, to the extent that the allegation is in any way directed to defendant, Staples, same is denied.

3. Defendant, Staples, is without knowledge or information sufficient to form a belief as to the truth of the averments with respect to defendant, JSJ, and, further, to the extent that the allegation is in any way directed to defendant, Staples, same is denied.

4. Defendant, Staples, is without knowledge or information sufficient to form a belief as to the truth of the averments with respect to defendant, JSJ, and, further, to the extent that the allegation is in any way directed to defendant, Staples, same is denied.

5. Defendant, Staples, is without knowledge or information sufficient to form a belief as to the truth of the averments with respect to defendant, JSJ, and, further, to the extent that the allegation is in any way directed to defendant, Staples, same is denied.

6. Defendant, Staples, is without knowledge or information sufficient to form a belief as to the truth of the averments with respect to defendant, JSJ, and, further, to the extent that the allegation is in any way directed to defendant, Staples, same is denied.

7. Defendant, Staples, is without knowledge or information sufficient to form a belief as to the truth of the averments with respect to defendant, JSJ, and, further, to the extent that the allegation is in any way directed to defendant, Staples, same is denied.

8. Defendant, Staples, is without knowledge or information sufficient to form a belief as to the truth of the averments with respect to defendant, JSJ, and, further, to the extent that the allegation is in any way directed to defendant, Staples, same is denied.

9. Defendant, Staples, is without knowledge or information sufficient to form a belief as to the truth of the averments with respect to defendant, JSJ, and, further, to the extent that the allegation is in any way directed to defendant, Staples, same is denied.

10. Defendant, Staples, is without knowledge or information sufficient to form a belief as to the truth of the averments with respect to defendant, JSJ, and, further, to the extent that the allegation is in any way directed to defendant, Staples, same is denied.

**Tenth Defense**

With respect to that portion of the plaintiff's complaint denominated "Count IX" defendant responds to the numbered paragraphs as follows:

1. Defendant hereby restates and incorporates by reference paragraphs 1 through 18 of the general allegations as if fully set forth herein.

2. Defendant, Staples, is without knowledge or information sufficient to form a belief as to the truth of the averments with respect to defendant, JSJ Corporation, and, further, to the extent that the allegation is in any way directed to defendant, Staples, same is denied.

3. Defendant, Staples, is without knowledge or information sufficient to form a belief as to the truth of the averments with respect to defendant, JSJ Corporation, and, further, to the extent that the allegation is in any way directed to defendant, Staples, same is denied.

4. Defendant, Staples, is without knowledge or information sufficient to form a belief as to the truth of the averments with respect to defendant, JSJ Corporation, and, further, to the extent that the allegation is in any way directed to defendant, Staples, same is denied.

5. Defendant, Staples, is without knowledge or information sufficient to form a belief as to the truth of the averments with respect to defendant, JSJ Corporation, and, further, to the extent that the allegation is in any way directed to defendant, Staples, same is denied.

6. Defendant, Staples, is without knowledge or information sufficient to form a belief as to the truth of the averments with respect to defendant, JSJ Corporation, and, further, to the extent that the allegation is in any way directed to defendant, Staples, same is denied.

7. Defendant, Staples, is without knowledge or information sufficient to form a belief as to the truth of the averments with respect to defendant, JSJ Corporation, and, further, to the extent that the allegation is in any way directed to defendant, Staples, same is denied.

8. Defendant, Staples, is without knowledge or information sufficient to form a belief as to the truth of the averments with respect to defendant, JSJ Corporation, and, further, to the extent that the allegation is in any way directed to defendant, Staples, same is denied.

**Eleventh Defense**

With respect to that portion of the plaintiff's complaint denominated "Count X", defendant responds to the numbered paragraphs as follows:

1. Defendant hereby restates and incorporates by reference its responses to paragraphs 1 through 18 of the general allegations as if fully set forth herein.

2. Defendant, Staples, is without knowledge or information sufficient to form a belief as to the truth of the averments with respect to defendant, John Doe, and further, to the extent that the allegation is any way directed to defendant, Staples, same is denied.

3. Defendant, Staples, is without knowledge or information sufficient to form a belief as to the truth of the averments with respect to defendant, John Doe, and further, to the extent that the allegation is any way directed to defendant, Staples, same is denied.

4. Defendant, Staples, is without knowledge or information sufficient to form a belief as to the truth of the averments with respect to defendant, John Doe, and further, to the extent that the allegation is any way directed to defendant, Staples, same is denied.

5. Defendant, Staples, is without knowledge or information sufficient to form a belief as to the truth of the averments with respect to defendant, John Doe, and further, to the extent that the allegation is any way directed to defendant, Staples, same is denied.

6. Defendant, Staples, is without knowledge or information sufficient to form a belief as to the truth of the averments with respect to defendant, John Doe, and further, to the extent that the allegation is any way directed to defendant, Staples, same is denied.

7. Defendant, Staples, is without knowledge or information sufficient to form a belief as to the truth of the averments with respect to defendant, John Doe, and further, to the extent that the allegation is any way directed to defendant, Staples, same is denied.

**Twelfth Defense**

With respect to that portion of the plaintiff's complaint denominated "Count XI", defendant responds to the numbered paragraphs as follows:

1. Defendant hereby restates and incorporates by reference its responses to paragraphs 1 through 18 of the general allegations as if fully set forth herein.

2. Defendant, staples, is without knowledge or information sufficient to form a belief as to the truth of the averments with respect to defendant, John Doe, and, further, to the extent that the allegation is in any way directed to defendant, Staples, same is denied.

3. Defendant, staples, is without knowledge or information sufficient to form a belief as to the truth of the averments with respect to defendant, John Doe, and, further, to the extent that the allegation is in any way directed to defendant, Staples, same is denied.

4. Defendant, staples, is without knowledge or information sufficient to form a belief as to the truth of the averments with respect to defendant, John Doe, and, further, to the extent that the allegation is in any way directed to defendant, Staples, same is denied.

5. Defendant, staples, is without knowledge or information sufficient to form a belief as to the truth of the averments with respect to defendant, John Doe, and, further, to the extent that the allegation is in any way directed to defendant, Staples, same is denied.

6. Defendant, staples, is without knowledge or information sufficient to form a belief as to the truth of the averments with respect to defendant, John Doe, and, further, to the extent that the allegation is in any way directed to defendant, Staples, same is denied.

7. Defendant, staples, is without knowledge or information sufficient to form a belief as to the truth of the averments with respect to defendant, John Doe, and, further, to the extent that the allegation is in any way directed to defendant, Staples, same is denied.

8. Defendant, staples, is without knowledge or information sufficient to form a belief as to the truth of the averments with respect to defendant, John Doe, and, further, to the extent that the allegation is in any way directed to defendant, Staples, same is denied.

9. Defendant, staples, is without knowledge or information sufficient to form a belief as to the truth of the averments with respect to defendant, John Doe, and, further, to the extent that the allegation is in any way directed to defendant, Staples, same is denied.

10. Defendant, staples, is without knowledge or information sufficient to form a belief as to the truth of the averments with respect to defendant, John Doe, and, further, to the extent that the allegation is in any way directed to defendant, Staples, same is denied.

**Thirteenth Defense**

With respect to that portion of the plaintiff's complaint denominated "Count XII" defendant responds to the numbered paragraphs as follows:

1. Defendant hereby restates and incorporates by reference its responses to paragraphs 1 through 18 of the general allegations as if fully set forth herein.

2. Defendant, Staples, is without knowledge or information sufficient to form a belief as to the truth of the averment with respect to defendant, John Doe, and, further, to the extent that the allegation is in any way directed to defendant, Staples, same is denied.

3. Defendant, Staples, is without knowledge or information sufficient to form a belief as to the truth of the averment with respect to defendant, John Doe, and, further, to the extent that the allegation is in any way directed to defendant, Staples, same is denied.

4. Defendant, Staples, is without knowledge or information sufficient to form a belief as to the truth of the averment with respect to defendant, John Doe, and, further, to the extent that the allegation is in any way directed to defendant, Staples, same is denied

5. Defendant, Staples, is without knowledge or information sufficient to form a belief as to the truth of the averment with respect to defendant, John Doe, and, further, to the extent that the allegation is in any way directed to defendant, Staples, same is denied.

6. Defendant, Staples, is without knowledge or information sufficient to form a belief as to the truth of the averment with respect to defendant, John Doe, and, further, to the extent that the allegation is in any way directed to defendant, Staples, same is denied.

7. Defendant, Staples, is without knowledge or information sufficient to form a belief as to the truth of the averment with respect to defendant, John Doe, and, further, to the extent that the allegation is in any way directed to defendant, Staples, same is denied.

8. Defendant, Staples, is without knowledge or information sufficient to form a belief as to the truth of the averment with respect to defendant, John Doe, and, further, to the extent that the allegation is in any way directed to defendant, Staples, same is denied.

**Fourteenth Defense**

Defendant asserts all applicable statutes of limitations as a bar to plaintiffs' claim.

**Fifteenth Defense**

Plaintiff's injuries, if any, were sustained as a result of the acts or omissions of third parties for whom this defendant is not responsible.

**Sixteenth Defense**

Plaintiff's injuries, if any, were sustained as a result of the independent intervening and/or superseding actions or omissions of others for whom this defendant is not responsible.

**Seventeenth Defense**

Defendant asserts that the misuse of the alleged chair by plaintiff and/or third parties bars the claim against this defendant.

**Eighteenth Defense**

Defendant asserts that plaintiff's failure to follow directions and/or the failure of others to follow directions with respect to the alleged chair bar plaintiff's claim against defendant.

**Nineteenth Defense**

Defendant asserts failure to maintain the alleged chair bars the claim against this defendant.

**Twentieth Defense**

Defendant asserts assumption of the risk on the part of the plaintiff bars her claim.

**Twenty-First Defense**

Defendant asserts lack of notice.

**Twenty-Second Defense**

Defendant asserts lack of privity of contract.

**Twenty-Third Defense**

Defendant asserts improper venue in that the defendant's principal place of business as alleged in the complaint; the place of business at which the plaintiff allegedly was injured; the location of the chair at the time of the alleged injury; and the injury itself all are located and/or occurred within the bounds of the Commonwealth of Massachusetts and that correct venue is in, and applicable substantive law properly is that of Massachusetts.

**Twenty-Fourth Defense**

At the time of this answer defendant is without knowledge or information sufficient to determine whether or not there are additional affirmative defenses which properly may be asserted and, therefore, defendant reserves the right to assert further affirmative defenses in the event that they become apparent during the course of pre-trial discovery and/or at trial.

WHEREFORE defendant, Staples, Inc., requests this Honorable Court to deny and dismiss the complaint of plaintiffs and award defendant its costs and such other relief as this Honorable Court deems just.

**Defendant, Staples, Inc. hereby claims a trial by jury and designates James T. Murphy as trial counsel.**

Staples, Inc.
By their Attorneys,

HANSON CURRAN LLP

James T. Murphy, Esq. (#1698)
146 Westminster Street
Providence, RI 02903-2202
(401) 421-2154 – telephone
(401) 521-7040 – fax

**PROOF OF SERVICE**

I hereby certify that on this 7th day of ~~June~~ July 2006, I served the within *Answer* by mailing a copy of same to **Amato A. DeLuca, Esq., Miriam Weizenbaum, Esq., Michael T. Eskey, Esq.,** DeLuca and Weizenbaum., 199 North Main Street, Providence, RI 02903.

of Hanson Curran LLP