**UNITED STATES DISTRICT COURT FOR**
**THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| MARY ANN KING<br>and PHILLIP KING,<br><br>Plaintiffs, | : | |
| | : | C.A. No.: 06-CV-0258-S-DLM |
| STAPLES INC.; IZZY DESIGN,<br>JSJ CORPORATION,<br>JOHN DOE COMPANY,<br><br>Defendants. | : | |

## MOTION FOR ADMISSION PRO HAC VICE

Defendants JSJ CORPORATION and IZZY DESIGN hereby move that Eric D. Stubenvoll be admitted PRO HAC VICE in the above case as counsel with local counsel identified below.

/s/ Donna M. Lamontagne
BY: Donna M. Lamontagne
Zizik, Powers, O'Connell, Spaulding
& Lamontagne
40 Westminster Street, Suite 201
Providence, RI 02903
Phone: 401-421-7110
Fax: 401-421-7111
Email: dlamontagne@zizikpowers.com

DATED: 8/15/06

**ATTORNEY'S CERTIFICATION FOR PRO HAC VICE ADMISSION**

I hereby certify as follows:

**(1)** I am a member in good standing of the bar of the States of Illinois and Michigan and of the following Federal District Court and/or Court of Appeals Bar(s): Western District of Michigan, Western District of Wisconsin, Northern District of Illinois, Western District of Colorado, Eastern District of Michigan, United States Court of Appeals, Sixth and Seventh Circuits and United States Supreme Court, and my eligibility to practice before those courts has not been restricted in any way.

(2) I have never been disciplined or sanctioned by any court or other body having disciplinary authority over attorneys; there are no disciplinary proceedings pending against me at this time; and I have never had my pro *hac vice* status revoked by any court.

(3) I have never been convicted of any crime other than minor traffic offenses. (If applicant has been convicted, please provide full explanation.)

(4) I have not been admitted or applied to be admitted pro *hac vice* in any case in this District during the past 12 months.

(5) I understand my obligation to notify this Court immediately of any changed circumstances that affect my answers to the preceding questions.

(6) I have read, acknowledge, and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this court as the standard of conduct for all attorneys appearing before it.

(7) For purposes of this case I have associated with local counsel identified below, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local counsel, as set out in LR Gen 204, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

Signature of *Pro Hac Vice* Applicant

Eric D. Stubenvoll — Michigan #P47097 Illinois #20223
Print Name — State Bar I.D.#

222 West Adams Street, Suite 2100, Chicago. Illinois 60606-5301
Business Address

(312) 214-6364 — (312) 634-1018
Telephone Number — Fax Number

I certify that I have read and join in the foregoing motion and acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local counsel.

/s/ Donna M. Lamontagne
Signature of Local Counsel
R.I. Bar I.D.# 5138