JTM:ems 06-222 10/11/06

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

MARY ANN KING
and PHILLIP KING

VS. C.A. No. 06-258 S

STAPLES, INC; IZZY DESIGNS;
JSJ CORPORATION;
JOHN DOE COMPANY

## NOTICE TO TAKE DEPOSITION

Please take notice that defendant, Staples, Inc., will conduct the deposition of plaintiff, **MARY ANN KING,** on oral examination before a duly authorized notary public, or some other duly authorized person at the Office of Hanson Curran, LLP, 146 Westminster Street, Providence, Rhode Island 02903 on **November 15, 2006, at 1:00 p.m.** You are hereby notified to attend said deposition and take such part in the examination as may be fit and proper.

Defendant,
Staples, Inc.
By its Attorneys,

HANSON CURRAN LLP

/s/ James T. Murphy

James T. Murphy, Esq. (#1698)
146 Westminster Street
Providence, RI 02903-2218
(401) 421-2154 - telephone
(401) 521-7040 - fax

## PROOF OF SERVICE

I hereby certify that on October 12, 2006, an exact copy of the within document was electronically mailed to the Electronic Case Filing system of the United States District Court for its distribution to all counsel of record and copies were mailed to all parties unable to accept electronic filing. A copy was also mailed to **Reporting Associates**, 10 Dorrance Street, Suite 617, Providence, RI 02903.

/s/ James T. Murphy
of Hanson Curran LLP