**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| MARY ANN KING | : | |
| and PHILLIP KING | : | |
| Plaintiffs | : | |
| v. | : | C.A. No.: 06-258-S |
| | | : |
| STAPLES INC.; IZZY DESIGN; | : | |
| JSJ CORPORATION; | : | |
| JOHN DOE COMPANY | : | |
| Defendants | | |

**STIPULATION**

By agreement of the parties, the plaintiff, Mary Ann King, shall have an additional thirty (30) days up to and including October 30, 2006 in which to provide answers to Defendants, JSJ Corporation and Izzy Design's, First set of Interrogatories and Requests to Production.

Plaintiff
By their Attorneys,

/s/Michael T. Eskey

Amato A. DeLuca (#0531)
Miriam Weizenbaum (#5182)
Michael T. Eskey (#3035)
**DELUCA & WEIZENBAUM, LTD.**
199 North Main Street
Providence, RI 02903
(401) 453-1500
(401) 453-1501 (Fax)

Defendants, JSJ Corporation and Izzy Design
By their Attorneys,

/s/Donna M. Lamontagne

Donna M. Lamontagne (#5138)
**Zizik, Powers, O'Connell, Spaulding & Lamontagne**
40 Westiminster Street, Suite 201
Providence, RI 02903
(401) 421-7110
(401) 421-7111

ENTER WmM
WILLIAM E. SMITH
U.S. DISTRICT JU
DATE 10/12/06

**CERTIFICATE OF SERVICE**

I hereby certify that on October 11th of 2006, a true copy of the foregoing was served upon counsel of record, listed below, by electronic mail.

/s/ Michael T. Eskey

Michael T. Eskey (RI Bar # 3035)

Jim Murphy, Esq.
Hanson Curran
146 Westminster Street
Providence, RI 0290340
jtm@hansoncurran.com

Donna LaMontagne, Esq.
Zizik, Powers, O'Connell, Spaulding & LaMontagne, P.C.
Westminster Street, Suite 201
Providence, RI 02903
dlamontagne@zizikpowers.com

Eric D. Stubenvoll
Christensen & Ehret, LLP
222 West Adams, Ste. 2170
Chicago, IL 60606
estubenvoll@christensenehret.com