**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| MARY ANN KING<br>and PHILLIP KING | : | |
| v. | : | C.A. No.: 06-258S |
| STAPLES INC.; IZZY DESIGN<br>JSJ CORPORATION;<br>JOHN DOE COMPANY | : | |

**NOTICE TO TAKE DEPOSITION**

| | |
|---|---|
| **DEPONENT:** | **KEEPER OF RECORDS OF<br>CNA INSURANCE<br>Morris Corporate Center<br>4 Century Drive, Ste. 201<br>Quincy, MA 02269** |
| **DATE:** | **January 3, 2007** |
| **TIME:** | **9:00 am** |

Please take notice that pursuant to Rule 30 of the Rhode Island Rules of Civil Procedure, the defendants in the above-captioned matter will take the deposition of the above-named individual on oral examination, which examination will continue from day to day until completed, the same to commence on the date and at the time above stated at the offices of **Zizik, Powers, O'Connell, Spaulding & Lamontagne, 40 Westminster Street, Suite 201, Providence, Rhode Island 02903**, before a notary public commissioned in the State of Rhode Island.

**The above-named deponent is requested to bring those documents listed on the attached Schedule "A."**

**In Lieu of appearance, records may be delivered prior to the date of deposition to the offices of Zizik, Powers, O'Connell, Spaulding & Lamontagne, 40 Westminster Street, Suite 201, Providence, RI 02903.**

Defendants,
By Their Attorney,

/s/ Donna M. Lamontagne

Donna M. Lamontagne (#5138
Zizik, Powers, O'Connell, Spaulding
& Lamontagne
40 Westminster Street, Suite 201
Providence, RI 02903
Tel: (401) 421-7110
Fax: (401) 421-7111

**Schedule A**

The entire claims file (Claim No. 1C810007) of CNA Insurance regarding the following:

**Mary Ann King**
**Now or Formerly of: 3417 N.W. 44th Street, Ft. Lauderdale, FL**
**DOB: 12/18/57**
**S.S.N.: 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**

Pursuant to R.I.G.L. § 5-37.3-6.1, a copy of this subpoena has been served on the individual whose records are being sought and/or on his/her counsel, together with a notice of the individuals right to challenge the subpoena.

**CERTIFICATION OF SERVICE**

I hereby certify that on the 1st day of December, 2006 I caused the original of the within Notice to Take Deposition to be electronically filed with the Clerk of the United States District Court and true copies to be forwarded electronically to **Amato A. DeLuca, Esq.**, DeLuca & Weizenbaum, Ltd., 199 North Main Street, Providence, RI 02903 and **James T. Murphy, Esq.,** Hanson Curran LLP, 146 Westminster Street, Providence, RI 02903-2202.

Heather Fontes

Zizik, Powers, O'Connell, Spaulding
& Lamontagne