984-4808 12/4

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS

# SUBPOENA

## UNITED STATES DISTRICT COURT
## DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MARY ANN KING<br>and PHILLIP KING | : | |
| v. | : | C.A. No.: 06-258S |
| STAPLES INC.; IZZY DESIGN<br>JSJ CORPORATION;<br>JOHN DOE COMPANY | : | |

**To: KEEPER OF RECORDS FOR**
**CNA INSURANCE**
**~~Morris Corporate Center~~**
**~~4 Century Drive, Ste. 201~~** 100 NEWPORT AVE EXT
N. **Quincy, MA 02269** 02171 617-984-4802

______ YOU ARE HEREBY COMMANDED to appear in the Superior Court for the County of Providence at 250 Benefit Street in the City of Providence, on the __day of ________, 2000, at _______ o'clock P. M. to testify in trial of the above-entitled action and bring with you____________________

PLACE OF TESTIMONY COURTROOM

DATE AND TIME

___YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

PLACE OF DEPOSITION DATE AND TIME

X YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects): **See Schedule "A" attached.**

Donna M. Lamontagne
Zizik, Powers, O'Connell, Spaulding & Lamontagne
40 Westminster Street, #201
Providence, RI 02903
(401) 421-7110

**January 3, 2007 at 9:00 a.m.**

PLACE DATE AND TIME

______ YOU ARE COMMANDED to permit the inspection of the following premises at the date and time specified below.

PREMISES DATE AND TIME

Any organization not a party to this suit that is subpoenaed for the taking of deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf and may set forth, for each person designated, the matters on which the person will testify. Superior Court Rule of Civil Procedure, 30(b)(6).

Attorney for defendants,

Donna M. Lamontagne

December 1, 2006

ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) DATE

Donna M. Lamontagne
Zizik, Powers, O'Connell, Spaulding & Lamontagne
40 Westminster Street, Suite 201
Providence, RI 02903
(401) 421-7110

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

**PROOF OF SERVICE**

12-7-06 — 100 NEWPORT AVE EXTENTION N. QUINCY MA

DATE PLACE

**SERVED**

Pandora Christopher — $41.00 #7221

SERVED ON (PRINT NAME) MANNER OF SERVICE

Pandora Christopher, Claim Tech

SERVED BY (PRINT NAME) TITLE

JOSEPH KEATING
FEDERAL PROCESS
SERVER

**DECLARATION OF SERVER**

I declare under penalty of perjury that the following information contained in the Proof of Service is true and correct.

Executed on 12-07-06

Joseph Keating

SIGNATURE OF SERVER

ADDRESS OF SERVER
JOSEPH KEATING
41 N. ELMORE AVE.
N. PROVIDENCE, RI 02911

**Signature of Person accepting service**