KNM:em 06-222 1/17/07

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

MARY ANN KING
and PHILLIP KING

VS. C.A. No. 06-258 S

STAPLES, INC; IZZY DESIGNS;
JSJ CORPORATION;
JOHN DOE COMPANY

## ENTRY OF APPEARANCE

I, Kelly N. Michels, Esq. (#6478), hereby enter my appearance as counsel for defendant, Staples, Inc.

/s/ Kelly N. Michels, Esq.
Kelly N. Michels, Esq. (#6478)
HANSON CURRAN LLP
146 Westminster Street
Providence, RI 02903-2218
(401) 421-2154 - telephone
(401) 521-7040 - fax
E-mail: knm@hansoncurran.com

## PROOF OF SERVICE

I hereby certify that on January 17, 2007, an exact copy of the within document was electronically mailed to the Electronic Case Filing system of the United States District Court for its distribution to all counsel of record and copies were mailed to all parties unable to accept electronic filing.

/s/ Kelly N. Michels
of Hanson Curran LLP