STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS

# SUBPOENA

## UNITED STATES DISTRICT COURT
## DISTRICT OF RHODE ISLAND

MARY ANN KING :
and PHILLIP KING :
:
v. : C.A. No.: 06-258S
:
STAPLES INC.; IZZY DESIGN :
JSJ CORPORATION; :
JOHN DOE COMPANY :

**To: PAM MCGEE**
**SENSATA TECHNOLOGIES**
**529 Pleasant Street**
**Attleboro, MA**

_______ YOU ARE HEREBY COMMANDED to appear in the ____________ Court for the County of _ ______________at ___________________ in the City of _________________, on the __day of _________, 200, at ______ o'clock P. M. to testify in trial of the above-entitled action and bring with you____________ ______________________________________________________________________.

PLACE OF TESTIMONY COURTROOM

DATE AND TIME ___________________________________________

_X_ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

Zizik, Powers, O'Connell, Spaulding & Lamontagne
40 Westminster Street, Suite 201
Providence, RI 02903
(401) 421-7110

**February 1, 2007 at 10:00 a.m.**

PLACE OF DEPOSITION DATE AND TIME

__ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

PLACE DATE AND TIME

_______ YOU ARE COMMANDED to permit the inspection of the following premises at the date and time specified below.

PREMISES DATE AND TIME

Any organization not a party to this suit that is subpoenaed for the taking of deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf and may set forth, for each person designated, the matters on which the person will testify. Superior Court Rule of Civil Procedure, 30(b)(6).

Attorney for defendants,

January 11, 2007

ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) DATE

Donna M. Lamontagne
Zizik, Powers, O'Connell, Spaulding & Lamontagne
40 Westminster Street, Suite 201
Providence, RI 02903
(401) 421-7110

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

**PROOF OF SERVICE**

1/23/07 529 Pleasant St. Attleboro MA

DATE #50.56 PLACE #7418

**SERVED**

Pamela McGee Pamela J McGee

SERVED ON (PRINT NAME) MANNER OF SERVICE

Personally To Witness

SERVED BY (PRINT NAME) TITLE

Thomas Noury
41 N. Elmore Ave.
P.O. Box 114026
North Providence, RI 02911

**DECLARATION OF SERVER**

I declare under penalty of perjury that the following information contained in the Proof of Service is true and correct.

Executed on 1/23/07

SIGNATURE OF SERVER

ADDRESS OF SERVER

Thomas Noury
41 N. Elmore Ave.
P.O. Box 114026
North Providence, RI 02911

**Signature of Person accepting service**