**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| MARY ANN KING | : | |
| and PHILLIP KING | : | |
| Plaintiffs | : | |
| v. | : | C.A. No.: 06-258-S |
| | : | |
| STAPLES INC.; IZZY DESIGN; | : | |
| JSJ CORPORATION; | : | |
| JOHN DOE COMPANY | : | |
| Defendants | | |

**JOINT MOTION TO MODIFY PRETRIAL ORDER**

Now come all parties and hereby jointly move this Honorable Court for an Order modifying the pretrial order to extend fact discovery, expert disclosure, and corresponding deadlines for an additional ninety (90) days.

1. No previous request for modification of the pretrial order has been made.

2. When the original pretrial order was entered, the parties and Court acknowledged that the deadlines were ambitious, and may require adjustment and extension.

3. While discovery has been reasonably pursued by the parties, they have not yet had sufficient time to complete written discovery and depositions of fact witnesses, many of whom reside outside the district.

4. Counsel for the parties have conferred and believe that the modifications requested by the within motion will enable them to complete discovery and meet all other case deadlines within the time requested.

5. Granting the within request will not prejudice the parties (indeed, it will assist them), will not significantly alter the deadlines set forth in the original pretrial order, and will not significantly delay resolution of the action.

6. The parties are mindful that pretrial orders are an essential tool in the Court's efficient and effective management of a crowded calendar. The within motion is not intended to either delay the consideration of this matter or to prejudice the Court's administration of its docket, but is necessitated by the exigencies described above.

WHEREFORE, the parties respectfully request that the Court grant the within motion and enter an order adopting the requested modifications set forth below:

**Fact Discovery Closure**

Change from February 26, 2007 to May 27, 2007.

**Plaintiff Expert Disclosure**

Change from February 26, 2007 to May 27, 2007

**Defendant Expert Disclosure**

Change from March 26, 2007 to June 26, 2007

**Expert Depositions Completed by**

Change from April 24, 2007 to July 27, 2007

**Expert Discovery Closure**

Change from April 24, 2007 to July 27, 2007

**Dispositive Motions**

Change from April 24, 2007 to July 27, 2007

Plaintiffs,
By their Attorneys,

/s/ Michael T. Eskey

Amato A. DeLuca (#0531)
Miriam Weizenbaum (#5182)
Michael T. Eskey (#3035)
**DELUCA & WEIZENBAUM, LTD.**
199 North Main Street
Providence, RI 02903
(401) 453-1500
(401) 453-1501 Fax
Tim@delucaandweizenbaum.com

Defendant, Staples, Inc.
By their Attorneys

/s/ Jim Murphy

James T. Murphy (#1698)
**Hanson Curran LLP**
146 Westminster Street
Providence, RI 02903
(401) 421-2154
(401) 521-7040 Fax
jtm@hansoncurran.com

Defendant, JSJ Corporation and Izzy Design
By their Attorneys

/s/ Donna Lamontagne

___________________________________

Donna Lamontagne (#5138)
**Zizik, Powers, O'Connell, Spaulding & Lamontagne, P.C.**
Westminster Street, Suite 201
Providence, RI 02903
(401) 421-7110
(401) 421-7111 Fax
dlamontagne@zizikpowers.com