UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

MARY ANN KING
And PHILLIP KING,
Plaintiffs

v. C.A. No.: 06-258S

STAPLES, INC.; IZZY DESIGN
JSJ CORPORATION;
JOHN DOE COMPANY,
Defendants

**AMENDED NOTICE TO TAKE DEPOSITION**

**DEPONENT:** **Jim Drews**
**DATE:** **March 7, 2007**
**TIME:** **9:30 a.m.**

Please take notice that pursuant to Rule 30 of the Rhode Island Rules of Civil Procedure, the defendants, through their attorney, in the above-captioned matter will take the deposition of the above-named individual on oral examination, which examination will continue from day to day until completed, the same to commence on the date and at the time above stated at the offices of **Donna M. Lamontagne, Esquire, Zizik, Powers, O'Connell, Spaulding & Lamontagne, 40 Westminster Street, Suite 201, Providence, RI** before a notary public commissioned in the State of Rhode Island.

Defendants,
By Their Attorney,

/s/Donna M. Lamontagne

Donna M. Lamontagne (#5138)
Zizik, Powers, O'Connell, Spaulding
& Lamontagne
40 Westminster Street, Suite 201
Providence, Rhode Island 02903
Tel: (401) 421-7110
Fax: (401) 421-7111

**CERTIFICATION OF SERVICE**

I hereby certify that on the ___15th___ day of February, 2007 I caused the original of the within Amended Notice to Take Deposition to be electronically filed with the Clerk of the United States District Court and true copies to be forwarded electronically to **Amato A. DeLuca, Esq**., DeLuca & Weizenbaum, Ltd., 199 North Main Street, Providence, RI 02903, **James T. Murphy, Esq.,** Hanson Curran LLP, 146 Westminster Street, Providence, RI 02903-2202 and **Eric D. Stubenvoll, Esq**., Christensen & Ehret, LLP, 222 West Adams Street, Chicago, IL 60606.

/s/ Donna M. Lamontagne
Zizik, Powers, O'Connell, Spaulding
& Lamontagne