UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| MARY ANN KING<br>And PHILLIP KING,<br>Plaintiffs<br><br>v.<br><br>STAPLES, INC.; IZZY DESIGN<br>JSJ CORPORATION;<br>JOHN DOE COMPANY,<br>Defendants | C.A. No.: 06-258S |

**JOINT MOTION TO CONTINUE SETTLEMENT CONFERENCE**

The parties in the above-captioned matter, by their undersigned counsel, hereby jointly move that the Court continue the Settlement Conference, currently scheduled for March 13, 2007, to a date after the close of fact discovery currently set for May 27, 2007.

In support thereof, the parties state as follows:

1. Plaintiff, Mary Ann King, has brought a product liability action against defendants claiming that on June 3, 2003, she suffered injuries to her back when she fell from an office chair allegedly sold by Staples, Inc. and designed and manufactured by Izzy Design and JSJ Corporation. The chair was furnished by her former employer, Texas Instruments, Attleboro, Massachusetts.

2. The chair cannot be located. Discovery is focused on attempting to identify the product in question.

3. The parties have exchanged written discovery and have completed several depositions. However, depositions of several key fact witnesses have yet to be completed. Three depositions of Texas Instruments and Staples employees are tentatively scheduled for March 7, March 20 and April 16. Depending upon testimony elicited, more depositions may be necessary.

4. The parties agree that a Settlement Conference at this stage would be premature and that no party will be prejudiced by the allowance of this motion.

5. The parties, therefore, jointly request that the Settlement Conference be continued until after the close of fact discovery set for May 27, 2007.

Plaintiffs,
By Their Attorney,

/s/ Michael T. Eskey

Michael T. Eskey
DeLuca & Weizenbaum, Ltd.
199 North Main Street
Providence, RI 02903
(401) 453-1500
Email: Tim@delucaandweizenbaum.com

Defendants,
Izzy Design and JSJ Corporation,
By Their Attorney,

/s/Donna M. Lamontagne

Donna M. Lamontagne (#5138)
Zizik, Powers, O'Connell, Spaulding
& Lamontagne
40 Westminster Street, Suite 201
Providence, Rhode Island 02903
(401) 421-7110
Email:dlamontagne@zizikpowers.com

Defendant,
Staples, Inc.,
By Its Attorney,

/s/Kelly N. Michels

Kelly N. Michels
Hanson Curran LLP
146 Westminster Street
Providence, RI 02903-2218
(401) 421-2154
Email: knm@hansoncurran.com