THIS DOCUMENT VIOLATES THE JUDICIAL CONFERENCE PRIVACY POLICY AND HAS BEEN ORDERED REMOVED.