UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

Mary Ann King

vs. CA06-258-S-DLM

Staples, Inc., et al

ORDER

Document numbers 34 through 43, electronically filed on March 22, 2007, and entitled Notice to Take Deposition contain information that violates the Judicial Conference Privacy Policy. It is hereby ordered:

1. The Clerk is ordered to remove these documents from the record and;

2. Counsel for defendants Izzy Design and JSJ Corporation shall re-file these documents in accordance with the Judicial Conference Privacy Policy.

ENTER:

David L Martin

David L. Martin
United States Magistrate Judge
3-23-07

BY ORDER:

Darrell Pelletier

Deputy Clerk

DATE: 3/23/07