STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS

# SUBPOENA

## UNITED STATES DISTRICT COURT
## DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MARY ANN KING<br>and PHILLIP KING | : | |
| v. | : | C.A. No.: 06-258S |
| STAPLES INC.; IZZY DESIGN<br>JSJ CORPORATION;<br>JOHN DOE COMPANY | : | |

To: **KEEPER OF RECORDS FOR**
**Paul Brieding, M.D.**
**University Medicine Foundation**
**909 North Main Street, Suite 300**
**Providence, RI**

_______ YOU ARE HEREBY COMMANDED to appear in the Superior Court for the County of Providence at 250 Benefit Street in the City of Providence, on the __day of ________, 2000, at _______ o'clock P. M. to testify in trial of the above-entitled action and bring with you ______________________________________
______________________________________.

PLACE OF TESTIMONY COURTROOM

DATE AND TIME ______________________________________

___YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

PLACE OF DEPOSITION DATE AND TIME

X YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects): **See Schedule "A" attached.**

Donna M. Lamontagne
Zizik, Powers, O'Connell, Spaulding & Lamontagne
40 Westminster Street, #201
Providence, RI 02903
(401) 421-7110

**April 17, 2007 at 9:30 a.m.**

PLACE DATE AND TIME

_______ YOU ARE COMMANDED to permit the inspection of the following premises at the date and time specified below.

PREMISES DATE AND TIME

Any organization not a party to this suit that is subpoenaed for the taking of deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf and may set forth, for each person designated, the matters on which the person will testify. Superior Court Rule of Civil Procedure, 30(b)(6).

Attorney for defendants,

/s/ Donna M. Lamontagne — March 22, 2007

ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) — DATE

Donna M. Lamontagne (#5138)
Zizik, Powers, O'Connell, Spaulding & Lamontagne
40 Westminster Street, Suite 201
Providence, RI 02903
(401) 421-7110

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

**PROOF OF SERVICE**

3/23/07 11:00 — 909 No. Main St. Providence #7802

DATE — PLACE

**SERVED**

Dr. Paul Briding — Keeper of Records

SERVED ON (PRINT NAME) — MANNER OF SERVICE

SERVED BY (PRINT NAME) — TITLE

Thomas Noury
41 N. Elmore Ave.
P.O. Box 114026
North Providence, RI 02911

**DECLARATION OF SERVER**

I declare under penalty of perjury that the following information contained in the Proof of Service is true and correct.

Executed on __________

SIGNATURE OF SERVER

ADDRESS OF SERVER

Thomas Noury
41 N. Elmore Ave.
P.O. Box 114026
North Providence, RI 02911

**Signature of Person accepting service**