STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS

# SUBPOENA

## UNITED STATES DISTRICT COURT
## DISTRICT OF RHODE ISLAND

MARY ANN KING :
and PHILLIP KING :
:
v. : C.A. No.: 06-258S
:
STAPLES INC.; IZZY DESIGN :
JSJ CORPORATION; :
JOHN DOE COMPANY :

To: **KEEPER OF RECORDS FOR**
**Carol McCale, D.O.**
**2333 Diamond Hill Road**
**Cumberland, RI**

_______ YOU ARE HEREBY COMMANDED to appear in the Superior Court for the County of Providence at 250 Benefit Street in the City of Providence, on the __day of ________, 2000, at _______ o'clock P. M. to testify in trial of the above-entitled action and bring with you ________________________________________
________________________________________________________________________.

PLACE OF TESTIMONY COURTROOM

DATE AND TIME ____________________________________________

___YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

PLACE OF DEPOSITION DATE AND TIME

X YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects): **See Schedule "A" attached.**

Donna M. Lamontagne
Zizik, Powers, O'Connell, Spaulding & Lamontagne
40 Westminster Street, #201
Providence, RI 02903
(401) 421-7110

**April 17, 2007 at 1:00 p.m.**

PLACE DATE AND TIME

_______ YOU ARE COMMANDED to permit the inspection of the following premises at the date and time specified below.

PREMISES DATE AND TIME

Any organization not a party to this suit that is subpoenaed for the taking of deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf and may set forth, for each person designated, the matters on which the person will testify. Superior Court Rule of Civil Procedure, 30(b)(6).

Attorney for defendants,

/s/ Donna M. Lamontagne — March 22, 2007

ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) — DATE

Donna M. Lamontagne (#5138)
Zizik, Powers, O'Connell, Spaulding & Lamontagne
40 Westminster Street, Suite 201
Providence, RI 02903
(401) 421-7110

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

## PROOF OF SERVICE

3/26/07 — 2333 Diamond Hill Rd. Cumberland

DATE — PLACE

$ 41.00 # 7810

SERVED

Dr. Carol McCale — [signature]

SERVED ON (PRINT NAME) — MANNER OF SERVICE

SERVED BY (PRINT NAME) Thomas Noury
41 N. Elmore Ave.
P.O. Box 114026
North Providence, RI 02911

TITLE Keeper of Records

## DECLARATION OF SERVER

I declare under penalty of perjury that the following information contained in the Proof of Service is true and correct.

Executed on 3/26/07

[signature]
SIGNATURE OF SERVER

ADDRESS OF SERVER
Thomas Noury
41 N. Elmore Ave
P.O. Box 114026
North Providence, RI 02911

Signature of Person accepting service