ZIZIK, POWERS, O'CONNELL, SPAULDING & LAMONTAGNE

A PROFESSIONAL CORPORATION
ATTORNEYS AND COUNSELORS AT LAW

40 WESTMINSTER STREET, SUITE 201
PROVIDENCE, RI 02903

DONNA M. LAMONTAGNE

TELEPHONE (401) 421-3681
FACSIMILE (401) 421-7111
EMAIL: dlamontagne@zizikpowers.com

Westwood
Boston
Cape Cod (Barnstable)

EXHIBIT
tabbies
A

April 4, 2007

Michael T. Eskey, Esq.
DeLuca & Weizenbaum, Ltd.
199 North Main Street
Providence, RI 02903

Re: Mary Ann King, et al vs. Staples, Inc., et al
United States District Court
Civil Action No. 06-258S

Dear Attorney Eskey:

Enclosed please find an authorization for Rhode Island Hospital. Please have your client execute the authorization and return to my office as soon as possible.

Also, I am enclosing an invoice from WarRoom Document Solutions of RI, Inc. which remains unpaid. As you will recall, this invoice relates to the copying costs for the CNA records we hand delivered to your office on January 12th. Please forward payment to WarRoom as soon as possible.

Thank you.

Very truly yours,

Donna M. Lamontagne

DML/hdf
OTH/King/7177
Enclosures