ZIZIK, POWERS, O'CONNELL, SPAULDING & LAMONTAGNE

A PROFESSIONAL CORPORATION
ATTORNEYS AND COUNSELORS AT LAW

40 WESTMINSTER STREET, SUITE 201
PROVIDENCE, RI 02903

DONNA M. LAMONTAGNE

TELEPHONE (401) 421-3681
FACSIMILE (401) 421-7111
EMAIL: dlamontagne@zizikpowers.com

Westwood
Boston
Cape Cod (Barnstable)

EXHIBIT
tabbies
B

April 10, 2007

Linn F. Freedman, Esq.
Nixon Peabody LLP
One Citizens Plaza
Providence, RI 02903

Re: Mary Ann King, et al vs. Staples, Inc., et al
United States District Court
Civil Action No. 06-258S
Our File No.: OTH/King/7177

Dear Ms. Freedman:

I am in receipt of the Motion to Quash filed on behalf of Rhode Island Hospital relative to the above-referenced action.

We are filing a basic objection for the record but rather than preparing an extensive memorandum and before arguing the merits of the issue, we wanted to advise you that plaintiff's counsel has agreed to provide an authorization.

With this background, I would request that we pass the hearing on the Motion to Quash.

Please advise if this is an acceptable resolution of the issue involving your client, Rhode Island Hospital.

Very truly yours,

Donna M. Lamontagne

DML/dmc
Enclosure
cc: Michael T. Eskey, Esq.
Kelly Michels, Esq.
James T. Murphy, Esq.
United States Magistrate Martin