EXHIBIT

tabbies

D

DeLuca & Weizenbaum, Ltd.

Attorneys at Law

199 North Main Street
Providence RI 02903
phone: 401. 453. 1500
fax: 401. 453. 1501
firm@delucaandweizenbaum.com

Amato A. DeLuca*
Miriam Weizenbaum**
Michael T. Eskey

Kathy McGinn, RN, BSN

*also Member of Massachusetts Bar
**also Member of Pennsylvania Bar

March 23, 2007

Donna Lamontagne, Esq.
Zizik, Powers, O'Connell, Spaulding & LaMontagne, P.C.
40 Westminster Street, Suite 201
Providence, RI 02903

RE: *King et al v. Staples, Inc., et al*
C.A. No.: 06-258S

Dear Attorney Lamontagne:

I am in receipt of your notice to deposition of the Keeper of Records for Thomas McGunigal, M.D., Rhode Island Hospital, Paul Brieding, M.D., and Landmark Medical Center scheduled for April 17, 2007 starting at 9:00 a.m. I will not be attending said keeper of records depositions however please forward copies of any and all records received. We will pay copying costs. Thank you.

Very truly yours,
DeLuca & Weizenbaum, Ltd.

Michael Eskey

Michael T. Eskey

MTE/bsv