KNM:em 06-222 4/26/07

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

MARY ANN KING
and PHILLIP KING

VS. C.A. No. 06-258 S

STAPLES, INC; IZZY DESIGNS;
JSJ CORPORATION;
JOHN DOE COMPANY

# AMENDED NOTICE TO TAKE DEPOSITION

**DEPONENT:** **Al Brown**
**DATE:** **May 21, 2007**
**TIME:** **4:30 p.m.**

Please take notice that pursuant to Rule 30 of the Rhode Island Rules of Civil Procedure, the **Defendant, Staples, Inc.,** through its attorney, in the above-captioned matter will take the deposition of the above-named individual on oral examination, which examination will continue from day to day until completed, the same to commence on the date and at the time above stated at the offices of **HANSON CURRAN LLP, 146 Westminster Street, Providence, RI** before a notary public commissioned in the State of Rhode Island.

/s/ Kelly N. Michels, Esq.
Kelly N. Michels, Esq. (#6478)
HANSON CURRAN LLP
146 Westminster Street
Providence, RI 02903-2218
(401) 421-2154 - telephone
(401) 521-7040 - fax
E-mail: knm@hansoncurran.com

**PROOF OF SERVICE**

I hereby certify that on April 26, 2007, an exact copy of the within document was electronically mailed to the Electronic Case Filing system of the United States District Court for its distribution to all counsel of record and copies were mailed to all parties unable to accept electronic filing.

/s/ Kelly N. Michels
of Hanson Curran LLP