STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS

# SUBPOENA

## UNITED STATES DISTRICT COURT
## DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MARY ANN KING<br>and PHILLIP KING | : | |
| v. | : | C.A. No.: 06-258S |
| STAPLES INC.; IZZY DESIGN<br>JSJ CORPORATION;<br>JOHN DOE COMPANY | : | |

**To: RUSSELL LOXLEY**
**19 Chamberlain Street 1**
**Smithfield, RI 02917**

_______ YOU ARE HEREBY COMMANDED to appear in the ____________ Court for the County of _ _______________at ____________________ in the City of __________________, on the __day of __________, 200, at _______ o'clock P. M. to testify in trial of the above-entitled action and bring with you____________ ______________________________________________________________________________.

PLACE OF TESTIMONY — COURTROOM

DATE AND TIME

_X_ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

Zizik, Powers, O'Connell, Spaulding & Lamontagne
40 Westminster Street, Suite 201
Providence, RI 02903
(401) 421-7110 — **May 29, 2007 at 1:00 p.m.**

PLACE OF DEPOSITION — DATE AND TIME

__ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

PLACE — DATE AND TIME

_______ YOU ARE COMMANDED to permit the inspection of the following premises at the date and time specified below.

PREMISES — DATE AND TIME

Any organization not a party to this suit that is subpoenaed for the taking of deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf and may set forth, for each person designated, the matters on which the person will testify. Superior Court Rule of Civil Procedure, 30(b)(6).

Attorney for defendants,

/s/ Donna M. Lamontagne May 10, 2007

ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) DATE

Donna M. Lamontagne
Zizik, Powers, O'Connell, Spaulding & Lamontagne
40 Westminster Street, Suite 201
Providence, RI 02903
(401) 421-7110

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

**PROOF OF SERVICE**

5/14/07 19 Chamberlain St. Smithfield R.I.

DATE PLACE

$41.00 # 8127

**SERVED**

Russell Loxley

SERVED ON (PRINT NAME) MANNER OF SERVICE

Personally To Witness

SERVED BY (PRINT NAME) TITLE

Thomas Noury

[redacted]

**DECLARATION OF SERVER**

I declare under penalty of perjury that the following information contained in the Proof of Service is true and correct.

Executed on 5/14/07

SIGNATURE OF SERVER

Thomas Noury

ADDRESS OF SERVER

P.O. Box 114026
North Providence, RI 02911

Russell Loxley

**Signature of Person accepting service**