**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| MARY ANN KING | : | |
| and PHILLIP KING | : | |
| Plaintiffs | : | |
| v. | : | C.A. No.: 06-258-S |
| | : | |
| STAPLES INC.; IZZY DESIGN; | : | |
| JSJ CORPORATION; | : | |
| JOHN DOE COMPANY | : | |
| Defendants | | |

**ASSENTED-TO MOTION TO MODIFY PRETRIAL ORDER**

Now come plaintiffs and, with the assent of defendants, hereby move this Honorable Court for an Order modifying the pretrial order for the purpose of extending fact discovery, expert disclosure, and corresponding deadlines for a period of sixty (60) days. As grounds, plaintiffs state as follows:

1. When the original pretrial order was entered in this action, the parties and Court acknowledged that the deadlines were ambitious, and may require adjustment and extension.

2. While discovery has been reasonably pursued by the parties, they have not had sufficient time to complete written discovery and depositions of fact witnesses.

3. The additional time requested for completion of discovery in this matter is necessitated by the fact that plaintiff's counsel were engaged over the last two months in the preparation and trial of two actions in the United States District Court for the District of Massachusetts: *Coons v. A.F.Chapman, et al.*. Civil Action No.: 03-11900-MBB and *Coates v. Duffer's*

*Golf Center, Inc.,* Civil Action No.: 03-11968-GAO. The *Coons* matter was tried to a jury verdict from April 30 – May 10, 2007. The *Coates* case settled after the empanelment of a jury on May 7, 2007.

4. As a result of the time devoted by plaintiff's counsel to the preparation and trial of these matters, discovery and depositions in this action were necessarily delayed and rescheduled

5. The additional time requested is thus necessary to complete written discovery and fact depositions.

6. Granting the within request will not prejudice the parties, will not significantly alter the deadlines set forth in the original pretrial order, and will not significantly delay resolution of the action.

7. The parties are mindful that pretrial orders are an essential tool in the Court's efficient and effective management of a crowded calendar. The within motion is not intended to either delay the consideration of this matter or to prejudice the Court's administration of its docket, but is necessitated by the exigencies described above.

WHEREFORE, plaintiff respectfully requests that the Court grant the within motion and enter an order modifying the scheduling order in this matter as follows:

**Fact Discovery Closure:** July 26, 2007

**Plaintiff Expert Disclosure:** August 15, 2007

**Defendant Expert Disclosure:** September 15, 2007

**Expert Depositions, Commence:** September 15, 2007

**Expert Discovery Closure:** November 15, 2007

**Dispositive Motions, filed on or before:** October 1, 2007

Plaintiffs,
By their Attorneys,

/s/ Michael T. Eskey

______________________________

Amato A. DeLuca (#0531)
Miriam Weizenbaum (#5182)
Michael T. Eskey (#3035)
**DELUCA & WEIZENBAUM, LTD.**
199 North Main Street
Providence, RI 02903
(401) 453-1500
(401) 453-1501 Fax
tim@delucaandweizenbaum.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 16, 2007, a true copy of the foregoing was served upon counsel of record, listed below, by electronic mail.

/s/ Michael T. Eskey

______________________________

Michael T. Eskey (# 3035)

Kelly N. Michels, Esq.
Hanson Curran
146 Westminster Street
Providence, RI 0290340
knm@hansoncurran.com

Donna LaMontagne, Esq.
Zizik, Powers, O'Connell, Spaulding &
LaMontagne, P.C.
Westminster Street, Suite 201
Providence, RI 02903
dlamontagne@zizikpowers.com