UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MARY ANN KING and PHILLIP KING | : | |
| vs. | : | C.A. No. 06-258S |
| STAPLES INC.; IZZY DESIGN, JSJ CORPORATION; and JOHN DOE COMPANY | : | |

**MOTION FOR WITHDRAWAL OF APPEARANCE**

Linn F. Freedman hereby requests that this Honorable Court allow her to withdraw as counsel for Rhode Island Hospital for the reasons set forth in the attached Memorandum In Support of Motion for Withdrawal of Appearance.

Upon information and belief, there is no objection to the filing of this Motion.

Rhode Island Hospital
By Its Attorney,

/s/ Linn F. Freedman
Linn F. Freedman (#4778)
NIXON PEABODY LLP
One Citizens Plaza
Providence, RI 02903
Telephone: (401) 454-1108
Fax: (866) 807-6614
E-mail: lfreedman@nixonpeabody.com

Dated: May 18, 2007

## CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of May, 2007, I filed this Motion for Withdrawal of Appearance electronically with the Court and sent a true copy of said Motion for Withdrawal of Appearance by first-class mail to:

Donna M. Lamontagne
Zizik, Powers, O'Connell, Spaulding & Lamontagne
40 Westminster Street, Suite 201
Providence, RI 02903

Amato A. DeLuca, Esq.
DeLuca & Weizenbaum, Ltd.
199 North Main Street
Providence, RI 02903

James T. Murphy, Esq.
Hanson Curran LLP
146 Westminster Street
Providence, RI 02903

Eric D. Stubenvoll, Esq.
Christensen & Ehret, LLP
222 West Adams, Suite 2170
Chicago, IL 60606

/s/ Linn F. Freedman

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MARY ANN KING and<br>PHILLIP KING | : | |
| vs. | : | C.A. No. 06-258S |
| STAPLES INC.; IZZY DESIGN,<br>JSJ CORPORATION; and<br>JOHN DOE COMPANY | : | |

**MEMORANDUM IN SUPPORT OF**
**MOTION FOR WITHDRAWAL OF APPEARANCE**

Linn F. Freedman requests that this Honorable Court allow her to withdraw as counsel for Rhode Island Hospital. In support of this Motion, she states that Rhode Island Hospital filed a Motion to Quash and/or for Protective Order in this case with regard to a medical records subpoena for records of Plaintiff, Mary Ann King. This Motion to Quash was withdrawn as Ms. King executed a patient authorization for the subject records. Accordingly, Rhode Island Hospital's presence as a party in this case is no longer necessary.

Upon information and belief, there is no objection to the filing of this Motion.

Rhode Island Hospital
By Its Attorney,

/s/ Linn F. Freedman
Linn F. Freedman (#4778)
NIXON PEABODY LLP
One Citizens Plaza
Providence, RI 02903
Telephone: (401) 454-1108
Fax: (866) 807-6614
E-mail: lfreedman@nixonpeabody.com

Dated: May 18, 2007

**CERTIFICATE OF SERVICE**

I hereby certify that on the 18th day of May, 2007, I filed this Memorandum in Support of Motion for Withdrawal of Appearance electronically with the Court and sent a true copy of said Memorandum by first-class mail to:

Donna M. Lamontagne
Zizik, Powers, O'Connell, Spaulding & Lamontagne
40 Westminster Street, Suite 201
Providence, RI 02903

Amato A. DeLuca, Esq.
DeLuca & Weizenbaum, Ltd.
199 North Main Street
Providence, RI 02903

James T. Murphy, Esq.
Hanson Curran LLP
146 Westminster Street
Providence, RI 02903

Eric D. Stubenvoll, Esq.
Christensen & Ehret, LLP
222 West Adams, Suite 2170
Chicago, IL 60606

/s/ Linn F. Freedman