**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

MARY ANN KING :
and PHILLIP KING :
Plaintiffs :
v. : C.A. No.: 06-258-S
:
STAPLES INC.; IZZY DESIGN; :
JSJ CORPORATION; :
JOHN DOE COMPANY :
Defendants

**PLAINTIFF'S NOTICE TO TAKE DEPOSITION**

**DEPONENT:** **Keeper of Records of Texas Instruments, Inc.**
**DATE & TIME:** **Thursday June 28, 2007 at 10:30 a.m.**
**PLACE:** **DeLuca & Weizenbaum Ltd.**
**199 North Main Street, Providence, RI 02903**

Please take notice the plaintiff will take the deposition by stenographic means of the above-named deponent upon oral examination before a Notary Public of the State of Rhode Island, or some other duly qualified person, on the date and at the time set forth above and thereafter from day to day as the taking of the deposition may be adjourned, at the law office of DeLuca & Weizenbaum, Ltd., 199 North Main Street, Providence, RI, at which time and place you are notified to appear and take such part in the examination as you may be advised and as shall be fit and proper.

Plaintiffs,
By their Attorneys,

/s/ Michael T. Eskey

______________________________

Amato A. DeLuca (#0531)
Miriam Weizenbaum (#5182)
Michael T. Eskey (#3035)
**DELUCA & WEIZENBAUM, LTD.**
199 North Main Street
Providence, RI 02903
(401) 453-1500
(401) 453-1501 Fax
tim@delucaandweizenbaum.com

**CERTIFICATION**

I hereby certify that I served a true copy of the within to the following attorneys of record on the 8th day of June, 2007 by *e-file:*

Jim Murphy, Esq.
Hanson Curran
146 Westminster Street
Providence, RI 0290340

Donna LaMontagne, Esq.
Zizik, Powers, O'Connell, Spaulding & LaMontagne, P.C.
Westminster Street, Suite 201
Providence, RI 02903

Eric D. Stubenvoll (*first class mail*)
Christensen & Ehret, LLP
222 West Adams, Ste. 2170
Chicago, IL 60606

/s/Bianca S. Valencia