**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| MARY ANN KING | : | |
| and PHILLIP KING | : | |
| Plaintiffs | : | |
| v. | : | C.A. No.: 06-258-S |
| | | : |
| STAPLES INC.; IZZY DESIGN; | : | |
| JSJ CORPORATION; | : | |
| JOHN DOE COMPANY | : | |
| Defendants | | |

**PLAINTIFF'S AMENDED NOTICE TO TAKE DEPOSITION**

**DEPONENT: Pursuant to Fed. R. Civ. P. 30(b)(6) the person(s) with the most knowledge at or for Izzy Design in the following areas:**

1. **The design and manufacture of "Superior" "Centron" chairs sold by defendant before June 2003.**

2. **The manner of connecting, attaching, or joining the back support or "J" bar to "Superior" "Centron" chairs sold by defendant before and after June 2003.**

3. **Instructions and/or warnings concerning use and/or inspection of Superior Centron chairs before and after June 2003.**

4. **Incidents, problems with "J" bar becoming detached from Superior Centron chairs before June 2003, including any such problems claimed or reported by Texas Instruments Attleboro or Dallas.**

5. **Re-design or re-engineering of and/or change or alteration in the connection, attachment, or joining of the back support or "J" bar to "Superior" "Centron" chairs sold by defendant before and after June 2003 in response to complaints, claims, incidents, or reports of problems with "J" bar becoming loose or detached from chair.**

6. **Public and non-governmental rules, regulations, codes, safety codes, standards, guidelines, and/or specifications known to this Defendant which govern, regulate, apply to, or were used in the design, manufacture, production, and/or assembly of the connection or attachment of the back support or "J" bar to the chair.**

7. **Tests, inspections, or investigations that were performed for any structural connection, joint, and/or interface in the product before or after June 2003,**

**including but not limited to the connection or attachment of the back support or "J" bar to the chair.**

8. **Alternative designs or manufacturing or assembly methods other than those actually employed for permanently and securely connecting, joining, or attaching the back support to the product chair.**

**DATE & TIME:** **July 18, 2007 at 3:00 p.m.**
**PLACE:** **Christensen & Ehret, LLP**
**222 West Adams, Ste. 2170**
**Chicago, IL 60606**

Please take notice the plaintiff will take the deposition by stenographic means of the above-named deponent upon oral examination before a Notary Public of the State of Chicago, or some other duly qualified person, on the date and at the time set forth above and thereafter from day to day as the taking of the deposition may be adjourned, at Esquire Deposition Services, 311 West Monroe Street, Suite 1200, Chicago, IL, at which time and place you are notified to appear and take such part in the examination as you may be advised and as shall be fit and proper.

**Deponent shall bring to the deposition any and all documents in its possession, custody or control relating in any way to the areas of inquiry stated above.**

Plaintiffs,
By their attorneys,

/s/ Michael T. Eskey

Amato A. DeLuca (#0531)
Miriam Weizenbaum (#5182)
Michael T. Eskey (#3035)
**DELUCA & WEIZENBAUM, LTD.**
199 North Main Street
Providence, RI 02903
(401) 453-1500
(401) 453-1501 Fax

**CERTIFICATION**

I hereby certify that I served a true copy of the within to the following attorneys of record on the 12th day of July, 2007 by *e-file and regular mail:*

Jim Murphy, Esq.
Hanson Curran
146 Westminster Street
Providence, RI 0290340

Donna LaMontagne, Esq.
Zizik, Powers, O'Connell, Spaulding & LaMontagne, P.C.
Westminster Street, Suite 201
Providence, RI 02903

Eric D. Stubenvoll (*first class mail*)
Christensen & Ehret, LLP
222 West Adams, Ste. 2170
Chicago, IL 60606

Esquire Deposition Services
10 Weybosset Street, Suite 402
Providence, RI 02903

/s/Michael T. Eskey