STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS

# SUBPOENA

## UNITED STATES DISTRICT COURT
## DISTRICT OF RHODE ISLAND

MARY ANN KING
and PHILLIP KING

v. C.A. No.: 06-258S

STAPLES INC.; IZZY DESIGN
JSJ CORPORATION;
JOHN DOE COMPANY

To: **J FREDERICK HARRINGTON, MD**
**Neurosurgery Foundation** 521-9909
~~110 Lockwood Street, Suite 330~~
**Providence, RI 02903**
235 Plain St.

______ YOU ARE HEREBY COMMANDED to appear in the Superior Court for the County of Providence at 250 Benefit Street in the City of Providence, on the __day of ________, 2000, at _______ o'clock P. M. to testify in trial of the above-entitled action and bring with you ____________________________________.

PLACE OF TESTIMONY COURTROOM

DATE AND TIME ____________________________________

X YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

Donna M. Lamontagne, Esq.
Zizik, Powers, O'Connell, Spaulding & Lamontagne, P.C.
40 Westminster Street, #201
Providence, RI 02903
(401) 421-7110

**September 14, 2007 at 11:30 a.m.**

PLACE OF DEPOSITION DATE AND TIME

___ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

PLACE DATE AND TIME

______ YOU ARE COMMANDED to permit the inspection of the following premises at the date and time specified below.

PREMISES DATE AND TIME

Any organization not a party to this suit that is subpoenaed for the taking of deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf and may set forth, for each person designated, the matters on which the person will testify. Superior Court Rule of Civil Procedure, 30(b)(6).

Attorney for defendants,

/s/ Donna M. Lamontagne — July 19, 2007

ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) — DATE

Donna M. Lamontagne, Esq.
Zizik, Powers, O'Connell, Spaulding & Lamontagne, P.C.
40 Westminster Street, Suite 201
Providence, RI 02903
(401) 421-7110

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

**PROOF OF SERVICE**

DATE: 7/24/07 4:00 # 8561

PLACE: 235 Plain St. Providence suite 102

**SERVED**

SERVED ON (PRINT NAME): Dr. J. Frederick Harrington

MANNER OF SERVICE: Personally To Witness

SERVED BY (PRINT NAME): Thomas Noury
P.O. Box 114026
North Providence, RI 02911

TITLE

**DECLARATION OF SERVER**

I declare under penalty of perjury that the following information contained in the Proof of Service is true and correct.

Executed on 7/24/07

SIGNATURE OF SERVER

ADDRESS OF SERVER: Thomas Noury
P.O. Box 114026
North Providence, RI 02911

**Signature of Person accepting service**