KNM:ems 06-222 726/07

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

MARY ANN KING
and PHILLIP KING

VS. C.A. No. 1:06-cv-0258-S-DLM

STAPLES, INC; IZZY DESIGNS;
JSJ CORPORATION;
JOHN DOE COMPANY

# STIPULATION

***In the above-entitled cause it is agreed that the following entry be made:***

The time within which defendant, Staples, Inc., may respond to the discovery of plaintiffs is extended to and including September 10, 2007.

/s/ Michael T. Eskey, Esq.
Michael T. Eskey, Esq. #3035
DeLuca & Seizenbaum, Ltd.
199 North Main Street
Providence, RI 02903
(401) 453-1500 – telephone
(401) 453-1501 – fax
*Attorney for Plaintiffs*

/s/ Kelly N. Michels, Esq.
Kelly N. Michels, Esq. #6478
HANSON CURRAN LLP
146 Westminster Street
Providence, RI 02903
(401) 421-2154 – telephone
(401) 521-7040 - fax
*Attorney for Defendant, Staples, Inc.*

Date: 7/26/07

Date: 7/26/07

**PROOF OF SERVICE**

I hereby certify that on this 26th day of July, an exact copy of the within document was electronically mailed to the Electronic Case Filing system of the United States District Court for its distribution to all counsel of record and copies were mailed to all parties unable to accept electronic filing.

/s/ Kelly N. Michels
of Hanson Curran LLP