STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS

# SUBPOENA

## UNITED STATES DISTRICT COURT
## DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MARY ANN KING<br>and PHILLIP KING | : | |
| v. | : | C.A. No.: 06-258S |
| STAPLES INC.; IZZY DESIGN<br>JSJ CORPORATION;<br>JOHN DOE COMPANY | : | |

To: **PAUL BREIDING, MD**
**University Medicine Foundation**
**909 North Main Street, Suite 300**
**Providence, RI**

______ YOU ARE HEREBY COMMANDED to appear in the Superior Court for the County of Providence at 250 Benefit Street in the City of Providence, on the __day of ________, 2000, at _______ o'clock P. M. to testify in trial of the above-entitled action and bring with you______________________________

PLACE OF TESTIMONY — COURTROOM

DATE AND TIME ______________________________

X YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

Donna M. Lamontagne, Esq.
Zizik, Powers, O'Connell, Spaulding & Lamontagne, P.C.
40 Westminster Street, #201
Providence, RI 02903
(401) 421-7110 — **September 14, 2007 at 9:30 a.m.**

PLACE OF DEPOSITION — DATE AND TIME

X YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects): **See Schedule "A" attached.**

Donna M. Lamontagne, Esq.
Zizik, Powers, O'Connell, Spaulding & Lamontagne, P.C.
40 Westminster Street, #201
Providence, RI 02903
(401) 421-7110 — **September 14, 2007 at 9:30 a.m.**

PLACE — DATE AND TIME

______ YOU ARE COMMANDED to permit the inspection of the following premises at the date and time specified below.

PREMISES — DATE AND TIME

Any organization not a party to this suit that is subpoenaed for the taking of deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf and may set forth, for each person designated, the matters on which the person will testify. Superior Court Rule of Civil Procedure, 30(b)(6).

Attorney for defendants,

August 28, 2007

/s/ Donna M. Lamontagne

ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) DATE

Donna M. Lamontagne, Esq.
Zizik, Powers, O'Connell, Spaulding & Lamontagne, P.C.
40 Westminster Street, Suite 201
Providence, RI 02903
(401) 421-7110

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

**PROOF OF SERVICE**

8/29/07 909 No. Main St. Providence

DATE 4:00 #106 PLACE

**SERVED**

Dr. Paul Breeding Served Personally To

SERVED ON (PRINT NAME) MANNER OF SERVICE

Witness Authorized

SERVED BY (PRINT NAME) TITLE

Thomas Noury Secretary To Sign

[redacted]

**DECLARATION OF SERVER**

I declare under penalty of perjury that the following information contained in the Proof of Service is true and correct.

Executed on 8/29/07

SIGNATURE OF SERVER

Thomas Noury

ADDRESS OF SERVER

P.O. Box 114026
North Providence, RI 02911

X Kristen Bennett

**Signature of Person accepting service**