**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| MARY ANN KING and PHILLIP KING | ) | |
| v. | ) | C.A. No.: 06-258S |
| STAPLES INC.; IZZY DESIGN JSJ CORPORATION; JOHN DOE COMPANY | ) | |

# IZZY DESIGN AND JSJ CORPORATION'S MOTION FOR SUMMARY JUDGMENT

Defendants Izzy Design ("Izzy") and JSJ Corporation ("JSJ'), by their undersigned attorneys, for their Motion for Summary Judgment pursuant to Fed. R. Civ. P. 56, state as follows:

1. Plaintiffs have filed a twelve count complaint against Staples, Inc., Izzy, JSJ, and John Doe Company for injuries allegedly sustained when the back of Mary Ann King's chair broke, causing her to fall to the ground.

2. Plaintiffs' Complaint purports to state causes of action for strict liability, negligence, breach of warranty, and loss of consortium against Izzy and JSJ.

3. Under Fed. R.Civ.P. 56(c), summary judgment shall be granted to the moving party where there is no genuine issue of material fact and the movant is entitled to judgment as a matter of law. Cardillo and Cardillo's Inc. V. Cardillo, et al, 360 F.Supp. 2d 402 (C.C. RI 2005).

4. Izzy and JSJ are entitled to summary judgment because the undisputed facts demonstrate, *inter alia*, that:

- Plaintiff could never prove that Izzy or JSJ manufactured the chair, which has been lost.

- Without the chair, plaintiffs cannot establish a causal connection between the alleged chair defect and King's injury.
- JSJ does not manufacture chairs and cannot be held liable for the alleged acts or omissions of its subsidiaries.

5. Given the facts of this case, there is no evidence to support plaintiffs' cause of action and no facts from which to controvert any material issue. As such, Izzy and JSJ are entitled to summary judgment as a matter of law.

6. Defendants Izzy and JSJ incorporate by reference their Memorandum of Law in support of their Motion for Summary Judgment and Statement of Uncontroverted Facts as if fully set forth herein.

WHEREFORE, for the reasons more fully expressed in the Memorandum of Law in Support, defendants Izzy Design and JSJ Corporation respectfully request this Court grant their Motion for Summary Judgment, and for all such other relief as is just and proper.

**IZZY DESIGN & JSJ CORPORATION**

By: /s/ Donna M. Lamontagne
One of its attorneys

Donna M. Lamontagne
Zizik, Powers, O'Connell, Spauling & Lamontagne, P.C.
40 Westminster Street, Suite 201
Providence, Rhode Island 02903
(401) 421-7110
(401) 421-7111 Fax

Eric D. Stubenvoll
Alika Moitra
Christensen & Ehret, LLP
222 West Adams, 21st Floor
Chicago, Illinois 60606
(312) 634-1014
(312) 634-1018 Fax
115716