UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MARY ANN KING<br>and PHILLIP KING | ) | |
| v. | ) | C.A. No.: 06-258S |
| STAPLES INC.; IZZY DESIGN<br>JSJ CORPORATION;<br>JOHN DOE COMPANY | ) | |

**AFFIDAVIT OF MICHAEL D. METZGER**

Michael D. Metzger, being duly sworn upon his oath, hereby states as follows:

1. I am familiar with the facts upon which this affidavit is based and can testify thereto if required.

2. I am the Vice President, Chief Financial Officer, Treasurer and Secretary of JSJ Corporation. I have been a corporate officer of JSJ Corporation since 1985.

3. It is my understanding that Plaintiffs in this matter have alleged that JSJ Corporation sold a Superior Centron Chair that plaintiffs allege was involved in Mary Ann King's accident. JSJ Corporation has never manufactured or sold chairs under the Superior or Superior Centron name.

4. From 1988 until December 15, 2000, JSJ Corporation owned 100% of the stock of JSJ Seating Corporation, a separate corporation that at various times conducted business under the names Superior Chaircraft Corporation and Superior Chair. JSJ Seating Corporation was reorganized as a limited partnership in 2000, with Counter Point Furniture Products, Inc. owning 1% and JSJ Asia-Pacific Corporation owning 99%. Effective December 31, 2000 the

EXHIBIT
tabbies
B

statutory conversion to that partnership became effective, with the new name of JSJ Seating Company Texas, L.P.

5. It is my understanding that JSJ Seating Company Texas, LP and the predecessor entity, JSJ Seating Corporation, sold Superior Centron chairs prior to 2003.

**FURTHER AFFIANT SAYETH NAUGHT.**

Michael D. Metzger
Michael D. Metzger

Sworn and subscribed to
before me this 28th day
of September, 2007.

Deborah K. Kendra
Notary Public
Deborah K. Kendra
Muskegon County, MI
Acting in Ottawa County, MI

117174