UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

MARY ANN KING
and PHILIP KING

VS. C.A. NO. 06-258 S

STAPLES, INC.; IZZY DESIGNS;
JSJ CORPORATION; JOHN DOE
COMPANY

COPY

DEPOSITION OF **MARY ANN KING**, taken on behalf of the Defendant, Staples Inc., Friday, November 17, 2006 at 1:10 p.m. pursuant to the Federal Rules of Civil Procedure at the office of Hanson Curran LLP, 146 Westminster Street, Providence, Rhode Island before Linda F. Oakley, RPR, Inc., Notary Public.

APPEARANCES:

DeLUCA & WEIZENBAUM, LTD.
BY: MICHAEL T. ESKEY, ESQ.
Counsel for the Plaintiffs

HANSON CURRAN LLP
BY: KELLY N. MICHELS, ESQ.
Counsel for Staples Inc.

ZIZIK, POWERS, O'CONNELL, SPAULDING & LaMONTAGNE
BY: DONNA LaMONTAGNE, ESQ.
Counsel for Izzy Designs and JSJ Corporation

CHRISTENSEN & EHRET, LLP
BY: ERIC D. STUBENVOLL, ESQ.
Co-counsel for Izzy Designs and JSJ Corporation

REPORTING ASSOCIATES
Westminster Square Building
10 Dorrance Street, Suite 617
Providence, RI 02903

EXHIBIT
tabbies
C

Q Excuse me.
A And I pulled up because I knew what bar -- you know, they had bars in the back. And if I -- I didn't want to hit the bar. You know? So I was kind of jerking and pulling myself up.
Q Who had bars in the back? What do you mean by bars?
A The chair, the back of the chair. It had a bar that slid in. And it was on the floor. And, well, I didn't know if it was right behind me, but I didn't want to hit that bar because I probably would have broke my back in half 'cause it came up.
Q Was this bar in the back of the chair?
A It, you got the chair, the, you know, it's a blue part. And it, you know, it slid into the back of the chair. And it was, you know, it was screwed in.
Q Is this the bar that connects the seat to the actual back of the chair?
A Yeah.
Q Okay.
A Well, I think it connects the back of the chair into the seat.
Q Into the seat?
A (Deponent nods head in the affirmative)
Q Okay.
A If I'm, you know, I'm not positive, but I believe

Q You jumped right up onto your feet?
A Yeah. Well, it's like she, she grabbed me. And I, you know, and then I grabbed onto the table and pulled myself up with her help.
Q Did you feel any pain when you fell?
A Not, not at that point, no.
Q How about once you stood up? Did you feel any pain?
A Not at that point, no.
Q The chair that you fell out of, you said it was blue?
A Yes. Like a royal blue.
Q Do you know what type of chair it was?
A I believe it was a Superior chair.
Q Is Superior the type, the brand name?
A That's the mod--- brand.
Q The model?
A Because that was pretty much all we bought was Superior.
Q Do you know where the chair was purchased from?
A Staples.
Q How do you know that?
A Because that's where we purchased all, all our chairs. That's to my knowledge.
Q Had you actually put in the purchase order for this particular chair?
A No.

Q But you were out of work by the time it arrived in your storeroom?
A Correct.
Q Do you know where this middle place was where they tried to fix it?
A I don't know, no. I'm just going by hearsay.
Q Do you know of any other location that the chair was after the storeroom?
A Jim Drews from Staples picked all the chairs up, and he repaired them.
Q Did he repair the chair that you'd been sitting in?
A Yes. I believe. I believe. I don't know. I know he took it. I don't -- I'm not positive that that one was fixed. But I do know they removed a lot of, all the chairs off the floor to put a fourth screw in them, from reading the safety reports I was copied to.
Q Do you know where the chair is now?
A I believe the, well T.I. sold the company to Sensata Technologies. And from what I hear from my ex co-workers, they said they threw a lot of them out. So I don't know exactly where that chair is at that point.
Q As part of your lawsuit, you have a loss of consortium claim, and your husband has a loss of