VOLUME I
PAGES 1-75
EXHIBITS: Per Index

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

MARY ANN KING and
PHILLIP KING,
Plaintiffs

v. C.A. No.: 06-258S

STAPLES, INC., IZZY
DESIGN, JSJ CORPORATION,
JOHN DOE COMPANY,
Defendants

* * * * * * *

DEPOSITION of RUSSELL LOXLEY, a witness called on behalf of Izzy Design and JSJ Corporation, pursuant to the applicable provisions of the Federal Rules of Civil Procedure, before Mary E. Rinne, Registered Professional Reporter and Notary Public for the State of Rhode Island, at the offices of Zizik, Powers, O'Connell, Spaulding & Lamontagne, 40 Westminster Street, Providence, Rhode Island, on Thursday, June 7, 2007, commencing at 10:02 a.m.



EXHIBIT
E

Page 10

Q. Okay. And how did you learn about it?
A. They actually came to -- well, I was in the -- I went in the crib, and I believe it was Pamela McGee told me that Mary Ann had fallen out of the chair, the chair had let go.
And I said, "Oh, well, let me take the chair." So I took the chair, brought it out of her area and put it in my area. And then when I had a chance, I'd look at it. Because part of my function was to repair chairs, believe it or not. Tons of them.
Q. Okay.
A. I used to work with a gentleman from Staples. I believe he was one of the salesmen.
Q. Jim Drews?
A. Yes, as a matter of fact. He used to come in. We used to argue all the time about chairs.
Q. Okay. So part of your job was to repair chairs?
A. Well, yeah, in a way. It was like a sideline, you know, because they didn't want to, you know, scrap the chairs. They just wanted to try to salvage them. So they asked me if I'd look at them and take parts from this chair.

Page 11

And I was very much against that whole scenario because you don't do that with chairs, especially those kind. You know, they were the high chairs for the line workers, for assembly workers, you know.
So we had a little go-around about repairing chairs. So that's when we had Jim come in to look at them to see if they were still under warranty and stuff like that. Some of them were Staples chairs or the other company and some were Steelcase chairs. Different companies, but I believe most of them were from Staples. I'm not absolutely sure. Because he took a few back. I mean, he even repaired a couple himself.
Q. How long had it been your function to repair chairs for TI?
A. Well, every time there was a problem with a chair, they'd call me. So it could have been -- it's hard to say. It could have been ten years.
I mean, it was just -- it wasn't a -- it wasn't a job description of mine. It was just a function that if a chair needed to be

Page 12

repaired, then I'd look at it because maintenance was not -- had too many other things to do to be bothered with chairs.
Q. Okay.
A. I mean, at the time, we had 40 chairs piled up that needed to be looked at, you know. Most of the time I put them in the dumpster because I didn't want to work on them.
Q. When you say at the time you had 40 chairs piled up, would those have been in your tool crib?
A. Oh, no, no. They'd be in a different area, just a storage area.
Q. Okay. Were they kept in the area called Safety?
A. No.
Q. No?
A. No.
Q. Okay. Where was this storage area in relation to your --
A. Well, my area was here, Mary Ann's area was here, and then there was an empty assembly area alongside her crib. And that's where we used to keep the chairs until I disposed of

Page 13

them.
Q. All right. And that's in Building 12?
A. Yes.
Q. Was that area open for employees to go into and out of?
A. Well, you could walk -- you could walk by there.
Q. Okay. It wasn't kept secured or anything?
A. Oh, no. No. The chairs were wrapped with that clear wrap so you couldn't take the chairs off the pallets, you know, and use them again. So we had them secured with that clear shrink wrap, they call it, pallet wrap, whatever you want to call it, so the chairs couldn't be removed. If they were, they'd all end up on the floor. It was secure in a way.
Q. And those chairs were there as of 2003 just waiting to be worked on by you?
A. Well, during -- yeah, in that period, you know. Probably from, I don't know, 2000 till 2003. I mean, there were chairs in and out. Those chairs weren't there for that many years. They were just there until we had Jim come in and --

Page 14

THE WITNESS: (To Ms. Michels) Was it Jim?
A. But anyway, he -- he come in and then we went through the chairs and ended up throwing most of them away.
Q. You said there were all different kinds of chairs in that storage room?
A. Well, there was different manufacturers.
Q. Okay. And you mentioned that Texas Instruments had wanted you to try to take parts from one to fix another. When did you start doing that?
MR. ESKEY: I object.
Q. Was that like ten years ago?
A. Yeah, that was during that period. I didn't do it, but that's when they wanted me to do it.
Q. Okay. Who told you that they wanted you to try to salvage the chairs in that way?
A. Well, let me see. Ron Czipal was one of the supervisors. Bill Condon (phonetic) was another one. Those are two of the men I worked for.
Q. Can you spell Ron's last name for me?

Page 15

A. Czipal?
Q. Yes.
A. I think it's C-z-i-p-a-l.
Q. Okay. And Bill Condon?
A. Condon, yes. C-o-n-g-e-n, something like that.
Q. And what was Mr. Czipal's title?
A. He was -- he was like a manufacturing manager, I would have to say.
Q. Okay. And Bill Condon?
A. He was a -- like an operations manager more or less.
Q. Was Mr. Condon or Mr. Czipal your immediate supervisor?
A. No, they were the head of the departments.
Q. Okay. Who was your immediate supervisor?
A. Charlie Knight. Charles Knight, Chuck Knight. And Robert Nabb was one of them. I had a number of supervisors while I worked there.
Q. Okay. So somewhere roughly in the late '90s you were asked to if a chair was broken --
A. Right.
Q. -- try to fix it?
A. Yes.

Page 16

Q. Okay. And from 1997 to 2003, did you periodically work on chairs?
A. Mm-hmm.
Q. Yes?
A. I would look at them. I would see what they needed. And then I would try to get the parts, but the parts were never available because chair repair was not -- I don't think chair repair was an option.
Q. Okay. What do you mean?
A. I don't know. I don't think they wanted to repair the chairs. I mean, they wanted me to repair the chairs because I could make parts in my tool room if I needed parts, but I didn't do that. I wouldn't make parts because I didn't want the responsibility of that.
Q. So if you saw a part that needed to be added to a chair, would you then go to the parts crib and try to get parts?
A. No, you can't get parts out of the crib for chairs. We didn't stock chair parts.
Q. Okay. Did you ever order parts yourself from Staples?
A. No. Staples, they came in and looked at the

Page 17

chairs. I don't -- I'm not -- I don't remember if he ever repaired any of them. He did take a couple of them apart and he did -- to my knowledge, I think he did repair a couple of chairs.
And then after that, we just gave up on it because it was just -- it was -- it was easier to buy another chair than to try to repair, you know. It was actually more economical to buy a chair than to repair a chair. So we ended up throwing most of them away.
Q. To your knowledge, when the chair broke for Mary Ann King --
A. Mm-hmm.
Q. -- were you the first person to touch it after that?
A. Yes, I was.
Q. Okay. And when you first saw it, where was it?
A. It was in their area.
Q. In the area where Mary Ann sat?
A. Right.
Q. Okay.

Page 18

A. As I remember it, when I came in, Mary Ann was still there and Pam was with her and the chair was sitting there in two pieces.
Q. Okay.
A. Because the back was off and the seat was still there.
Q. Did Mary Ann or Pam tell you what had happened?
A. She said, "The chair broke and I fell."
Q. Okay. Do you know how long after she fell you were into the crib?
A. It was -- I think it was pretty close to right away I walked in. I was always in and out.
Q. Did you --
A. I don't know if I heard a commotion or I heard a noise, but I remember going in the crib and the chair was broke and they were talking about it.
Q. So you don't remember as you sit here today hearing something that made you go in?
A. Well, you see, I'm not sure. I know -- I know something made me go in there. Whether I needed a part or I heard a noise, it's tough to say. But I know they said she fell out of

Page 19

the chair. Or the chair broke and she fell.
Q. When you saw Mary Ann, was she standing up or sitting down?
A. She was leaning on her desk, on the corner of her desk.
Q. Okay. Standing up?
A. Well, yeah, but sitting on the corner. You know, half and half. You know, you'd be resting your cheeks on the --
Q. On the counter of the --
A. Yes.
Q. -- work station?
A. Well, her desk.
Q. Of her desk.
A. She had a desk. She had an office. That's where the chair was.
Q. Okay. And at that point, did you think Mary Ann was hurt?
MR. ESKEY: I object.
A. Well, it looked like she had an expression on her face that she wasn't happy. And Pamela was standing with her like -- you know, not supporting her but just, you know, assuring her, I guess.

Page 20

Q. Did she tell you she hurt herself?
A. Well, she said she fell out of the chair and she got hurt, you know. I won't say it exactly how she said it, but she said it.
Q. She told you that she fell out of the chair and got hurt?
A. She said she -- yeah, the chair broke and she got hurt.
Q. And did she tell you where she got hurt?
A. Not really. She just said -- you know, when she went back, it pulled -- you know, she pulled her side, I guess it was, or her back. I was more interested in the chair.
Q. Okay. Up to that point, had any chair that you're aware of at TI broken?
A. Well, the backs -- the backs were the biggest problem with the chairs. Because they have a lever that controls the -- not the same as her chair, but the chairs on the line had a -- they would actually break away.
The clutches they have, they call them clutches, that set the pressure on the chair on the back on the shaft, the axle, whatever they call it. And they would weaken,

Page 21

I guess, and then the chairs would, you know -- they wouldn't break, but they would -- you wouldn't be able to adjust them anymore, you wouldn't be able to put the backs up.
Then they had a piston that controlled the height of the chair, which was another weak point in the chair.
Q. But you said those chairs were not the same as Mary Ann's chair?
A. Well, no. Hers was more of an office chair, I believe, more of a -- same type of mechanism but not the same type of chair.
Q. Do you know what kind of chair it was that she was sitting in?
A. No, I can't remember.
Q. Okay.
A. It was an office chair, I know. An adjustable chair.
Q. When you first saw the chair, it was in two pieces?
A. Right, the back was off.
Q. Okay. What exactly did you do when you --
A. I picked up the back, put it on the chair and wheeled it out. I didn't put it back in the



G&M COURT REPORTERS, LTD.
1.800.655.3663 - www.gmcourtreporters.com

Page 22

chair. I put it on the chair, you know, like as a means of transportation.
Q. Okay. And did you see any screws in the area?
A. There was two broken screws. The heads of the screws were off the chair. As a matter of fact, I think somebody -- I think she was looking for them. Pamela was looking for them. I don't know. I don't remember.
Q. When you say "two broken screws," where were those? Still in the chair or on the floor?
A. The broken screws were in the chair. The heads of the screws were gone as if they were sheared.
Q. So the screws were still in the base of the chair?
A. Right, the threaded portion of the screws were still in the chair.
Q. Okay.
A. Because, to my knowledge, the back of the chair was into the mechanism that controls for the tilt. And the two screws held the chair, the back of the chair to that mechanism.
And that's what let go, was that -- not the mechanism but the -- the mechanism may

Page 23

have let go first; and then when the chair -- when the back collapsed, it might have snapped the screws.
Q. But you don't know that?
A. I don't know that.
Q. All right. When you saw the chair --
A. It was sitting without a back.
Q. The J-bar was connected to the top of the chair or still to the base?
MR. ESKEY: Objection.
A. The back -- the rest and the J -- is that what they call it, the J-bar? That goes underneath and connects to that mechanism on the adjusting part of the chair and its two screws. Well, from there back was off the chair. Those two screws are what failed.
Q. Okay. So the screws themselves were still in the chair?
A. The broken portion was still in the chair. The heads were -- the half that broke was gone, off the chair.
Q. Okay. Did you ever find the screw heads?
A. Yes, we found the two screws. I had -- I had all four pieces after. I had the two screw

Page 24

tops and the two threaded portions, which I didn't save of course because what difference would it have made. But, I mean, I suppose it would have made a difference now.
But I just threw things away and then put new screws in. And the chair was whatever, wherever it went. It went the way of the other chairs.
Q. So when you took it, you brought it to your tool crib?
A. Mm-hmm.
Q. You put two new screws in?
A. Well, yeah, within a period of time. I don't know how long, but I didn't -- it wasn't -- it wasn't a priority to fix the chair. But I believe it was -- I believe I fixed it before anybody else looked at it.
Q. Okay. Did anybody ever ask you what you did with the chair?
A. Yeah, Dean Chapman, who was the head of Safety, he asked me and I just said, "Oh, I fixed it." And he says, "Oh." That really wasn't a big issue, I guess.
Q. Did Ed Picard ever talk to you about the

Page 25

chair?
A. I used to always talk to Dean because he was more involved with me than the other Safety people. He was always in my area because he was always coming over to check on equipment and machinery.
Because we had a tool room that was always in a -- it was always in a safety, you know, situation where people were getting hurt and stuff so they were constantly over there. So Dean was the one I dealt with.
I may have spoke to -- I don't know. I spoke to them all. You know, I spoke to everybody over there, but I don't recall if I spoke to him about the chair or not. I know Dean was -- I know Dean was interested, but he was always interested in safety issues.
Q. So would you say you repaired that chair within the first week?
A. I would say, yes.
Q. Okay. And then you put it back into Mary Ann's area?
A. No, I left it out in the hallway. I wheeled it out of my area and put it -- we had a

little area in the corner where I used to keep some other materials, and I just put it over there. And I believe I told her that if she needed it it was there.

And then whatever happened to it after that is history, I guess. I never did anything with it again.

Q. So you took two screws out of the base, put two new screws in and the chair was fine?

A. Well, nobody used it so I couldn't say it was fine. Nobody tried it. I mean, nobody tried to adjust it or do anything. I just put it over there, you know. So "fine" is kind of a -- I don't know. I didn't sit in it and try to adjust it or anything but --

Q. But it was back together?

A. It was together, yes.

Q. At that point it no longer looked broken. Is that fair?

A. Right, exactly.

Q. Okay. What kind of screws did you put in? Can you tell me?

A. I believe they were button-head cap screws. They may have been quarter inch or they may



have been metric, depending on where the chair was made. But I had access to any types of screws. I may have even retapped the holes to fit a standard screw.

Q. What does that mean, "retapped the holes"?

A. Well, if the hole was a metric size, say a 6 or an 8 millimeter, and I didn't have one available, I would put a quarter 20 tap and run it through the hole to change the thread diameter -- the thread pitch, actually. And then I would insert a quarter 20 screw.

Q. Make it a little bit bigger?

A. Well, not -- well, yeah, millimeter and metric -- I mean, millimeter and standard are -- you know, depending on the size, they're pretty close as far as, you know, if you can get a quarter inch and an 8 millimeter or a 7 millimeter are pretty close.

All you do gotta do is change the pitch of the thread, which that's what the tap does. Because the millimeter thread is a little closer than a standard, you know, American thread.

Q. Do you have any idea how old the chair was?



A. No.

Q. No?

A. It could have been new, it could have been old, it could have been fairly new. I don't know.

Q. Okay. You didn't really pay attention to it?

A. Well, it was in good shape. I mean, the chair was in relatively good condition. I mean, you know, it wasn't ripped or torn or, you know, anything like that.

But as far as age goes, I wouldn't know. They would know, I wouldn't know. If they saw the chair, I don't know.

Q. When you say it wasn't ripped or torn, you're referring to the fabric?

A. Right. Right. Well, the arms weren't worn. I mean, you know, it was in fairly good condition.

Q. Do you remember what color the chair was?

A. No. Of course, it could have been blue, it could have been green. I don't remember really. There were so many -- we had different -- we had cranberry and we had blue and we had green chairs. I mean, it was



just -- they had all kinds of chairs.

Q. And it doesn't sound like it was out of the ordinary for you to have done what you did?

A. No.

Q. If a chair --

A. That's what I did.

Q. That's what you did. If a chair --

A. Well, no. I mean, like I said, it wasn't my job description, but people always came to me because they knew my area -- you know, I was the only one in the area. I was "the" area.

And if anything needed to be fixed that was out of the ordinary, they usually came to me. You know, because maintenance wouldn't do it and then the other tool rooms wouldn't do it. But I was kind of like a floating toolmaker technician.

Q. Had you ever had occasion to replace screws in the chairs before?

A. The only screws I would replace were the ones that went through that held the J-bar onto those other style chairs and stuff, but those were -- I don't know. They just were the adjustment part of the chair.

Page 30

See, chairs are different. Some have the screws like that one did, and some have -- just the J-bar goes in and it's attached and tightened with a -- you know, with a large screw with a plastic knob on it.

So, you know, most of the chairs, like I said, the clutches would go and the pistons. But her chair was an office chair so she didn't have that same -- she had the adjustments on it, but she didn't have those -- you know, those types of adjustments.

Q. Had you ever had occasion to fix one of Mary Ann King's chairs before this incident?

A. Not that I recall, no. I don't think I ever did.

See, now, Pamela had a chair that was similar to the assembly room chairs, a high chair. She had that type of chair. There were two types of chairs, but it's not relevant to whatever is going on. But it was just -- I never had a chance to repair any of those chairs.

Q. Okay. After you put the chair back together and put it in the hallway, you never saw what

Page 31

happened to it after that?

A. No. It was there for a while.

Q. How long is "a while"?

A. Good question. A month, maybe two months, I don't know. Then we started moving stuff out, throwing things away, cleaning up.

I think somebody came by and asked me what the chair was doing there. I said, "I don't know. I think it's just there. You want it, take it." So it disappeared. I don't know if anybody else used it. Chairs were always being moved around.

Q. You believe it was in the hallway for quite some time?

A. It was a while, yeah. Could have been a month, could have been two months. Once I put it over there in the corner, it was like -- you know.

Q. Was it ever taped off with yellow tape to your recollection?

A. That's an excellent question, but I don't remember if they taped it off. They may have taken it, actually, Safety. But I'm not sure. I know the chair sat there and then it was

Page 32

gone. And whether Safety took it or not, I'm not sure. They may have but --

Q. Did you ever see it back in Mary Ann's tool crib?

A. I never saw it again, no.

Q. Okay. After this incident, you had occasion to go in and out of the tool crib --

A. All the time.

Q. -- as you usually did. Correct?

A. Mm-hmm.

Q. In that parts area where Mary Ann worked?

A. Yes.

Q. And to your recollection, you never saw the chair back in that parts crib?

A. No.

Q. No?

A. No.

Q. And when you walked into the crib where Mary Ann was, do you remember any of the other specific conversation you had with either Mary Ann or Pam McGee that afternoon?

A. That afternoon?

Q. Yes.

(Witness shakes head)

Page 33

Q. You're shaking your head.

A. I'm trying to think. I don't know -- I don't remember. I just walked in and they were in there and I just -- I usually went in and said hi to her. Or if Pam wasn't out at her counter, I used to go in and look, you know, and if she was in Mary Ann's office, I'd say hi.

That time I went in, they were there together and the chair was broke. But I don't remember if I said anything else to them that day. I mean, I probably went in there more than once that day because I was always in and out of there getting pieces and parts.

Q. Did Mary Ann get another chair from somewhere else, if you know?

A. I'm pretty sure she did, yeah. She needed a chair. I don't know where she got it from or if they bought her another one or they got her another one. But she did have another chair.

Q. That same afternoon?

A. That, I don't know. I don't remember if -- I don't even remember if she stayed the rest of the day or not. She may have left, I don't



G&M COURT REPORTERS, LTD.
1.800.655.3663 - www.gmcourtreporters.com

Page 34

know.
Q. The next time you saw her in the tool crib, did she have a chair?
A. Yes. She was sitting at her desk.
Q. Okay. Were you asked to participate in any of the 8D investigations that they did about the accident?
A. No.
Q. No? Okay. Did Natalia Mendes ever come and talk with you?
A. No.
Q. Okay. And to your knowledge, you didn't really talk to Ed Picard about this incident?
A. No.
Q. No?
A. No.
Q. The only one you believe you would have talked to was Dean Chapman?
A. Dean Chapman, yes. Yeah, it wasn't really -- it didn't seem like an issue at the time, I guess, for me to be involved in.
Q. Okay.
A. Everybody else was involved, but I don't -- I don't even recall hearing anything about it

Page 35

later.
Q. Okay. And the two screws that you took out of the chair, you threw those away?
A. Mm-hmm.
Q. Yes?
A. Yes, I did.
Q. Okay. And you didn't call anybody at the manufacturer or --
A. No, I didn't.
Q. -- at Staples or anything to tell them this had happened. Correct?
A. No.
Q. Okay. As far as you were concerned, it was not --
A. It was a nonissue.
Q. A nonissue, okay.
And the next time you saw Mary Ann King after the day she fell, do you remember when that was?
A. I'm not sure if she came -- if she was in work or she took a couple of days off. I don't remember. I know she -- the next time I saw her, which I don't know, she was -- she was complaining about her back and about -- you

Page 36

know, I heard quite a bit about the fall.
Q. From whom?
A. Mary Ann and Pam.
Q. From Mary Ann and Pam?
A. And Pam.
Q. What did you hear about it?
A. Oh, they were just saying, you know, how she hurt herself and the chair broke and she fell. And they said, you know -- I said, "Well, the chair's all right now." But -- you know.
Q. About how long would you say you heard about the fall from them?
A. Oh, only a few times after that. You know, maybe a couple of weeks after they had mentioned it.
You know, she was -- I guess she was in the process of, you know -- I don't know if she was -- I don't know what happened really. I don't know if it was a comp. case or what it was. I don't know if anything happened right away or not. I really didn't get, you know -- I wasn't in that part of the conversation. I talked to her but --
Q. Did she ever tell you she was having a problem

Page 37

doing her job?
A. Not to my knowledge, no.
Q. Okay. If you went into the parts crib to ask her for something, did she ever let you know that she couldn't help you out because she was injured?
A. She very seldom helped me out. I always helped myself.
Q. Okay. So as far as you're concerned, other than Pam and Mary Ann talking about the fall for a few weeks after, it didn't impact your relationship with her --
A. Oh, no.
Q. -- and how she did her job relative to your job?
A. No. No.
Q. And when is the last time you talked to Mary Ann King, if you remember?
A. That's a great question. Pam asked me -- I didn't see Pam. Through another guy I worked with at TI. I guess Mary Ann wanted my phone number. So it might have been two or three months ago that I spoke to Mary Ann.
Q. Okay. Who at TI let you know that Mary Ann

Page 42

told him you fixed it, and he said okay?
A. Yeah.
Q. That was it?
A. It was no big deal. I don't know, he might have told Al, and Al might have seen Mary Ann. I'm sure things happened, you know, behind the scenes that I wasn't involved in.
Because I wasn't there, I didn't witness the actual occurrence. So, you know, my participation was just in the chair, not in the actual occurrence.
Q. You told Dean Chapman exactly what you did, that you had the screws, that you fixed it, and then you put it back in the hallway fixed?
A. Mm-hmm.
Q. Yes?
A. That's what I told him.
Q. All right.
A. Now --
Q. What happened to it after that, we don't know.
A. What happened to the conversation after that, I don't know.
Q. Okay. And did you ever see the chair in two pieces after you put it back together?

Page 43

A. No. No. I never took it apart or --
Q. And once it was in your tool crib, within that first week you put it back together --
A. Mm-hmm.
Q. -- and then brought it back out. Correct?
A. Right.
Q. To your knowledge, did anybody else come into your tool crib to take a look at that chair or fix that chair without you knowing it?
A. No. Just the people that would come in and say, "Hey, what are you doing with that chair?" But other than that --
Q. You're the one who had possession of that chair at least for the first few days --
A. Right.
Q. -- until you fixed it?
A. Exactly.
MS. LAMONTAGNE: That's all I have.
EXAMINATION BY MS. MICHELS:
Q. Mr. Loxley, you said something in the beginning of Ms. Lamontagne's questioning that you and Jim Drews argued about the chairs?
A. Well, no. I mean, we just -- we discussed the condition of the chairs.

Page 44

Q. When you say you --
A. Well, he didn't want to repair them. He said no, they weren't on warranty. And I said, "Well, this is ridiculous because these chairs aren't that old," da, da, da, da, back and forth, stuff like that.
Q. When did you first start discussing the chairs with Mr. Drews? Was it before Mary Ann's accident --
A. Oh, yeah.
Q. -- or after?
A. Oh, yeah, before.
Q. So how did this discussion about fixing the chairs come about? Was this something that you approached him with or was it something he approached you with?
A. Right. I went back to my supervisors and I told them that the chairs -- you know, we had to replace the parts on the chairs, that I wasn't gonna take one chair and fix another chair, I said, because that's -- it's not -- you can't -- you know, the liability would have been -- you know, it would have been on me and I didn't want any of that.

Page 45

So they said, "Well, do something." So that's when I called -- actually, I went to see Mary Ann and asked her about the chairs. And she said, "Oh, yeah, Jim. You know, Staples." I said okay. So I called him myself, and he came in and we talked about the chairs.
And he would say -- he would have the numbers to match the chairs up to see if they were still under warranty and stuff like that.
Q. Okay. But this was before Mary Ann fell out of her chair?
A. I believe it was, yes.
Q. Okay. So tell me if I'm wrong, but something would happen with the chair.
A. Right.
Q. Your supervisors would ask you to fix them.
A. Right.
Q. You felt that wasn't proper --
A. Right.
Q. -- because of liability reasons.
A. Right.
Q. So you decided to call -- you spoke to Mary Ann and said, Who --

Page 62

the size of the screw that you removed, as you sit here today, can you recall what size it was?
A. It was close to a quarter inch. It could have been metric, which doesn't really matter. But it's a quarter inch diameter. I believe it might have been between a quarter and 5/16s, to my knowledge, as far as those types of screws.
Q. Okay. And what about the length?
A. I would say it was probably three-quarters maybe, three-quarters of an inch. Half to three-quarters of an inch.
Q. Okay. And did you use any tools to remove the threaded portion of the screw from the chair?
A. I believe I had to drill out one of the screws. The other -- one of the screws -- one of them came out relatively easy, the other one I had to drill and remove with a screw extractor. I think it was burred up from inside the hole.
Q. Okay. The one that came out fairly easily, did you use any tools to extract that or were you able to do it with your fingers?

Page 63

A. Oh, no, I used a pair of vice grips just to grab that.
Q. Okay. And in using the vice grips, how much resistance was there as you were --
A. Minimal amount. It was just enough to -- it was just something to grab the end of what was left of the screw. I probably could have done it without, you know, using a tool, but they're kind of -- they were all burred up on the end so I didn't want to damage my fingers.
Q. Okay. And the other one that you had to extract using the other equipment, did you first try and use the vice grips on that?
A. Well, it was a little shorter, I believe, than the other one was so I couldn't really grip it. And it wasn't -- it didn't want to -- you know, it didn't want to move, you know, finger tight. So instead of wasting time, I just took and drilled it out.
Q. Okay. Now, when you say you drilled it out, do you drill only the screw or do you drill the tap hole as well?
A. No, you just drill the screw.
Q. Okay.

Page 64

A. You drill a hole in the screw, and then there's a screw extractor of a certain size that you insert into the hole that you drilled. And the screw extractor is of the opposite hand, versus right or left hand, so you can unscrew the broken portion of the screw.
In other words, the screw extractor actually grabs on counterclockwise if you've got a left -- I mean, a right-hand screw. So once you insert that, then you can take a pair of pliers or a wrench and take the screw out.
Q. Okay. And before you extracted the screws, did you put the J-bar up to the bottom of the chair to --
A. No.
MS. LAMONTAGNE: Can you just let him finish, please?
Q. I'll just leave it that way. Did you put the J-bar up to the chair seat bottom itself at any point before you extracted the screws?
A. No.
Q. Mr. Loxley, I'm going to show you what we'll mark as Plaintiffs' 1 for identification in

Page 65

this deposition and ask you to just take a look at that for a second.
(Plaintiffs' Exhibit 1 marked for identification)
Q. I'm most interested in the pictures there. Do you see there are two pictures of two chairs?
A. Mm-hmm.
Q. The top set of pictures. There are four pictures in all. But the two top pictures, do you see those?
A. Mm-hmm.
Q. Does either of those look like the chair that you took from Mary Ann King's office and repaired?
A. Well, hers didn't have a bottom in it like that. And that doesn't look like an office chair, that looks like a high back. I don't think -- I don't believe her chair was that adjustable as the one on the left, the Superior chair.
Q. Okay. Now, looking at the bottom pictures, do you see those bottom two pictures?
A. Yes.
Q. The picture in the lower right, the one that