VOLUME II
PAGES 1-145
EXHIBITS: None

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

MARY ANN KING and
PHILLIP KING,
Plaintiffs,

v. C.A. NO.: 06-258-S

STAPLES, INC., IZZY DESIGN,
JSJ CORPORATION, JOHN DOE
COMPANY,
Defendants.

* * * * * * *

CONTINUED DEPOSITION of MARY KING, a witness called on behalf of Izzy Design and JSJ Corporation, pursuant to the applicable provisions of the Federal Rules of Civil Procedure, before Mary E. Rinne, Registered Professional Reporter and Notary Public for the State of Rhode Island, at the offices of Zizik, Powers, O'Connell, Spaulding & Lamontagne, 40 Westminster Street, Providence, Rhode Island, on Wednesday, January 3, 2007, commencing at 1:15 p.m.

EXHIBIT F

Page 26

A. Right. When I went back the first time, no, I had the same chair. They just -- we had the desks that were -- they were like cubicles and they could adjust the desk.
Q. So they adjusted the height of your desk?
A. Yes.
Q. Okay. Did they do anything else?
A. No.
Q. Now, you had testified that there were two chairs that you had during the time that you worked in the purchasing department. Is that correct?
A. Correct.
Q. There were only two chairs that you ever used during the time that you were working in the purchasing department?
A. I believe so. Well, actually, three. I had one for typing which was a different level. You know, I would just sit there to type. But it was -- it was just an old chair, you know, a stationary chair. I used to type, you know, there. But I was very rarely in the chair.
Q. Can you describe that stationary chair for me?
A. It was like a cafeteria chair, you know. It

Page 27

was -- it was silver. You know, silver with, you know, black padded seat, black padded back. It was an older-style chair.
Q. Okay. And how often would you sit in that?
A. Maybe an hour a week.
Q. Okay. And when you say you would sit there to type --
A. To type shipping papers.
Q. -- was that at a typewriter?
A. Yes.
Q. Okay. As opposed to a computer?
A. Correct.
Q. Okay. And if I'm assuming correctly, that was because the shipping papers had to be on a special preprinted form?
A. Correct.
Q. And that didn't go into the computer appropriately?
A. Yes.
Q. So you typed it in manually?
A. Yeah, we had to type it in manually.
Q. All right. And the chair that you sat in then from 1994 --
A. Mm-hmm.

Page 28

Q. -- until what year was the first chair?
A. I really can't recall the year. I really don't -- I really am not sure of the year to tell you the truth.
Q. Do you have any idea how long --
A. I know it was a few years. It was, you know, two or three years.
Q. The first chair that you had you had for two or three years?
A. Yes.
Q. Okay. And then the gentleman that worked the second shift --
A. Second shift.
Q. -- his name was Kevin White?
A. Yes.
Q. All right. And then he was using that same chair that you were using. Correct?
A. Correct.
Q. All right. And that chair broke?
A. Correct.
Q. But your best recollection is that you used that first chair for approximately two to three years?
A. Correct.

Page 29

Q. Okay. Was the chair new when you first got it?
A. Yes.
Q. Okay. And that would have been in 1994?
MR. ESKEY: Object.
A. I don't know. I'm not sure.
Q. All right. When you began working in the purchasing department, did you request your own chair or was it already there?
A. They brought all the furniture in. I'm not sure where they brought -- where they got the chairs from.
Q. Okay. And it was your testimony that the first chair that you had and the second chair that you had were exactly the same?
A. Correct.
Q. Okay. Can you describe the chair for me as best you can? And I'll help you along if I can.
A. Okay.
Q. It was not stationary. Correct?
A. No, it was on wheels.
Q. Okay. Do you know how many wheels it had?
A. It had five wheels. Because I was -- we used

Page 30

to have the four-legged wheels, and I guess the chairs were tipping so they got rid of all of them and got the five-legged wheels.
Q. When you say we used to have the four-legged chairs, when was that?
A. Oh, that was probably like in the '80s.
Q. Okay.
A. Like when I first started there, yeah.
Q. Okay. Did you ever have any problem with the four-legged chair?
A. No, because I sat at a stationary chair when I was -- when I was working in manufacturing.
Q. Okay. So then the chair that you first got in purchasing was a five-legged chair?
A. Yes.
Q. When you say five legs, you mean what?
A. It's steel at the bottom and it had five wheels.
Q. Okay. And one base. Correct?
A. And one base, yes.
Q. That comes up from the five wheels that go around?
A. Correct.
Q. All right. And then can you describe the size

Page 31

of the seat and the size of the back for me?
A. The back came up to -- you know, up to my head level and it was kind of like waved to fit your -- you know, to fit your back.
Q. So the back of the chair was a higher back than the base?
A. Yes. Well, you could adjust it, too.
Q. If the back of the chair were flat on the ground next to the base of the seat of the chair, which would be larger?
MR. ESKEY: Object. You can go ahead.
A. Let me see. You're talking about -- all right. If this back was on the side of the seat?
Q. Yeah.
A. The back was higher.
Q. Okay. Could it referred to as a high-back chair?
A. Yes.
Q. Yes, all right. And you've described the back of it as being contoured?
A. Yes.
Q. All right. And you said -- what color was it?

Page 32

A. It was a royal blue.
Q. And again, this is the same description for the chair you first worked in?
A. Right.
Q. As well as the one you eventually fell in. Correct?
A. Correct.
Q. Okay. So both of those chairs were high-back chairs?
A. Correct. With arms.
Q. With arms, okay. That was my next question, thank you.
And what was the fabric on the chair?
A. It was like a cloth-like.
Q. So it was upholstered as opposed to leather?
A. Correct.
Q. And when you sat in the chair that you first got, did you make any personal adjustments to the height of the chair?
MR. ESKEY: I object. Which chair are we talking about?
MS. LAMONTAGNE: The first one. The first one she got.
A. I really don't remember, you know, too much on

Page 33

that.
Q. You were not the only person to use that chair either. Correct?
A. Well, Kevin would -- he had his own chair at the window because we had a service window. But he would sit at my computer sometimes and use it.
Q. Okay. Were you and Kevin the only two people to use the chair?
A. We had a second shift kid, a guy named Chris Stroh (phonetic) but he was -- he would jump around from all the buildings. So I'm not sure if he used the chair because I was never there on second shift when he worked.
But he would be in -- he was actually stationed in Building 1 and we were in 12. And if he got a call, he went to help the people in 12.
Q. When you sat in that first chair you had, did you ever have any problems with it?
A. No. Not that I can recall.
Q. Okay. And then at some point during the time you worked at Texas Instruments, you got a second chair. Correct?

Page 34

A. Correct.
Q. Do you have any idea when you got the second chair?
A. When the first chair broke.
Q. Do you know when that was?
A. I really don't know the year because Kevin was sitting in it and the back broke off on it.
Q. You had said you believe the first chair you had for two to three years.
A. Yeah. Somewhere around that time.
Q. So it's possible you got your second chair around '96 or '97?
MR. ESKEY: I object. But go ahead.
A. I believe. The years are -- it's so hard to remember the years, but I believe it was around that time. It was in the late '90s. Later '90s or so, I believe.
Q. Okay. Now, you had mentioned that when you got it you believed it was new. Is that correct?
A. Correct.
Q. And it came with instructions?
A. I believe there were tags on the bottom of the chair.

Page 35

Q. Okay. When you say "there were tags on the bottom," were they stuck to the bottom?
A. No. They hung by -- like, you know, like if you buy a shirt and it has a plastic tag. I believe it was hung like that.
Q. So it had sort of a plastic to connect some papers to the chair?
A. Correct.
Q. Can you describe those instructions for me as much as you can remember?
A. Well, they pretty much told you how to adjust the chair.
Q. What did the piece of paper look like? Do you remember the color or the lettering at all?
A. I do know there was like a cardboard type folded thing, and I'm not sure what the other one was like.
Q. What do you mean, "the other one"?
A. Well, there were two different -- there were two different ones. There was a cardboard fold-up, you know, and it gave you instructions on how to use the chair, and there was another piece of paper hanging. I'm not sure what that was, though.

Page 36

Q. Okay. In any event, what you kept and referred to was the cardboard piece that folded?
A. Correct.
Q. Did you physically keep that anywhere?
A. That actually was in my drawer, yes.
Q. It was in your drawer, okay. And did you keep that there from the time you got the chair until the time that you fell off the chair?
A. I believe so. I believe it was still in there when I went to -- when I went back to work, I believe it was still in the drawer.
Q. Okay. At any point after you fell, did you make any copy of those instructions?
A. No.
Q. Okay. Do you know if they're still there?
A. They were bought out by another company and I do know Jim Drews took my chair. He worked at Staples. He took the chair to fix it and he checked the serial number just, you know, to make sure what the serial number was for.
And I had gone back to work for a brief time to see if I could work, and they had put another chair in there. He had

Page 37

brought me another chair, but that chair was broken, too. And then when I came back the next day, they had a brand new one there.
Q. Okay. Now, the chair that you eventually fell off of in 2003, when you first got it in the late '90s or so, did you have a chance to flip it over and check it out and see how it worked?
MR. ESKEY: Object. You can go ahead.
A. No, because it seemed to have been pretty simple, I mean, because I had worked with, you know, the other chair, you know, how to adjust the back.
Q. How did you adjust the back?
A. Well, they had a knob on the back where you could, you know, like adjust the -- you know, the height on it somewhat, if I recall that.
Q. So there was a knob on what part of the back of the chair?
A. The very back of the chair where you could turn it. It was like a round knob.
Q. A round knob in the back. Was it attached to the fabric?

Page 38

A. It was attached to the steel on the back on the bottom.
Q. And if you looked at the back of the chair, would you see any steel or would it be all fabric?
A. No, it was all fabric.
Q. Okay. And the knob would be where?
A. It was -- the chair went down and there was -- well, you could actually probably if you were standing back see the steel. But there was a knob on the very bottom of it where you could adjust.
And they also had levers on the side where you could adjust. You could lean back on it, you know, relax back on it. You could, you know, lower it. They had a lever where you can put it up and down.
Q. Where was the lever to recline?
A. It was -- if I recall, it was like to the side, like right about here (indicating) on the side like where the -- I'm trying to remember. I think it might have been attached to something underneath, if I recall. I'm not really positive. But I do know the levers

Page 39

were there.
Q. Just for the record, you're indicating to the left side of the chair? Is that what you're doing?
A. I'm pretty sure it was to the left, yes.
Q. Okay. So you believe that the lever to recline the seat back was to the left side of the chair toward the rear?
MR. ESKEY: I object.
Q. I'm just trying to categorize what you're telling me.
A. Yeah, I'm trying to remember. I'm not sure, but I do know the lever was there. But I'm not positive what side it was on.
Q. Okay. So you don't know --
A. I think it was left. I'm not positive.
Q. You don't know if it was the left?
A. It always seems that I always went on this side. I don't know if it was to adjust -- you know, like sometimes I sat in a reclined position. I don't know if it was, you know, because you could, you know, recline in the chairs.
When I'd talk to people, I would

Page 40

just, you know -- you know, recline it. And then they had the lever where you can adjust the height up and down for your desk level.
Q. So was the lever to adjust the height up and down also on the left side?
MR. ESKEY: I object.
A. I believe so.
Q. Again, for the record, you've been gesturing towards your left side.
A. I believe so. I believe -- if I remember correctly, I believe so.
Q. So both levers you've described, one to adjust the height and one to recline the back, were both on the left side based on your recollection?
MR. ESKEY: I object.
A. I think so.
Q. Okay. And what would you have to do to the levers to get them to work?
A. Well, the lever to go up and down, that's all you had to do, it was either -- there was a big square lever. You know, push it up or down, you know, to raise it or to lower it.
Q. So if you wanted to raise the seat of the

Page 41

chair, you would press the lever how?
A. Like, push it down and up, I believe. Like, if I wanted to go down, I would push the lever and it would bring the chair down. And then, you know, you'd have to raise yourself a little to raise, you know, the chair up.
There were some chairs that you had to use by hand and turn them. The first one was like that. We had to turn it to raise it up.
Q. When you say "the first one was like that," you mean the first chair that you've described for me that was exactly the same as the one you fell out of?
A. Yeah.
Q. So it wasn't exactly the same.
A. Well, different design, you know.
Q. Well, that's what I need to make sure. So the first chair that you had, what was different about how you raised it?
A. It was just you had to spin the seat.
Q. Okay. And then the second chair you had had a lever?
A. Had the lever.

Page 46

there more than one possible reclined position?
A. I believe no. I believe it either went all the way back or up -- I'm not sure if you could adjust it to, you know, have it back just a little bit. I don't remember. But I -- the only two positions I sat in was either reclined or up straight. So I don't remember if it went halfway or --
Q. If it did go halfway, you didn't use it that way?
A. I didn't, yeah.
Q. So when you wanted to recline your chair, what would you do?
A. I would press the lever and then just lean back on it.
Q. Okay. And then was there a certain point where the chair stopped or you would let go of the lever?
A. Oh, no, it stopped. You know, you'd let go of the lever, but it would just stop at a certain point.
Q. Did it click when it got to a certain point or did you just know that the lever was coming

Page 47

up? How did that work?
A. I don't really recall, but I'm pretty sure it just like stopped at a certain point. It didn't click or anything. It just -- that was as far as it was going.
Q. Okay. Did you ever have any difficulty putting the chair in the reclined position?
A. Not in the reclined position, no.
Q. Okay. So at any point before you fell, did you have any difficulties at all with the chair?
MR. ESKEY: Objection. You can go ahead.
A. Every now and then it would, you know, come out of the locked position a little if I didn't lock it in right.
Q. What's the locked position?
A. Well, you would turn the lever to sit up, you know, straight and it would slip out every now and then of the locked position.
Q. When you say "you would turn the lever to sit up straight," what do you mean?
A. Flip the lever, you know. If I recall, I'm pretty sure it was on the left-hand side. I

Page 48

would flip, you know, and you would tighten it in and, you know, it would sit up.
Q. Can you describe for me exactly what you would do to the lever to tighten it up?
A. That's all you had to do was push it into a position and that was it.
Q. So you would push it --
A. Yeah.
Q. -- and then the back would come up?
A. Yeah. And then you would lock it back in.
Q. How do you lock it back in?
A. I'm trying to -- the lever -- it's very -- it's very foggy, but if I'm not -- if I recall right, the lever, it came up and down. And you could release and it would bring the chair back.
And when you wanted to come back up, you would put it back into -- you know, you would tighten it back down into the locked position.
Q. How would you know it was in the locked position?
A. Because the back of the chair, you know, wouldn't -- wasn't reclined. I mean, I could

Page 49

lean on it and I'd be straight up.
Q. Were there any markings on the lever at all?
A. I don't recall.
Q. Okay. And you said it occasionally would not stay in the locked position?
A. Yeah, it would slip out.
Q. Okay. How often did that happen to you?
A. I don't know. Every couple a months or so, you know.
Q. Okay. And would you do anything when that happened?
A. I would tighten it in. Because I wasn't sure if I was tightening it tight enough, I would tighten it in.
Q. How would you tighten it?
A. I would just push harder on the lever.
Q. Okay. Push harder on the lever downward?
A. I believe so. I'm not positive. I believe when you lift the lever, it went back; and when you wanted to tighten it, you'd push down, if I'm not mistaken. I'm not really positive.
Q. Did you ever tell anyone at TI that there was a problem with the chair not staying in the



G&M Court Reporters
800-655-3663 - www.gmcourtreporters.com

Page 50

locked position?
MR. ESKEY: I object. Go ahead.
A. Yeah, I mentioned it -- mentioned it to my boss.
Q. And who was that? Ed?
A. Ed Picard.
Q. Okay. When did you mention that to Ed?
A. Probably a few weeks before -- after it started happening.
Q. Do you remember when it first started happening?
A. It could have been about a month and a half, two months before it broke.
Q. I'm not trying to confuse you.
A. No, I'm just trying to remember.
Q. I think you told me that every couple of months it would happen that it wouldn't --
A. Yeah, but I'm just trying to remember how long -- how long it went for. But I know it was like a matter of months, you know, and then I had told Ed that it was coming out of -- out of position.
But I didn't -- he didn't -- nobody thought much of it because the chair was meant

Page 51

to recline. So it was like -- it wasn't like it was snapping back or anything. It was -- you know, you would feel it go and -- you know, but that would be it.
Q. When you say "nobody thought much of it," what do you mean?
A. Well, when I told him it was coming out of -- you know, it would slip out of the reclined position, he said he would try to get me a new chair. And because it was made to recline, nobody thought anything about it because the back wasn't loose.
Q. How do you know the back wasn't loose?
MR. ESKEY: I object.
Q. You can answer.
A. Oh. Because it was steady. I mean, it wasn't like the back was loose, you know, shaking around or anything. It was just -- it was just like -- it was steady, the chair. The back of the chair was steady. It would just like, you know, come out of the reclined position.
Q. Would it come out of the reclined position or would it come out of the locked position?

Page 52

A. I mean, out of the upright position.
Q. Okay.
A. When I was upright, it would recline.
Q. Okay. So when it was fully in the reclined position, there was no problem.
A. No.
Q. It was only when you went to take it out of recline and put it back upright that it wouldn't stay upright?
A. I believe when I sat -- if I put my legs up, it would, you know, come out of the, you know, reclined position. So, you know, I thought maybe I wasn't adjusting it properly.
Q. Can you say that to me again?
A. I used to have to put my feet up on a bench that I had.
Q. Under your desk?
A. Under my desk. So I would, you know, move it and I would sit, you know, with my legs up and lean back on it. And then it would just, you know, every now and then just come out of recline. I mean, out of upright, not recline.
Q. So if I understand correctly, even though the chair when you used it was in the upright

Page 53

position, you would put your feet up under the desk and lean back on it. Is that correct?
A. You know, just like you're doing now.
Q. Okay. But you would not at those times move the chair into the reclined position?
A. No.
Q. Okay. You would just sort of shift your weight to lean back on it more?
A. Yeah. Just like you did just right now.
Q. And it was then that you noticed when you would be leaning back on it when it was in the upright position that it would not -- it would slip out of that upright position. Is that accurate?
A. Yes.
MR. ESKEY: I object.
A. Once in a while.
Q. And you believe that happened to you how many times before the chair broke?
A. Probably about three -- three, four times.
Q. Okay. And when is it after -- after which time did you talk to Ed about it?
A. I don't recall. I know it was in between then at that time. I'm not sure exactly when.

Page 54

Q. Okay. Do you know if anybody looked at the chair after you complained to Ed about it?
A. I worked with maintenance men and, you know -- you know, they came. You know, they tried to fix -- you know, adjust everything, you know, make sure everything was all right.
And they looked at it and they didn't see anything wrong with it really. They just figured it was a little stripped or something on the side.
Q. And who were the maintenance men who came to look at it?
A. Pete Sauer.
Q. S-o-w-a?
A. S-a-u-e-r.
Q. Do you know if Pete's still at TI?
A. No, he's not.
Q. And what was his position?
A. He was an electrician.
Q. And he was an electrician for TI?
A. Yes.
Q. Okay. Did he look at it at the request of Ed Picard or just did you say to him one day, Hey, Pete, take a look at my chair, it's

Page 55

slipping out?
A. Yeah, I asked him to look at it.
Q. Okay. But you don't know when that happened?
A. I think right around when it first started happening.
Q. Okay. Which would have been months --
A. Yeah.
Q. -- before the accident. Correct?
A. Yeah.
Q. Okay. Did you ever fill out any kind of complaint form to Ed about it?
A. No, because I -- you know, I didn't think anything too much of it because I -- you know, it only happened a couple of times and I just thought I wasn't locking it in properly.
Q. Well, when you said they figured it was stripped on the side --
A. Well, Peter.
Q. Peter did. Did he like physically look at the chair?
A. Yeah.
Q. Okay. Were you there when he did it?
A. No.
Q. No? When did he do it? Like second shift or

Page 56

something?
A. He might have done it when I was at lunch, you know, because they would do things on the side for me.
Q. Okay. So you weren't there to see him do it?
A. No.
Q. Okay. And he just told you after what?
A. He just thought it was -- the knob was just loose, you know, like it's just -- you know, it just loosens up. He said he doesn't know why, you know, it's just loosening up.
Q. When you say knob, you mean --
A. Well, the lever.
Q. The lever. There wasn't anything to turn, if I understand you correctly.
A. No, I don't believe so. I don't believe there was a turn on that one.
Q. Okay. Did you personally ever look at the chair underneath or on the side to see what was happening?
A. I -- well, I pretty much tried. Everything looked fine. You know, I looked, you know, because, you know, you don't know unless you take something apart. I mean, everything

Page 57

looked new, everything looked fine.
Q. Okay.
A. I mean --
Q. You could have had this chair, though, for at least six years but it still looked new?
MR. ESKEY: I object.
A. I don't know. It's -- I mean, I wasn't heavy on it. I mean, I was pretty much in it at times when I ordered. I was pretty much up running around answering the window. We had near 12 buildings we took care of so I was pretty much out of the chair more than I was in the chair.
Q. Did you ever look at the instructions that came with the chair to see if it covered, you know, what to do if this happens?
MR. ESKEY: I object.
Q. You can answer.
A. No, I don't remember.
Q. Okay. And did Ed personally ever look at the chair before you fell?
A. I don't believe so.
Q. Okay. And to your knowledge, he didn't send anybody to look at it?

A. No.
Q. And it was just you on your own, you asked Pete Sauer to look at it?
A. Correct.
Q. To your knowledge, did anybody else look at it before it broke?
A. No.
Q. Okay. And you don't know how those levers were attached to the chair, do you?
A. I'm not positive. I do know the up and down one was attached to the bottom underneath. The other levers, I'm not fully positive. You know what I mean? I know they were there, but I'm not exactly sure how they were -- I don't remember.
I lost a lot of my memory when I had that infection and it's like things are hard to remember. Things are just starting to come back to me, you know. So it's real hard for me to remember things that happened even yesterday. Sometimes I forget, you know.
Q. I understand. And if there's something you don't remember, it's perfectly okay to tell me you don't remember. I'd rather have you --



A. Yeah, I really don't remember how the lever worked on the side, you know, like where it was. But I do know you had to push it in, you know, turn it to lock it in and lock it out, you know. I know it was a lever. A flat piece.
Q. And when you sat at your desk, you were there for roughly eight hours a day?
A. At the desk, no. Two or three, maybe sometimes eight.
Q. You could be sitting there all day?
A. I could be there all day. Sometimes -- sometimes I never even got to sit in the chair, you know what I mean? That's how, you know, busy things were at TI.
Q. And when you were sitting, it was your practice to put your feet up on the bench?
A. Yeah, I had a little --
MR. ESKEY: I object.
Q. Go ahead.
A. A little bench. I had a little bench. I would, you know, just --
Q. How high was the bench?
A. Probably about this high (indicating).



Q. Maybe about a foot?
A. Yeah, probably about a foot.
Q. Okay. And why did you do that? Was it more comfortable?
A. Yeah.
Q. Okay. Was it for your back or your legs?
A. No, it was just more comfortable.
Q. Okay. And as a result of that, the chair was sort of in a slightly angled back position?
MR. ESKEY: I object.
A. It was straight up.
Q. The chair was still straight up?
A. Yeah, I would just sit, you know, with my feet up like this (indicating) like I'm sitting now, just with my feet up.
Q. And you were leaning back on the chair?
MR. ESKEY: I object. You can go ahead.
A. I believe like I'm -- like I'm sitting now.
Q. Okay. Would your head be touching the back of the chair?
A. No.
Q. All right. Would your shoulders be touching the back of the chair?



A. No. I believe it would be just like I'm sitting right this minute, you know. Because I was typing so it's kind of hard to --
Q. So you'd be typing and pushed back slightly but not with your shoulders touching and not with your head?
A. Just like this (indicating), you know.
Q. But with your feet up.
A. Yeah.
Q. Okay. And when the incident that we're here about happened, you were sitting at your desk typing?
A. Yes.
Q. Okay. And what position was the chair in?
A. Upright.
Q. Okay. When was the last time before the chair broke that you had experienced the problem with it staying in the upright position?
A. Probably a month before.
Q. Okay. And by then, had Pete already looked at it?
A. I had him look at it the first time it happened. And, you know, they tightened it in. They, you know -- they, you know, checked

Page 62

it out real good to make sure, you know, nothing was gonna fall off or anything.

But he looked at it. I'm not exactly sure what he did to it, but I know he didn't take it apart or anything. He just wanted, you know, to make sure it was safe.

Q. Okay. When you say "they tightened it in" --
A. Well, you know, I think he was just looking to make sure everything was tight, you know, nothing was out of -- none of the screws, you know, were missing or out of line, you know.

That's pretty much, you know -- because they were thorough, they took good care of me, you know. If I needed something, they did it for me, you know.

Q. So you believe Pete did something to the chair but you don't know what?

MR. ESKEY: I object.

A. I don't think he really did anything. I think he just looked to make sure everything was tight.
Q. Okay. Did he take the chair out of your area?
A. No.
Q. Okay. To your knowledge, he didn't?

Page 63

A. No, he didn't take it out of the area because I was gone 20 minutes before, you know. He came in, he looked at the chair. I was gone not even 20 minutes so I know he didn't take it out of the area.
Q. Okay. So he looked at it for about 20 minutes?

MR. ESKEY: I object.

A. I don't know.
Q. Well, you said you called him and asked him to look at it. Correct?
A. Yes.
Q. Did he come right away or did it take a few days?
A. It took him a little while because he was working on a job.
Q. And then when he came in, you left the area?
A. I left the area for about 10 minutes and I came back. It was about 10, 15 minutes or so.
Q. Okay. Did you describe to him what the problem was?
A. Yeah.
Q. What did you say?
A. I told him it just -- it was slipping out of

Page 64

the upright position.
Q. Okay. And then you left?
A. Yes. I left.
Q. And you said you came back now about 10 minutes later?
A. Ten -- maybe 10, 15 minutes later. He was already done, you know.
Q. He wasn't there anymore?
A. He wasn't there. You know, he was like in the area to look for parts, you know, at that time for another job he was going on.

But he didn't -- you know, he just looked at it to make sure there were no screws missing, you know, or there was nothing missing on it. And that's pretty much all he did.

Q. Did he have any tools with him?
A. No.
Q. No?
A. No.
Q. All right. Were there any tools in the area?
A. No. I don't have tools in my area.
Q. So when you said he tightened it in, do you think he just did something with his hands?

Page 65

A. I think he was just looking to see if he could see, you know -- well, you know, he made sure the back was, you know, in right. And he was looking at the screw, you know.

He just made sure everything was all right on it so I wouldn't get, you know -- he was just protecting -- you know, looking at it to make sure nothing was gonna happen to it, you know.

Q. Did he show you where he said it was stripped on the side?
A. He said he thought -- because he did not take it apart -- he said he thought maybe the lever maybe was going a little stripped.
Q. Okay. Based on what he told you, did you tell Ed anything?
A. Yes.
Q. Did you tell Ed that you thought the chair was stripped on the side?

MR. ESKEY: I object.

A. I don't -- I told him that Pete thought it could be happening that way or Mary Ann's not tightening it in good enough.
Q. Okay. But you had used the chair the same way