SuperiorChair * Pg 1/1

FROM : PACIFIC BUSINESS INTERIORS, INC PHONE NO. : 206 329 6174 Oct. 06 2000 05:34PM P1

SuperiorFurniture®

#206-323-1778

10/6/00 Both chairs were purchased as showroom samples and were about to be sold @ clearance. What should we do before selling?

Robert Anderson V.P./Corp Sec.

September 29, 2000

Pacific Business Ints.
1108 Nineteenth Ave East
Seattle, Wa 98112

Re: Centron Chairs Manufactured
Before December 29, 1998

Dear Customer:

We write to seek your assistance in providing important information to the ultimate users of Superior's Centron chairs manufactured before December 29, 1998. Enclosed you will find a Product Bulletin relating to reports that some users have noticed that screws attaching the back J-bar to the control have worked loose. It is Superior's intent to notify all ultimate purchasers and users of these chairs that they should inspect the chairs for this condition and notify Superior if any screws are loose. Superior will then remedy this condition at its own cost. We believe this is necessary in order to ensure that our customers receive a quality product and know that Superior stands behind its chairs.

Our records indicate that you purchased 2 Centron chairs. Details regarding those purchases are enclosed. We ask that you provide us with the names and addresses of the persons or entities that ultimately purchased these chairs. In the alternative, feel free to provide copies of this Bulletin (multiple copies are enclosed) directly to the ultimate purchasers of each chair. We do ask, however, that you advise us as to the specific persons or entities notified. Thank you for your assistance in ensuring that Superior customers continue to receive "superior products."

If you have any question, please feel free to call customer service at 1-800-551-3227.

Best regards,

Called requested he contact C.S. for parts. 10/11/00

Ken Ahlburg

Ken Ahlburg
SuperiorFurniture



EXHIBIT
L

tabbles®

IZ 01843