*8D INCIDENT INVESTIGATION MEETING MINUTES*

**Date:** June 17, 2003

**Team Champion:** Natalia Mendes
**Team Leader:** Edmond Picard
**Recorder:** Yolanda Robinson
**Site Safety Representatives:** John Elliott & Al Brown
**Witness to Incident:** Pam McGee
**Team Members:** Natalia Mendes, Edmond Picard, Yolanda Robinson, John Elliott, Al Brown, Pam McGee and Mary Ann King
**Members Present:** Natalia Mendes, Edmond Picard, Yolanda Robinson, John Elliot, Al Brown, Pam McGee,
**Time Started:** 9:00 AM **Time Ended:** 10:20 AM

**Topics Discussed:**

The meeting opened with Natalia explaining to the team that she had spoken with Mary Ann on June 17, 2003. Mary Ann expressed to Natalia that she was still feeling some pain in her neck and was waiting for the results of an MRI this week and was continuing with the Physical Therapy. When asked if she hit her head on the fall, she informed Natalia that she did not. She also agreed that she would come in to meet with Natalia when she was feeling better and give her own description of the incident. Al checked with the Medical Department and according to their evaluation, there were no contact injuries.

Ed explained to the team that after our last meeting, he went back to the location of the incident and retrieved the screw that Pam found on June 10th. It was determined that the screw was not the correct screw for the chair.

Pam informed the group that Mary Ann had attempted to lock the chair so the back panel would not recline but it would not stay in the locked position. Al informed the group that according to the supplier, the most complaints received are regarding the locking mechanism.

Al explained to the team that on Monday, June 16, 2003, he met with Jim Drews, the supplier that we purchased the chair from. Al and Jim went to the location of the incident to look at the damaged chair. After review, Jim was able to determine that the seat panel was broken and that the spring for the back panel was totally out of adjustment and as loose as possible. Jim did not know the life of the chair. He agreed to go back to the manufacturer, Superior and get paperwork on how to take care of the chair. With each chair the manufacturer provides an information card about the chair under each seat panel, but in this case the paper card had been removed. Because Superior was only using two screws for the adjustment panels and had since changed their policy to include three screws, they are willing to provide TI screws for all the chairs that we currently have on site with just two screws. Jim from Staples will make the adjustments to the chairs as we locate them.



EXHIBIT
M

Jim and Al did look at the other Superior chair that was in that same location and noticed that a screw was missing. The chair was taken out of service. Jim agreed to find out if the chair was still under warranty and even if it is not, he will fix the chair at no charge to TI. Ed confirmed that he inspected the orange chair in the area and it appeared okay.

Al discussed the immediate containment actions with the team. The containment actions will include putting out a news article to the site with reporting and contact information as well as procedures for chair inspections and adjustments.

The final half of the meeting consisted of the team going through Step D4, Verify The Root Cause. The team agreed to use the Why Technique, see details below:

- Why did Mary Ann got hurt?
  (a) because she fell

- Why did she fall off her chair?
  (a) because the chair back panel broke

- Why did the back of chair fall off?
  (a) loose screws or no screws
  (b) not adjusted properly
  (c) seat lock defective
  (d) back support loose

- Why were there no screws?
  (a) they were never there when she got the chair from another area
  (b) they fell out at the time of the incident

- Why was the seat not adjusted properly?
  (a) screws failed
  (b) improper chair use
  (c) no clear inspection process or procedures

- What would cause screws to fail or fall out?
  (a) hard to tell without having the actual screws from chair
  (b) the chair was received in a damaged state from another area and screws were already out or loose

The team moved on to Assessing Questions, see details below: