**CERTIFICATION OF SERVICE**

I hereby certify that on the ___7th___ day of November, 2007 I caused the originals of Defendants, Izzy Design and JSJ Corporation's Motion for Summary Judgment, Statement of Uncontroverted Facts and Memorandum of Law in Support of their Motion for Summary Judgment, to be electronically filed with the Clerk of the United States District Court and true copies to be forwarded electronically to **Amato A. DeLuca, Esq. and Michael T. Eskey, Esq.,** DeLuca & Weizenbaum, Ltd., 199 North Main Street, Providence, RI 02903, **James T. Murphy, Esq. and Kelly N. Michels, Esq.,** Hanson Curran LLP, 146 Westminster Street, Providence, RI 02903-2202 and **Eric D. Stubenvoll, Esq.**, Christensen & Ehret, LLP, 222 West Adams Street, Chicago, IL 60606.

/s/ Donna M. Lamontagne
Zizik, Powers, O'Connell, Spaulding
& Lamontagne, P.C.