**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| MARY ANN KING | : | |
| and PHILLIP KING | : | |
| Plaintiffs | : | |
| | : | |
| v. | : | C.A. No.: 06-258-S |
| | : | |
| STAPLES INC.; IZZY DESIGN; | : | |
| JSJ CORPORATION; | : | |
| JOHN DOE COMPANY | : | |
| Defendants | : | |

**PLAINTIFF'S MOTION TO EXTEND TIME TO FILE OPPOSITION TO MOTION FOR SUMMARY JUDGMENT**

Now come plaintiffs in the above-captioned matter and respectfully request this Honorable Court to issue an Order extending for 2 weeks (or up to and including December 10, 2007) the time within which plaintiffs have to file their opposition to defendant's motion for summary judgment. As grounds, plaintiffs state as follows:

1. Plaintiff's counsel has conferred with counsel for defendants concerning the within motion and are informed that counsel for defendants have no objection to the granting of the requested 2-week extension.

2. This is a products liability action in which plaintiff, Mary Ann King, claims that she sustained serious injuries as a proximate result of the failure of a defective and negligently designed office chair. Ms. King claims that defendants designed, manufactured, and sold the subject chair. Defendants deny plaintiff's claims.

2. On November 7, 2007, Defendants Izzy and JSJ Corp. filed motions for summary judgment.

3. Owing to pre-existing matters in other courts, plaintiffs have not yet had sufficient time to obtain affidavits and to research and draft a meaningful memorandum in opposition to defendants' motion for summary judgment.

4. As such, plaintiffs seek a brief (two-week) extension within which to file their opposition.

5. The requested extension is necessary to enable plaintiffs to complete their opposition.

6. Granting the within request will not prejudice defendants, will not alter deadlines set forth in the pretrial order, and will not delay resolution of the action.

7. The within motion is not intended to either delay the consideration of this matter or to prejudice the Court's administration of its docket, but is necessitated by the exigencies described above.

WHEREFORE, plaintiffs respectfully request that the Court grant the within motion and enter an order allowing plaintiffs up to and including December 10, 2007, within with to file their opposition to defendants' motion for summary judgment.

Plaintiffs,
By their Attorneys,

/s/ Michael T. Eskey
Michael T. Eskey (#3035)
**DELUCA & WEIZENBAUM, LTD.**
199 North Main Street
Providence, RI 02903
(401) 453-1500
(401) 453-1501 Fax
tim@delucaandweizenbaum.com