**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| MARY ANN KING | : | |
| and PHILLIP KING | : | |
| Plaintiffs | : | |
| | : | |
| v. | : | C.A. No.: 06-258-S |
| | : | |
| STAPLES INC.; IZZY DESIGN; | : | |
| JSJ CORPORATION; | : | |
| JOHN DOE COMPANY | : | |
| Defendants | : | |

**PLAINTIFFS' MOTION FOR LEAVE TO AMEND COMPLAINT**

Now come Plaintiffs in the above-captioned matter and move this Honorable Court, pursuant to Fed. R. Civ. P. Rules 15(a)(2) and 15(c)(1)(C), for an Order granting Plaintiffs leave to amend their Complaint, as indicated in the Amended Complaint (Proposed) attached hereto.[1] The purpose for amending the complaint is to designate certain party defendants to this action by their proper names. Grounds for the Motion are more fully stated in Plaintiffs' Memorandum in Support of Motion for Leave to Amend Complaint, filed contemporaneously herewith.

WHEREFORE, Plaintiffs respectfully request that the Court grant their Motion for Leave to Amend Complaint.

Plaintiffs,
By their Attorneys,

/s/ Michael T. Eskey

Amato A. DeLuca (#0531)
Miriam Weizenbaum (#5182)
Michael T. Eskey (#3035)
**DELUCA & WEIZENBAUM, LTD.**

[1] Proposed deletions to the existing Complaint are set forth in ~~strikethrough~~ type. Proposed additions are set forth in ***bold italics***.

199 North Main Street
Providence, RI 02903
(401) 453-1500
(401) 453-1501 Fax
**tim@delucaandweizenbaum.com**

Dated: December 7, 2007

**CERTIFICATE OF SERVICE**

I hereby certify that on December 7, 2007, a true copy of the foregoing was served upon counsel of record, listed below, by electronic mail.

/s/ Michael T. Eskey

Michael T. Eskey (RI Bar # 3035)

Kelly N. Michels, Esq.
Hanson Curran
146 Westminster Street
Providence, RI 02903
knm@hansoncurran.com

Donna LaMontagne, Esq.
Zizik, Powers, O'Connell, Spaulding & LaMontagne, P.C.
40 Westminster Street, Suite 201
Providence, RI 02903
dlamontagne@zizikpowers.com