**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| MARY ANN KING | : | |
| and PHILLIP KING | : | |
| Plaintiffs | : | |
| | : | |
| v. | : | C.A. No.: 06-258-S |
| | : | |
| STAPLES INC.; IZZY DESIGN; | : | |
| JSJ CORPORATION; | : | |
| JOHN DOE COMPANY | : | |
| Defendants | : | |

**PLAINTIFFS' MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO AMEND COMPLAINT**

This is a products liability action in which plaintiff, Mary Ann King, claims that in June 2003 she sustained serious injuries as a proximate result of the failure of a defective and negligently designed office chair. Now before the Court is plaintiffs' motion for leave to amend the complaint pursuant to Fed. R. Civ. P. 15. A proposed copy of the Amended Complaint is attached.[1] Plaintiffs respectfully request that the Court grant plaintiffs' motion for leave to amend. As grounds, Plaintiffs state as follows:

1. Plaintiffs' original complaint, filed in May 2006, was brought against Staples, Inc., Izzy Design, JSJ Corporation, and John Doe Corporation. In November 2007, Defendant JSJ Corporation filed an affidavit in support of its Motion for Summary Judgment, indicating that JSJ Corporation was not a proper party defendant to this matter. The affiant, Michael D. Metzger, Vice President, Chief Financial Officer, Treasurer and Secretary of defendant JSJ Corporation, attested that JSJ Corporation's subsidiary corporations, JSJ Seating Company Texas, LP and its predecessor, JSJ Seating Corporation, were the actual entities that manufactured and sold the type of chair at issue in this litigation.

[1] Proposed deletions to the existing Complaint are set forth in ~~strikethrough~~ type. Proposed additions are set forth in ***bold italics***.

2. JSJ Seating Company Texas, LP is a limited partnership existing under the laws of the State of Texas. Its Director, Treasurer and Secretary is Michael D. Metzger, the affiant. JSJ Seating Corporation is a corporation existing under the laws of the State of Michigan. Its Vice President and Secretary is Michael D. Metzger, the affiant.

3. Fed. R. Civ. P. 15(a)(2) provides that leave to amend a party's pleading should be freely given "when justice so requires." Fed. R. Civ. P. 15(c)(1)(C) provides that an amendment to a pleading changing the party or the naming of the party against whom a claim is asserted will relate back to the date of an original pleading if "the party to be brought in by amendment: (i) received such notice of the action that it will not be prejudiced in defending on the merits; and (ii) knew or should have know that the action would be been brought against it, but for a mistake concerning the proper party's identity."[2]

4. In this matter it is readily apparent that the proper party defendants, as identified by affiant, had actual notice of the action and that it would have been brought against them, but for a mistake in identification. Indeed, the affiant, a key principal in the named defendant JSJ Corporation is also a key principal for the proposed defendants of JSJ Seating Company, LP and JSJ Seating Corporation.

5. Moreover, given the relationship between the named and proposed JSJ defendants, there is no prejudice to naming the new defendants in this lawsuit, as JSJ Corporation has participated throughout these proceedings.

6. Accordingly, as the proposed changes to plaintiffs' complaint will not prejudice defendants, will not delay this matter in any way, nor alter the fundamental claims to be

[2] Rule 15(c)(1)(C) also provides that amendment will relate back so long as Rule 15(c)(1)(B), that the amendment asserts a claim that arose out of the conduct, transaction, or occurrence set out in the original pleading, and Rule 4(m), governing service of the complaint, are both met.

tried, plaintiffs' motion for leave to amend their complaint to designate the proper defendants should be granted.

WHEREFORE, Plaintiffs respectfully request that the Court grant their Motion for Leave to Amend Complaint.

Respectfully submitted,
On behalf of Plaintiffs,
By their Attorneys,

/s/ Michael T. Eskey

Amato A. DeLuca (#0531)
Miriam Weizenbaum (#5182)
Michael T. Eskey (#3035)
**DELUCA & WEIZENBAUM, LTD.**
199 North Main Street
Providence, RI 02903
(401) 453-1500
(401) 453-1501 Fax
**tim@delucaandweizenbaum.com**

Dated: December 7, 2007

**CERTIFICATE OF SERVICE**

I hereby certify that on December 7, 2007, a true copy of the foregoing was served upon counsel of record, listed below, by electronic mail.

/s/ Michael T. Eskey

Michael T. Eskey (RI Bar # 3035)

Kelly N. Michels, Esq.
Hanson Curran
146 Westminster Street
Providence, RI 02903
knm@hansoncurran.com

Donna LaMontagne, Esq.
Zizik, Powers, O'Connell, Spaulding & LaMontagne, P.C.
40 Westminster Street, Suite 201
Providence, RI 02903
dlamontagne@zizikpowers.com