**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| MARY ANN KING | : | |
| and PHILLIP KING | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | C.A. No.: 06-258-S |
| | : | |
| STAPLES INC.; IZZY DESIGN; | : | |
| JSJ CORPORATION; | : | |
| Defendants. | : | |

**PLAINTIFFS' OBJECTION TO**
**DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Now come plaintiffs and hereby object to the motion for summary judgment filed by defendants Izzy Design and JSJ Corporation. As grounds, plaintiffs rely on and incorporate herein their memorandum of law filed herewith.

WHEREFORE, plaintiffs respectfully request that this Court issue an Order denying defendants' motion for summary judgment.

Plaintiffs,
By their Attorneys,

/s/ Michael T. Eskey

Amato A. DeLuca (#0531)
Miriam Weizenbaum (#5182)
Michael T. Eskey (#3035)
**DELUCA & WEIZENBAUM, LTD.**
199 North Main Street
Providence, RI 02903
(401) 453-1500
(401) 453-1501 Fax