Page 18

A. As I remember it, when I came in, Mary Ann was still there and Pam was with her and the chair was sitting there in two pieces.
Q. Okay.
A. Because the back was off and the seat was still there.
Q. Did Mary Ann or Pam tell you what had happened?
A. She said, "The chair broke and I fell."
Q. Okay. Do you know how long after she fell you were into the crib?
A. It was -- I think it was pretty close to right away I walked in. I was always in and out.
Q. Did you --
A. I don't know if I heard a commotion or I heard a noise, but I remember going in the crib and the chair was broke and they were talking about it.
Q. So you don't remember as you sit here today hearing something that made you go in?
A. Well, you see, I'm not sure. I know -- I know something made me go in there. Whether I needed a part or I heard a noise, it's tough to say. But I know they said she fell out of

Page 19

the chair. Or the chair broke and she fell.
Q. When you saw Mary Ann, was she standing up or sitting down?
A. She was leaning on her desk, on the corner of her desk.
Q. Okay. Standing up?
A. Well, yeah, but sitting on the corner. You know, half and half. You know, you'd be resting your cheeks on the --
Q. On the counter of the --
A. Yes.
Q. -- work station?
A. Well, her desk.
Q. Of her desk.
A. She had a desk. She had an office. That's where the chair was.
Q. Okay. And at that point, did you think Mary Ann was hurt?
MR. ESKEY: I object.
A. Well, it looked like she had an expression on her face that she wasn't happy. And Pamela was standing with her like -- you know, not supporting her but just, you know, assuring her, I guess.

Page 20

Q. Did she tell you she hurt herself?
A. Well, she said she fell out of the chair and she got hurt, you know. I won't say it exactly how she said it, but she said it.
Q. She told you that she fell out of the chair and got hurt?
A. She said she -- yeah, the chair broke and she got hurt.
Q. And did she tell you where she got hurt?
A. Not really. She just said -- you know, when she went back, it pulled -- you know, she pulled her side, I guess it was, or her back. I was more interested in the chair.
Q. Okay. Up to that point, had any chair that you're aware of at TI broken?
A. Well, the backs -- the backs were the biggest problem with the chairs. Because they have a lever that controls the -- not the same as her chair, but the chairs on the line had a -- they would actually break away.
The clutches they have, they call them clutches, that set the pressure on the chair on the back on the shaft, the axle, whatever they call it. And they would weaken,

Page 21

I guess, and then the chairs would, you know -- they wouldn't break, but they would -- you wouldn't be able to adjust them anymore, you wouldn't be able to put the backs up.
Then they had a piston that controlled the height of the chair, which was another weak point in the chair.
Q. But you said those chairs were not the same as Mary Ann's chair?
A. Well, no. Hers was more of an office chair, I believe, more of a -- same type of mechanism but not the same type of chair.
Q. Do you know what kind of chair it was that she was sitting in?
A. No, I can't remember.
Q. Okay.
A. It was an office chair, I know. An adjustable chair.
Q. When you first saw the chair, it was in two pieces?
A. Right, the back was off.
Q. Okay. What exactly did you do when you --
A. I picked up the back, put it on the chair and wheeled it out. I didn't put it back in the

dumpster?
A. No. Hers was a whole different case.
Q. Okay.
A. You know, hers was a different type of chair. It wasn't an assembly chair, you know, for the line, for out on the assembly line.
Q. What was the difference between Mrs. King's chair --
A. Hers was an office chair.
Q. -- and an assembly line chair?
A. Hers was an office chair.
Q. And what does that mean? I need you to explain.
A. Well, it had arms. Right? It was low. It didn't have the same adjustments as that chair, as a -- you know, the piston type. I mean, I'm sure it had a short stroke to it so they could -- you know, you could raise and lower the chair.
But it was just two different chairs. They had no -- the assembly chairs had no arms. They were high. They had very ergonomically-designed seats and backs. It was a whole different -- different setup.



Her chair was an office chair, I mean, with the arms and the -- like, the line chairs didn't have casters on them. Her chair had casters. You know, a typical office chair.
Q. Had you ever fixed any other type of office chair like Mrs. King's?
A. No.
Q. Do you know who Kevin White is?
A. No.
Q. Do you recall ever hearing about any other incidents where somebody fell out of the chair?
A. I'm sure people fell out of chairs, but they never told me. Not because the chair was broken. I mean, just falling out of the chair. I don't know.
Q. Okay.
A. I really don't.
Q. Do you --
A. I wasn't -- you see, that wasn't my job.
Q. Right.
A. My job -- you know, I don't know how to explain this. But, you know, I wasn't a chair



repairman, you know. I did a favor for people, you know.
And they'd come to me and they said, You think? I said, Yeah, bring them all down. They brought them all down and they said, No, we're not gonna do this. And that was it, you know.
As far as other chairs go, the office chairs, I didn't get involved in those chairs. It was a whole different case. She was right across the hall from me. The incident occurred, I took the chair. I fixed it, put it back out there.
Q. Had you ever fixed any other chairs for Mrs. King?
A. Not -- no. She had two chairs. She had her chair and she had Pam's chair. That was it. It wasn't like a whole room full of chairs. I mean, they had two chairs.
Q. No, I understand that. But from what I understand from Mrs. King's testimony is she went through a series of chairs.
A. She may have.
Q. Did you ever fix any other chair --



A. No.
Q. -- for her?
A. I wasn't involved in any other chair.
MS. MICHELS: That's all I have. For right now.
EXAMINATION BY MR. ESKEY:
Q. Now, Mr. Loxley, maybe I'm not understanding, but is there a difference between screws and bolts just generally?
A. It depends on how you look at them, I guess.
Q. Okay.
A. Well, bolts have a -- you know, you have machine screws, you have bolts. You know, they have different heads on them, they have different threads on them. Basically a screw is a screw.
Q. Okay. And can a screw use a nut --
A. Mm-hmm.
Q. -- for an attachment?
A. They can use a nut, they can use a thread.
Q. Okay. And the same with a bolt, a bolt can use a nut as well?
A. Right.
Q. Okay. Now, the screws that were in Mary Ann

the size of the screw that you removed, as you sit here today, can you recall what size it was?
A. It was close to a quarter inch. It could have been metric, which doesn't really matter. But it's a quarter inch diameter. I believe it might have been between a quarter and 5/16s, to my knowledge, as far as those types of screws.
Q. Okay. And what about the length?
A. I would say it was probably three-quarters maybe, three-quarters of an inch. Half to three-quarters of an inch.
Q. Okay. And did you use any tools to remove the threaded portion of the screw from the chair?
A. I believe I had to drill out one of the screws. The other -- one of the screws -- one of them came out relatively easy, the other one I had to drill and remove with a screw extractor. I think it was burred up from inside the hole.
Q. Okay. The one that came out fairly easily, did you use any tools to extract that or were you able to do it with your fingers?



A. Oh, no, I used a pair of vice grips just to grab that.
Q. Okay. And in using the vice grips, how much resistance was there as you were --
A. Minimal amount. It was just enough to -- it was just something to grab the end of what was left of the screw. I probably could have done it without, you know, using a tool, but they're kind of -- they were all burred up on the end so I didn't want to damage my fingers.
Q. Okay. And the other one that you had to extract using the other equipment, did you first try and use the vice grips on that?
A. Well, it was a little shorter, I believe, than the other one was so I couldn't really grip it. And it wasn't -- it didn't want to -- you know, it didn't want to move, you know, finger tight. So instead of wasting time, I just took and drilled it out.
Q. Okay. Now, when you say you drilled it out, do you drill only the screw or do you drill the tap hole as well?
A. No, you just drill the screw.
Q. Okay.



A. You drill a hole in the screw, and then there's a screw extractor of a certain size that you insert into the hole that you drilled. And the screw extractor is of the opposite hand, versus right or left hand, so you can unscrew the broken portion of the screw.
In other words, the screw extractor actually grabs on counterclockwise if you've got a left -- I mean, a right-hand screw. So once you insert that, then you can take a pair of pliers or a wrench and take the screw out.
Q. Okay. And before you extracted the screws, did you put the J-bar up to the bottom of the chair to --
A. No.
MS. LAMONTAGNE: Can you just let him finish, please?
Q. I'll just leave it that way. Did you put the J-bar up to the chair seat bottom itself at any point before you extracted the screws?
A. No.
Q. Mr. Loxley, I'm going to show you what we'll mark as Plaintiffs' 1 for identification in



this deposition and ask you to just take a look at that for a second.
(Plaintiffs' Exhibit 1 marked for identification)
Q. I'm most interested in the pictures there. Do you see there are two pictures of two chairs?
A. Mm-hmm.
Q. The top set of pictures. There are four pictures in all. But the two top pictures, do you see those?
A. Mm-hmm.
Q. Does either of those look like the chair that you took from Mary Ann King's office and repaired?
A. Well, hers didn't have a bottom in it like that. And that doesn't look like an office chair, that looks like a high back. I don't think -- I don't believe her chair was that adjustable as the one on the left, the Superior chair.
Q. Okay. Now, looking at the bottom pictures, do you see those bottom two pictures?
A. Yes.
Q. The picture in the lower right, the one that

has a bunch of text boxes and arrows, does that look like the bottom of the chair that you repaired from Mary Ann King's office?
A. I don't know. That's not a -- it doesn't -- this doesn't look -- as I recall, where the J-bar goes in there, the heads of the screws were exposed. They weren't -- I can't even tell if those are countersunk into that portion or not. They look like Phillips heads. I don't -- I don't recall it looking like that. It could have. Basically it could have had that design.
Q. Okay. And do you see that slot in the center?
A. Yes.
Q. Did the chair that you repaired on Mary Ann King's, did it have that slot as well?
A. I don't recall.
Q. Okay. So as you sit here today, you can't say one way or the other whether it had it or not?
A. No.
Q. Okay. Now, you said you were in and out of Mary Ann King's work area constantly, practically every day?
A. I would say every day.



Q. Okay. And at any point after the chair broke on Mary Ann King, did you go into that work area and see any yellow caution tape with the chair cordoned off in that area?
A. I don't recall seeing it. Unless it was up in the back corner where -- there's a back corner of the crib that I didn't usually go up into so I don't know.
Q. Okay. And when you returned the chair to the -- did you return it to the hallway outside Mary Ann King's work area?
A. Right, it was in that area. Yeah, my area was here, hers was there. There was a hallway with an L, and the chair was up in that corner with other junk that I used to pile up.
Q. Okay. And did you tell Mary Ann that the chair was out there?
A. Mm-hmm.
Q. Yes?
MS. LAMONTAGNE: Is that a yes?
A. Yes.
Q. Okay. And at some point you noticed that the chair was no longer there?
A. Yes.



Q. And your best recollection today is that it was approximately a month or two that the chair was there before it was gone?
A. To my recollection, yes. It could have been shorter. It wasn't any longer. But it could have went away and then came back again, I don't know. You know, I really -- you know, once I did it, that was it. It was -- you know, it was out of my control.
Q. Okay. Were there any other chairs in that same area?
A. There were a couple that I had dumped over there. Or placed over there.
Q. And the others that were placed over there --
A. Those are the ones that Jim had looked at a couple of times prior to this whole incident. But the chairs hung around for -- if they weren't on the skid and gone, they were -- you know, I'd keep them in my area over there until I decided to get rid of them.
Q. And were those other chairs that were there office chairs or line chairs?
A. No, they were assembly chairs. They were high chairs or --



Q. On the day you took the chair from Mary Ann King's work area, were Mary Ann and Pam there when you took the chair?
A. Yes, they were in the office standing up.
Q. And did you return to Mary Ann's work area that same day after you took the chair?
A. I probably did.
Q. Did you notice whether she had another chair there?
A. No, I didn't.
Q. And you specifically recall at that time when you took the chair to repair it there was discussion about Mary Ann King being injured at that time?
A. Yes.
Q. And you didn't know the brand of the chair that you had taken to repair. Correct?
A. No.
Q. And you were never interviewed in connection with an investigation into this chair. Correct?
A. No, never -- not to my knowledge. I don't ever remember any questioning.
Q. No one from Texas Instruments asked you any

Page 70

questions about the chair?
A. I don't think -- I don't think formally. I mean, just what I talked to Dean about. But it really wasn't -- I don't think -- to my knowledge, now that I think about it, I don't remember a formal investigation.
Q. Now, when Jim Drews came to look at the chairs, did he have a list of numbers that he compared to the serial number?
A. Well, he had a sales list of chairs and then he'd come in and he'd look at the chairs. He said like some were Steelcase, some were -- I don't even remember what the other names were. I just remember Steelcase --
THE WITNESS: (To Ms. Michels) -- which wasn't one of your chairs, I don't believe. I don't know.
A. And then he'd check the serial numbers, go back and -- I guess he had a list of the chairs that we had bought before, but I don't know if they had serial numbers or not. He may have had to go -- I remember him going back and then getting -- you know, contacting me later and said, Well, that chair was ours,

Page 71

but that one's out of warranty, and stuff like that.
Q. And you never had any discussion with Jim Drews about the chair that you repaired?
A. No.
Q. Now, at any point after the chair that you repaired, did you become aware of whether or not Texas Instruments instituted a system for inspecting chairs?
A. Yes, I did.
Q. And what did you know about that?
A. They had designated people that would inspect the chairs and they labeled them whether or not they were safe or unsafe. Based on what, I don't know what.
I know I used to have to leave my chairs every -- I don't know if it was monthly or every three months we had to leave our chairs out. Because my area I'd lock at night so I'd leave my chairs in the hallway. They'd come by, inspect the chairs, and then in the morning I'd come in and they'd have a tag.
Q. Did you ever perform those inspections yourself?

Page 72

A. No.
Q. Did you --
A. After the chair -- after -- I just -- I didn't want anything to do with chairs.
Q. Did you ever receive any instructions over the Internet system or intranet system as to how to inspect chairs?
A. Yeah, I believe there was a whole write-up on the chairs. But everybody received -- you know, you could get online, you could get on and look at the chairs. I guess what they inspected, you know, backs, bottoms, tops, you know, the whole -- whatever they inspected.
There was a third shift supervisor who used to do most of the inspections, I believe. Al Jaginoff, his name was. I think he's back in India now, though. So you wouldn't be able to talk to him.
Q. And did you ever become aware of whether there was an issue with respect to putting an additional screw in chairs?
A. I wasn't -- no. What was this? After the incident?
Q. Yes.

Page 73

A. A nonexistent problem was fixed.
Q. I'm sorry?
A. I said a nonexistent problem was fixed.
Q. Okay. So no one ever asked you to put a third screw --
A. No.
Q. -- into any of the chairs of the same kind that Mary Ann King was using when it broke?
A. No.
Q. And after you repaired Mary Ann King's chair, you didn't make any adjustments to any of the other mechanisms?
A. No.
Q. How long did it take you to repair her chair?
A. Thirty minutes maybe.
Q. And as you sit here today, do you have a recollection of the underside of that chair, the mechanisms, precisely what they looked like?
A. Not really. I remember the J-bar going underneath. I remember the screws holding it in. I sort of remember there was a knob, I don't know, for the adjustment of the pressure on the back of the chair. And I believe they

Page 74

had an adjustment level for the tilt of the chair. But other than that -- basically, I think most chairs are like that.

MR. ESKEY: I don't have any further questions.

MS. LAMONTAGNE: I'm all set.

MS. MICHELS: I'm all set.

MR. ESKEY: Thank you, Mr. Loxley.

THE WITNESS: You're quite welcome.

MS. MICHELS: Thank you.

(Whereupon the deposition was concluded at 11:12 a.m.)

Page 75

CERTIFICATE

STATE OF RHODE ISLAND
COUNTY OF NEWPORT

I, Mary E. Rinne, Registered Professional Reporter and Notary Public in and for the State of Rhode Island, do hereby certify that the foregoing transcript of the deposition of Russell Loxley, having been duly sworn on Thursday, June 7, 2007, is true and accurate to the best of my knowledge, skill and ability.

IN WITNESS HEREOF, I have hereunto set my hand and notarial seal this 18th day of June 2007.

Mary E. Rinne
RPR and Notary Public

My Commission Expires: February 27, 2011

chair. I put it on the chair, you know, like as a means of transportation.
Q. Okay. And did you see any screws in the area?
A. There was two broken screws. The heads of the screws were off the chair. As a matter of fact, I think somebody -- I think she was looking for them. Pamela was looking for them. I don't know. I don't remember.
Q. When you say "two broken screws," where were those? Still in the chair or on the floor?
A. The broken screws were in the chair. The heads of the screws were gone as if they were sheared.
Q. So the screws were still in the base of the chair?
A. Right, the threaded portion of the screws were still in the chair.
Q. Okay.
A. Because, to my knowledge, the back of the chair was into the mechanism that controls for the tilt. And the two screws held the chair, the back of the chair to that mechanism.
And that's what let go, was that -- not the mechanism but the -- the mechanism may



have let go first; and then when the chair -- when the back collapsed, it might have snapped the screws.
Q. But you don't know that?
A. I don't know that.
Q. All right. When you saw the chair --
A. It was sitting without a back.
Q. The J-bar was connected to the top of the chair or still to the base?
MR. ESKEY: Objection.
A. The back -- the rest and the J -- is that what they call it, the J-bar? That goes underneath and connects to that mechanism on the adjusting part of the chair and its two screws. Well, from there back was off the chair. Those two screws are what failed.
Q. Okay. So the screws themselves were still in the chair?
A. The broken portion was still in the chair. The heads were -- the half that broke was gone, off the chair.
Q. Okay. Did you ever find the screw heads?
A. Yes, we found the two screws. I had -- I had all four pieces after. I had the two screw



tops and the two threaded portions, which I didn't save of course because what difference would it have made. But, I mean, I suppose it would have made a difference now.
But I just threw things away and then put new screws in. And the chair was whatever, wherever it went. It went the way of the other chairs.
Q. So when you took it, you brought it to your tool crib?
A. Mm-hmm.
Q. You put two new screws in?
A. Well, yeah, within a period of time. I don't know how long, but I didn't -- it wasn't -- it wasn't a priority to fix the chair. But I believe it was -- I believe I fixed it before anybody else looked at it.
Q. Okay. Did anybody ever ask you what you did with the chair?
A. Yeah, Dean Chapman, who was the head of Safety, he asked me and I just said, "Oh, I fixed it." And he says, "Oh." That really wasn't a big issue, I guess.
Q. Did Ed Picard ever talk to you about the



chair?
A. I used to always talk to Dean because he was more involved with me than the other Safety people. He was always in my area because he was always coming over to check on equipment and machinery.
Because we had a tool room that was always in a -- it was always in a safety, you know, situation where people were getting hurt and stuff so they were constantly over there. So Dean was the one I dealt with.
I may have spoke to -- I don't know. I spoke to them all. You know, I spoke to everybody over there, but I don't recall if I spoke to him about the chair or not. I know Dean was -- I know Dean was interested, but he was always interested in safety issues.
Q. So would you say you repaired that chair within the first week?
A. I would say, yes.
Q. Okay. And then you put it back into Mary Ann's area?
A. No, I left it out in the hallway. I wheeled it out of my area and put it -- we had a

King's chair, were those screws that used a bolt -- I mean, sorry, used a nut?
A. To my knowledge, no, they were threaded into the base of the assembly.
Q. Okay. And when you first took that chair on the day that Mary Ann King's chair broke --
A. Mm-hmm.
Q. -- did you examine it at the place where it had broken or did you take it back to your shop first?
A. No, I just took it back to my area.
Q. Okay. And you had a look at it --
A. Right.
Q. -- to see what was wrong with it?
A. Right. I could see that the heads -- the bolts were broke. Or the heads were gone anyways.
Q. Okay. And did you say that you retrieved the heads?
A. I believe we got one. We found one. I don't know where the other one went.
Q. Okay. And were the heads -- what type of tool was used on the head that broke to screw it in?



A. I think it was an Allen wrench, a hex.
Q. A hex Allen wrench?
A. Yes. I think.
Q. And what type of screw did you -- or bolt did you use to replace that? Did you use the same type?
A. Allen. Yeah, same type, Allen. Button-head.
Q. And did you have to use a washer with that?
A. I don't remember. I don't think I did.
Q. And did you have to remove the part of the -- the threaded part of the screw that had broken in the chair?
A. To my knowledge, yes, I had to remove the broken portion of the screw.
Q. Okay. Now, where had the screw broken in relation to the head? Did it shear right at the head or somewhat down?
A. It was just short. Just below the head, just a short distance below the head of the screw. Well, in that case it would be above the head of the screw.
Q. Okay. So the screw head that you had retrieved, was there any portion --
A. Yeah, there was maybe one or two threads.



Q. Okay. So you retrieved a screw head and there was some portion of the thread that remained attached to the head. Correct?
A. Right.
Q. Could you estimate that length that remained attached?
A. I don't know. I'd have to say maybe a sixteenth of an inch.
Q. Okay. So it was very close to the head?
A. Right.
Q. And comparing the length of the -- well, strike that.
You removed the threaded portions from the chair. Correct?
A. Mm-hmm.
Q. Of two screws. Is that right?
A. Yes.
Q. Okay. And were those two screws, the threaded portion that you removed from the chair, of equal length?
A. I would say fairly close, within a couple of -- you know, I don't know, within a 32nd of an inch maybe. Hard to tell. I didn't measure them so I'd have to say they could



have been the same length, I don't know.
Q. Okay. So to your eye at least --
A. They looked the same.
Q. -- they looked the same length?
A. Yes.
Q. And when you say that they sheared off, what does that, if anything, indicate to you, a shear?
A. Well, it's hard to tell. I mean, you know, without really examining the screw, I mean, it's very hard to shear a screw. I mean, screws don't shear very often. Especially, the person's weight usually wouldn't do that.
But if the screw was defective -- if it was defective -- it could shear. But there's different terminologies. Shear, you could shear, which would be a, you know, side load; or it could break, which would be a, you know, a vertical -- vertical load.
It's hard to say, you know. I mean, those screws that size, you know, they -- 20,000 pounds of force, you know, can break a screw like that. You know, you never know.
Q. Well, that was my next question. In terms of

chair. I put it on the chair, you know, like as a means of transportation.
Q. Okay. And did you see any screws in the area?
A. There was two broken screws. The heads of the screws were off the chair. As a matter of fact, I think somebody -- I think she was looking for them. Pamela was looking for them. I don't know. I don't remember.
Q. When you say "two broken screws," where were those? Still in the chair or on the floor?
A. The broken screws were in the chair. The heads of the screws were gone as if they were sheared.
Q. So the screws were still in the base of the chair?
A. Right, the threaded portion of the screws were still in the chair.
Q. Okay.
A. Because, to my knowledge, the back of the chair was into the mechanism that controls for the tilt. And the two screws held the chair, the back of the chair to that mechanism.
And that's what let go, was that -- not the mechanism but the -- the mechanism may



have let go first; and then when the chair -- when the back collapsed, it might have snapped the screws.
Q. But you don't know that?
A. I don't know that.
Q. All right. When you saw the chair --
A. It was sitting without a back.
Q. The J-bar was connected to the top of the chair or still to the base?
MR. ESKEY: Objection.
A. The back -- the rest and the J -- is that what they call it, the J-bar? That goes underneath and connects to that mechanism on the adjusting part of the chair and its two screws. Well, from there back was off the chair. Those two screws are what failed.
Q. Okay. So the screws themselves were still in the chair?
A. The broken portion was still in the chair. The heads were -- the half that broke was gone, off the chair.
Q. Okay. Did you ever find the screw heads?
A. Yes, we found the two screws. I had -- I had all four pieces after. I had the two screw



tops and the two threaded portions, which I didn't save of course because what difference would it have made. But, I mean, I suppose it would have made a difference now.
But I just threw things away and then put new screws in. And the chair was whatever, wherever it went. It went the way of the other chairs.
Q. So when you took it, you brought it to your tool crib?
A. Mm-hmm.
Q. You put two new screws in?
A. Well, yeah, within a period of time. I don't know how long, but I didn't -- it wasn't -- it wasn't a priority to fix the chair. But I believe it was -- I believe I fixed it before anybody else looked at it.
Q. Okay. Did anybody ever ask you what you did with the chair?
A. Yeah, Dean Chapman, who was the head of Safety, he asked me and I just said, "Oh, I fixed it." And he says, "Oh." That really wasn't a big issue, I guess.
Q. Did Ed Picard ever talk to you about the



chair?
A. I used to always talk to Dean because he was more involved with me than the other Safety people. He was always in my area because he was always coming over to check on equipment and machinery.
Because we had a tool room that was always in a -- it was always in a safety, you know, situation where people were getting hurt and stuff so they were constantly over there. So Dean was the one I dealt with.
I may have spoke to -- I don't know. I spoke to them all. You know, I spoke to everybody over there, but I don't recall if I spoke to him about the chair or not. I know Dean was -- I know Dean was interested, but he was always interested in safety issues.
Q. So would you say you repaired that chair within the first week?
A. I would say, yes.
Q. Okay. And then you put it back into Mary Ann's area?
A. No, I left it out in the hallway. I wheeled it out of my area and put it -- we had a

wanted your phone number?
A. Well, Rich Mullins told -- Rich Mullins told me that Pam wanted my phone number so I -- he didn't give it to her, but he asked me if it was all right if he did give her my phone number. Because I see -- I see Rich all the time. So I said, "Yeah, sure. Go ahead."
Q. Okay. And did Pam call you?
A. No. No, she must have gave my number to Mary Ann and Mary Ann called me.
Q. Okay. When did Mary Ann call you? Two or three months ago?
A. Two or three months ago, yeah.
Q. Was it to talk about this case?
A. Well, she told me what was going on and stuff. And she said, you know, she'd like to give my number to her attorneys. And I said, "Yeah, fine. Go right ahead."
And that was basically it. She wanted to clear it with me to see if I was willing to, you know, be part of this.
Q. Okay. So before coming in to testify today, you had a chance to talk to Mary Ann's attorney?



A. Yes.
Q. And when was that?
A. Last night.
Q. Okay. And before that, had you talked to anybody in connection with this case?
A. No. I got a few phone calls, but I either didn't return them or I didn't get them. I spoke to him last night.
Q. Okay. And what did --
THE WITNESS: (To Mr. Eskey) I spoke to your receptionist, I believe, but just to tell her what time I'd be available.
Q. Okay. And no one from my office or from Staples has talked to you before this deposition today. Correct?
A. No.
Q. So did you talk to Mr. Eskey personally last night or just to his receptionist?
A. No, personally I spoke to him.
Q. Okay. And did he talk with you about some of the things you could expect from today's deposition?
A. He just wanted to tell me that, you know, nothing to worry about. It's very informal.



Q. Yes. That we just wanted to find out what you had to say.
A. Yeah.
MR. ESKEY: I said only good things about everyone.
MS. LAMONTAGNE: He said, Watch out for that woman who's gonna ask you questions.
THE WITNESS: That's what happened before, I guess.
Q. And could you tell when you looked at the chair if anything had been repaired on this chair before you touched it?
A. Not to my knowledge, no. Nothing looked like it had been --
Q. Could you tell one way or the other?
A. Not really. No. It's impossible. Practically impossible. I don't know. Unless something had been welded or something, that would be obvious. But there was nothing obvious about the chair.
Q. Okay. And after the chair broke, did you ever talk to Jim Drews about it from Staples?
A. I don't recall. I don't know. I don't think I -- I don't know if she -- I'm sure she must



have talked to him, but I don't -- I don't recall talking to him about it.
I don't recall him even looking at it. He may have without my knowledge because the chair was sitting there, so he could have come in anytime. He was always in. Well, he was in once a week, I believe it was, on a Tuesday or something.
Q. But you don't have a specific recollection of any inspection with Jim --
A. No.
Q. -- or anything like that?
A. No.
Q. What about with Al Brown, did you talk to Al at all about it?
A. I don't remember talking to Al at all. I remember talking to Dean. I saw Al and those guys in and out of the building all the time, so I don't believe I directly spoke to him directly about the chair. About other incidences and stuff and people being injured in the tool room, but not -- not the chair.
Q. All right. And in terms of your involvement with Dean Chapman, you just told him it broke,

chair. I put it on the chair, you know, like as a means of transportation.
Q. Okay. And did you see any screws in the area?
A. There was two broken screws. The heads of the screws were off the chair. As a matter of fact, I think somebody -- I think she was looking for them. Pamela was looking for them. I don't know. I don't remember.
Q. When you say "two broken screws," where were those? Still in the chair or on the floor?
A. The broken screws were in the chair. The heads of the screws were gone as if they were sheared.
Q. So the screws were still in the base of the chair?
A. Right, the threaded portion of the screws were still in the chair.
Q. Okay.
A. Because, to my knowledge, the back of the chair was into the mechanism that controls for the tilt. And the two screws held the chair, the back of the chair to that mechanism.
And that's what let go, was that -- not the mechanism but the -- the mechanism may



have let go first; and then when the chair -- when the back collapsed, it might have snapped the screws.
Q. But you don't know that?
A. I don't know that.
Q. All right. When you saw the chair --
A. It was sitting without a back.
Q. The J-bar was connected to the top of the chair or still to the base?
MR. ESKEY: Objection.
A. The back -- the rest and the J -- is that what they call it, the J-bar? That goes underneath and connects to that mechanism on the adjusting part of the chair and its two screws. Well, from there back was off the chair. Those two screws are what failed.
Q. Okay. So the screws themselves were still in the chair?
A. The broken portion was still in the chair. The heads were -- the half that broke was gone, off the chair.
Q. Okay. Did you ever find the screw heads?
A. Yes, we found the two screws. I had -- I had all four pieces after. I had the two screw



tops and the two threaded portions, which I didn't save of course because what difference would it have made. But, I mean, I suppose it would have made a difference now.
But I just threw things away and then put new screws in. And the chair was whatever, wherever it went. It went the way of the other chairs.
Q. So when you took it, you brought it to your tool crib?
A. Mm-hmm.
Q. You put two new screws in?
A. Well, yeah, within a period of time. I don't know how long, but I didn't -- it wasn't -- it wasn't a priority to fix the chair. But I believe it was -- I believe I fixed it before anybody else looked at it.
Q. Okay. Did anybody ever ask you what you did with the chair?
A. Yeah, Dean Chapman, who was the head of Safety, he asked me and I just said, "Oh, I fixed it." And he says, "Oh." That really wasn't a big issue, I guess.
Q. Did Ed Picard ever talk to you about the



chair?
A. I used to always talk to Dean because he was more involved with me than the other Safety people. He was always in my area because he was always coming over to check on equipment and machinery.
Because we had a tool room that was always in a -- it was always in a safety, you know, situation where people were getting hurt and stuff so they were constantly over there. So Dean was the one I dealt with.
I may have spoke to -- I don't know. I spoke to them all. You know, I spoke to everybody over there, but I don't recall if I spoke to him about the chair or not. I know Dean was -- I know Dean was interested, but he was always interested in safety issues.
Q. So would you say you repaired that chair within the first week?
A. I would say, yes.
Q. Okay. And then you put it back into Mary Ann's area?
A. No, I left it out in the hallway. I wheeled it out of my area and put it -- we had a

little area in the corner where I used to keep some other materials, and I just put it over there. And I believe I told her that if she needed it it was there.
And then whatever happened to it after that is history, I guess. I never did anything with it again.
Q. So you took two screws out of the base, put two new screws in and the chair was fine?
A. Well, nobody used it so I couldn't say it was fine. Nobody tried it. I mean, nobody tried to adjust it or do anything. I just put it over there, you know. So "fine" is kind of a -- I don't know. I didn't sit in it and try to adjust it or anything but --
Q. But it was back together?
A. It was together, yes.
Q. At that point it no longer looked broken. Is that fair?
A. Right, exactly.
Q. Okay. What kind of screws did you put in? Can you tell me?
A. I believe they were button-head cap screws. They may have been quarter inch or they may



have been metric, depending on where the chair was made. But I had access to any types of screws. I may have even retapped the holes to fit a standard screw.
Q. What does that mean, "retapped the holes"?
A. Well, if the hole was a metric size, say a 6 or an 8 millimeter, and I didn't have one available, I would put a quarter 20 tap and run it through the hole to change the thread diameter -- the thread pitch, actually. And then I would insert a quarter 20 screw.
Q. Make it a little bit bigger?
A. Well, not -- well, yeah, millimeter and metric -- I mean, millimeter and standard are -- you know, depending on the size, they're pretty close as far as, you know, if you can get a quarter inch and an 8 millimeter or a 7 millimeter are pretty close.
All you do gotta do is change the pitch of the thread, which that's what the tap does. Because the millimeter thread is a little closer than a standard, you know, American thread.
Q. Do you have any idea how old the chair was?



A. No.
Q. No?
A. It could have been new, it could have been old, it could have been fairly new. I don't know.
Q. Okay. You didn't really pay attention to it?
A. Well, it was in good shape. I mean, the chair was in relatively good condition. I mean, you know, it wasn't ripped or torn or, you know, anything like that.
But as far as age goes, I wouldn't know. They would know, I wouldn't know. If they saw the chair, I don't know.
Q. When you say it wasn't ripped or torn, you're referring to the fabric?
A. Right. Right. Well, the arms weren't worn. I mean, you know, it was in fairly good condition.
Q. Do you remember what color the chair was?
A. No. Of course, it could have been blue, it could have been green. I don't remember really. There were so many -- we had different -- we had cranberry and we had blue and we had green chairs. I mean, it was



just -- they had all kinds of chairs.
Q. And it doesn't sound like it was out of the ordinary for you to have done what you did?
A. No.
Q. If a chair --
A. That's what I did.
Q. That's what you did. If a chair --
A. Well, no. I mean, like I said, it wasn't my job description, but people always came to me because they knew my area -- you know, I was the only one in the area. I was "the" area.
And if anything needed to be fixed that was out of the ordinary, they usually came to me. You know, because maintenance wouldn't do it and then the other tool rooms wouldn't do it. But I was kind of like a floating toolmaker technician.
Q. Had you ever had occasion to replace screws in the chairs before?
A. The only screws I would replace were the ones that went through that held the J-bar onto those other style chairs and stuff, but those were -- I don't know. They just were the adjustment part of the chair.

Page 58

King's chair, were those screws that used a bolt -- I mean, sorry, used a nut?
A. To my knowledge, no, they were threaded into the base of the assembly.
Q. Okay. And when you first took that chair on the day that Mary Ann King's chair broke --
A. Mm-hmm.
Q. -- did you examine it at the place where it had broken or did you take it back to your shop first?
A. No, I just took it back to my area.
Q. Okay. And you had a look at it --
A. Right.
Q. -- to see what was wrong with it?
A. Right. I could see that the heads -- the bolts were broke. Or the heads were gone anyways.
Q. Okay. And did you say that you retrieved the heads?
A. I believe we got one. We found one. I don't know where the other one went.
Q. Okay. And were the heads -- what type of tool was used on the head that broke to screw it in?

Page 59

A. I think it was an Allen wrench, a hex.
Q. A hex Allen wrench?
A. Yes. I think.
Q. And what type of screw did you -- or bolt did you use to replace that? Did you use the same type?
A. Allen. Yeah, same type, Allen. Button-head.
Q. And did you have to use a washer with that?
A. I don't remember. I don't think I did.
Q. And did you have to remove the part of the -- the threaded part of the screw that had broken in the chair?
A. To my knowledge, yes, I had to remove the broken portion of the screw.
Q. Okay. Now, where had the screw broken in relation to the head? Did it shear right at the head or somewhat down?
A. It was just short. Just below the head, just a short distance below the head of the screw. Well, in that case it would be above the head of the screw.
Q. Okay. So the screw head that you had retrieved, was there any portion --
A. Yeah, there was maybe one or two threads.

Page 60

Q. Okay. So you retrieved a screw head and there was some portion of the thread that remained attached to the head. Correct?
A. Right.
Q. Could you estimate that length that remained attached?
A. I don't know. I'd have to say maybe a sixteenth of an inch.
Q. Okay. So it was very close to the head?
A. Right.
Q. And comparing the length of the -- well, strike that.
You removed the threaded portions from the chair. Correct?
A. Mm-hmm.
Q. Of two screws. Is that right?
A. Yes.
Q. Okay. And were those two screws, the threaded portion that you removed from the chair, of equal length?
A. I would say fairly close, within a couple of -- you know, I don't know, within a 32nd of an inch maybe. Hard to tell. I didn't measure them so I'd have to say they could

Page 61

have been the same length, I don't know.
Q. Okay. So to your eye at least --
A. They looked the same.
Q. -- they looked the same length?
A. Yes.
Q. And when you say that they sheared off, what does that, if anything, indicate to you, a shear?
A. Well, it's hard to tell. I mean, you know, without really examining the screw, I mean, it's very hard to shear a screw. I mean, screws don't shear very often. Especially, the person's weight usually wouldn't do that.
But if the screw was defective -- if it was defective -- it could shear. But there's different terminologies. Shear, you could shear, which would be a, you know, side load; or it could break, which would be a, you know, a vertical -- vertical load.
It's hard to say, you know. I mean, those screws that size, you know, they -- 20,000 pounds of force, you know, can break a screw like that. You know, you never know.
Q. Well, that was my next question. In terms of



G&M COURT REPORTERS, LTD.
1.800.655.3663 - www.gmcourtreporters.com

the size of the screw that you removed, as you sit here today, can you recall what size it was?
A. It was close to a quarter inch. It could have been metric, which doesn't really matter. But it's a quarter inch diameter. I believe it might have been between a quarter and 5/16s, to my knowledge, as far as those types of screws.
Q. Okay. And what about the length?
A. I would say it was probably three-quarters maybe, three-quarters of an inch. Half to three-quarters of an inch.
Q. Okay. And did you use any tools to remove the threaded portion of the screw from the chair?
A. I believe I had to drill out one of the screws. The other -- one of the screws -- one of them came out relatively easy, the other one I had to drill and remove with a screw extractor. I think it was burred up from inside the hole.
Q. Okay. The one that came out fairly easily, did you use any tools to extract that or were you able to do it with your fingers?



A. Oh, no, I used a pair of vice grips just to grab that.
Q. Okay. And in using the vice grips, how much resistance was there as you were --
A. Minimal amount. It was just enough to -- it was just something to grab the end of what was left of the screw. I probably could have done it without, you know, using a tool, but they're kind of -- they were all burred up on the end so I didn't want to damage my fingers.
Q. Okay. And the other one that you had to extract using the other equipment, did you first try and use the vice grips on that?
A. Well, it was a little shorter, I believe, than the other one was so I couldn't really grip it. And it wasn't -- it didn't want to -- you know, it didn't want to move, you know, finger tight. So instead of wasting time, I just took and drilled it out.
Q. Okay. Now, when you say you drilled it out, do you drill only the screw or do you drill the tap hole as well?
A. No, you just drill the screw.
Q. Okay.



A. You drill a hole in the screw, and then there's a screw extractor of a certain size that you insert into the hole that you drilled. And the screw extractor is of the opposite hand, versus right or left hand, so you can unscrew the broken portion of the screw.
In other words, the screw extractor actually grabs on counterclockwise if you've got a left -- I mean, a right-hand screw. So once you insert that, then you can take a pair of pliers or a wrench and take the screw out.
Q. Okay. And before you extracted the screws, did you put the J-bar up to the bottom of the chair to --
A. No.
MS. LAMONTAGNE: Can you just let him finish, please?
Q. I'll just leave it that way. Did you put the J-bar up to the chair seat bottom itself at any point before you extracted the screws?
A. No.
Q. Mr. Loxley, I'm going to show you what we'll mark as Plaintiffs' 1 for identification in



this deposition and ask you to just take a look at that for a second.
(Plaintiffs' Exhibit 1 marked for identification)
Q. I'm most interested in the pictures there. Do you see there are two pictures of two chairs?
A. Mm-hmm.
Q. The top set of pictures. There are four pictures in all. But the two top pictures, do you see those?
A. Mm-hmm.
Q. Does either of those look like the chair that you took from Mary Ann King's office and repaired?
A. Well, hers didn't have a bottom in it like that. And that doesn't look like an office chair, that looks like a high back. I don't think -- I don't believe her chair was that adjustable as the one on the left, the Superior chair.
Q. Okay. Now, looking at the bottom pictures, do you see those bottom two pictures?
A. Yes.
Q. The picture in the lower right, the one that

Page 66

has a bunch of text boxes and arrows, does that look like the bottom of the chair that you repaired from Mary Ann King's office?
A. I don't know. That's not a -- it doesn't -- this doesn't look -- as I recall, where the J-bar goes in there, the heads of the screws were exposed. They weren't -- I can't even tell if those are countersunk into that portion or not. They look like Phillips heads. I don't -- I don't recall it looking like that. It could have. Basically it could have had that design.
Q. Okay. And do you see that slot in the center?
A. Yes.
Q. Did the chair that you repaired on Mary Ann King's, did it have that slot as well?
A. I don't recall.
Q. Okay. So as you sit here today, you can't say one way or the other whether it had it or not?
A. No.
Q. Okay. Now, you said you were in and out of Mary Ann King's work area constantly, practically every day?
A. I would say every day.

Page 67

Q. Okay. And at any point after the chair broke on Mary Ann King, did you go into that work area and see any yellow caution tape with the chair cordoned off in that area?
A. I don't recall seeing it. Unless it was up in the back corner where -- there's a back corner of the crib that I didn't usually go up into so I don't know.
Q. Okay. And when you returned the chair to the -- did you return it to the hallway outside Mary Ann King's work area?
A. Right, it was in that area. Yeah, my area was here, hers was there. There was a hallway with an L, and the chair was up in that corner with other junk that I used to pile up.
Q. Okay. And did you tell Mary Ann that the chair was out there?
A. Mm-hmm.
Q. Yes?
MS. LAMONTAGNE: Is that a yes?
A. Yes.
Q. Okay. And at some point you noticed that the chair was no longer there?
A. Yes.

Page 68

Q. And your best recollection today is that it was approximately a month or two that the chair was there before it was gone?
A. To my recollection, yes. It could have been shorter. It wasn't any longer. But it could have went away and then came back again, I don't know. You know, I really -- you know, once I did it, that was it. It was -- you know, it was out of my control.
Q. Okay. Were there any other chairs in that same area?
A. There were a couple that I had dumped over there. Or placed over there.
Q. And the others that were placed over there --
A. Those are the ones that Jim had looked at a couple of times prior to this whole incident. But the chairs hung around for -- if they weren't on the skid and gone, they were -- you know, I'd keep them in my area over there until I decided to get rid of them.
Q. And were those other chairs that were there office chairs or line chairs?
A. No, they were assembly chairs. They were high chairs or --

Page 69

Q. On the day you took the chair from Mary Ann King's work area, were Mary Ann and Pam there when you took the chair?
A. Yes, they were in the office standing up.
Q. And did you return to Mary Ann's work area that same day after you took the chair?
A. I probably did.
Q. Did you notice whether she had another chair there?
A. No, I didn't.
Q. And you specifically recall at that time when you took the chair to repair it there was discussion about Mary Ann King being injured at that time?
A. Yes.
Q. And you didn't know the brand of the chair that you had taken to repair. Correct?
A. No.
Q. And you were never interviewed in connection with an investigation into this chair. Correct?
A. No, never -- not to my knowledge. I don't ever remember any questioning.
Q. No one from Texas Instruments asked you any

little area in the corner where I used to keep
some other materials, and I just put it over
there. And I believe I told her that if she
needed it it was there.
And then whatever happened to it
after that is history, I guess. I never did
anything with it again.
Q. So you took two screws out of the base, put
two new screws in and the chair was fine?
A. Well, nobody used it so I couldn't say it was
fine. Nobody tried it. I mean, nobody tried
to adjust it or do anything. I just put it
over there, you know. So "fine" is kind of
a -- I don't know. I didn't sit in it and try
to adjust it or anything but --
Q. But it was back together?
A. It was together, yes.
Q. At that point it no longer looked broken. Is
that fair?
A. Right, exactly.
Q. Okay. What kind of screws did you put in?
Can you tell me?
A. I believe they were button-head cap screws.
They may have been quarter inch or they may



have been metric, depending on where the chair
was made. But I had access to any types of
screws. I may have even retapped the holes to
fit a standard screw.
Q. What does that mean, "retapped the holes"?
A. Well, if the hole was a metric size, say a
6 or an 8 millimeter, and I didn't have one
available, I would put a quarter 20 tap and
run it through the hole to change the thread
diameter -- the thread pitch, actually. And
then I would insert a quarter 20 screw.
Q. Make it a little bit bigger?
A. Well, not -- well, yeah, millimeter and
metric -- I mean, millimeter and standard
are -- you know, depending on the size,
they're pretty close as far as, you know, if
you can get a quarter inch and an 8 millimeter
or a 7 millimeter are pretty close.
All you do gotta do is change the
pitch of the thread, which that's what the tap
does. Because the millimeter thread is a
little closer than a standard, you know,
American thread.
Q. Do you have any idea how old the chair was?



A. No.
Q. No?
A. It could have been new, it could have been
old, it could have been fairly new. I don't
know.
Q. Okay. You didn't really pay attention to it?
A. Well, it was in good shape. I mean, the chair
was in relatively good condition. I mean, you
know, it wasn't ripped or torn or, you know,
anything like that.
But as far as age goes, I wouldn't
know. They would know, I wouldn't know. If
they saw the chair, I don't know.
Q. When you say it wasn't ripped or torn, you're
referring to the fabric?
A. Right. Right. Well, the arms weren't worn.
I mean, you know, it was in fairly good
condition.
Q. Do you remember what color the chair was?
A. No. Of course, it could have been blue, it
could have been green. I don't remember
really. There were so many -- we had
different -- we had cranberry and we had blue
and we had green chairs. I mean, it was



just -- they had all kinds of chairs.
Q. And it doesn't sound like it was out of the
ordinary for you to have done what you did?
A. No.
Q. If a chair --
A. That's what I did.
Q. That's what you did. If a chair --
A. Well, no. I mean, like I said, it wasn't my
job description, but people always came to me
because they knew my area -- you know, I was
the only one in the area. I was "the" area.
And if anything needed to be fixed
that was out of the ordinary, they usually
came to me. You know, because maintenance
wouldn't do it and then the other tool rooms
wouldn't do it. But I was kind of like a
floating toolmaker technician.
Q. Had you ever had occasion to replace screws in
the chairs before?
A. The only screws I would replace were the ones
that went through that held the J-bar onto
those other style chairs and stuff, but those
were -- I don't know. They just were the
adjustment part of the chair.

See, chairs are different. Some have the screws like that one did, and some have -- just the J-bar goes in and it's attached and tightened with a -- you know, with a large screw with a plastic knob on it.

So, you know, most of the chairs, like I said, the clutches would go and the pistons. But her chair was an office chair so she didn't have that same -- she had the adjustments on it, but she didn't have those -- you know, those types of adjustments.

Q. Had you ever had occasion to fix one of Mary Ann King's chairs before this incident?

A. Not that I recall, no. I don't think I ever did.

See, now, Pamela had a chair that was similar to the assembly room chairs, a high chair. She had that type of chair. There were two types of chairs, but it's not relevant to whatever is going on. But it was just -- I never had a chance to repair any of those chairs.

Q. Okay. After you put the chair back together and put it in the hallway, you never saw what



happened to it after that?

A. No. It was there for a while.

Q. How long is "a while"?

A. Good question. A month, maybe two months, I don't know. Then we started moving stuff out, throwing things away, cleaning up.

I think somebody came by and asked me what the chair was doing there. I said, "I don't know. I think it's just there. You want it, take it." So it disappeared. I don't know if anybody else used it. Chairs were always being moved around.

Q. You believe it was in the hallway for quite some time?

A. It was a while, yeah. Could have been a month, could have been two months. Once I put it over there in the corner, it was like -- you know.

Q. Was it ever taped off with yellow tape to your recollection?

A. That's an excellent question, but I don't remember if they taped it off. They may have taken it, actually, Safety. But I'm not sure. I know the chair sat there and then it was



gone. And whether Safety took it or not, I'm not sure. They may have but --

Q. Did you ever see it back in Mary Ann's tool crib?

A. I never saw it again, no.

Q. Okay. After this incident, you had occasion to go in and out of the tool crib --

A. All the time.

Q. -- as you usually did. Correct?

A. Mm-hmm.

Q. In that parts area where Mary Ann worked?

A. Yes.

Q. And to your recollection, you never saw the chair back in that parts crib?

A. No.

Q. No?

A. No.

Q. And when you walked into the crib where Mary Ann was, do you remember any of the other specific conversation you had with either Mary Ann or Pam McGee that afternoon?

A. That afternoon?

Q. Yes.

(Witness shakes head)



Q. You're shaking your head.

A. I'm trying to think. I don't know -- I don't remember. I just walked in and they were in there and I just -- I usually went in and said hi to her. Or if Pam wasn't out at her counter, I used to go in and look, you know, and if she was in Mary Ann's office, I'd say hi.

That time I went in, they were there together and the chair was broke. But I don't remember if I said anything else to them that day. I mean, I probably went in there more than once that day because I was always in and out of there getting pieces and parts.

Q. Did Mary Ann get another chair from somewhere else, if you know?

A. I'm pretty sure she did, yeah. She needed a chair. I don't know where she got it from or if they bought her another one or they got her another one. But she did have another chair.

Q. That same afternoon?

A. That, I don't know. I don't remember if -- I don't even remember if she stayed the rest of the day or not. She may have left, I don't

has a bunch of text boxes and arrows, does that look like the bottom of the chair that you repaired from Mary Ann King's office?
A. I don't know. That's not a -- it doesn't -- this doesn't look -- as I recall, where the J-bar goes in there, the heads of the screws were exposed. They weren't -- I can't even tell if those are countersunk into that portion or not. They look like Phillips heads. I don't -- I don't recall it looking like that. It could have. Basically it could have had that design.
Q. Okay. And do you see that slot in the center?
A. Yes.
Q. Did the chair that you repaired on Mary Ann King's, did it have that slot as well?
A. I don't recall.
Q. Okay. So as you sit here today, you can't say one way or the other whether it had it or not?
A. No.
Q. Okay. Now, you said you were in and out of Mary Ann King's work area constantly, practically every day?
A. I would say every day.



Q. Okay. And at any point after the chair broke on Mary Ann King, did you go into that work area and see any yellow caution tape with the chair cordoned off in that area?
A. I don't recall seeing it. Unless it was up in the back corner where -- there's a back corner of the crib that I didn't usually go up into so I don't know.
Q. Okay. And when you returned the chair to the -- did you return it to the hallway outside Mary Ann King's work area?
A. Right, it was in that area. Yeah, my area was here, hers was there. There was a hallway with an L, and the chair was up in that corner with other junk that I used to pile up.
Q. Okay. And did you tell Mary Ann that the chair was out there?
A. Mm-hmm.
Q. Yes?
MS. LAMONTAGNE: Is that a yes?
A. Yes.
Q. Okay. And at some point you noticed that the chair was no longer there?
A. Yes.



Q. And your best recollection today is that it was approximately a month or two that the chair was there before it was gone?
A. To my recollection, yes. It could have been shorter. It wasn't any longer. But it could have went away and then came back again, I don't know. You know, I really -- you know, once I did it, that was it. It was -- you know, it was out of my control.
Q. Okay. Were there any other chairs in that same area?
A. There were a couple that I had dumped over there. Or placed over there.
Q. And the others that were placed over there --
A. Those are the ones that Jim had looked at a couple of times prior to this whole incident. But the chairs hung around for -- if they weren't on the skid and gone, they were -- you know, I'd keep them in my area over there until I decided to get rid of them.
Q. And were those other chairs that were there office chairs or line chairs?
A. No, they were assembly chairs. They were high chairs or --



Q. On the day you took the chair from Mary Ann King's work area, were Mary Ann and Pam there when you took the chair?
A. Yes, they were in the office standing up.
Q. And did you return to Mary Ann's work area that same day after you took the chair?
A. I probably did.
Q. Did you notice whether she had another chair there?
A. No, I didn't.
Q. And you specifically recall at that time when you took the chair to repair it there was discussion about Mary Ann King being injured at that time?
A. Yes.
Q. And you didn't know the brand of the chair that you had taken to repair. Correct?
A. No.
Q. And you were never interviewed in connection with an investigation into this chair. Correct?
A. No, never -- not to my knowledge. I don't ever remember any questioning.
Q. No one from Texas Instruments asked you any

has a bunch of text boxes and arrows, does
that look like the bottom of the chair that
you repaired from Mary Ann King's office?
A. I don't know. That's not a -- it doesn't --
this doesn't look -- as I recall, where the
J-bar goes in there, the heads of the screws
were exposed. They weren't -- I can't even
tell if those are countersunk into that
portion or not. They look like Phillips
heads. I don't -- I don't recall it looking
like that. It could have. Basically it could
have had that design.
Q. Okay. And do you see that slot in the center?
A. Yes.
Q. Did the chair that you repaired on Mary Ann
King's, did it have that slot as well?
A. I don't recall.
Q. Okay. So as you sit here today, you can't say
one way or the other whether it had it or not?
A. No.
Q. Okay. Now, you said you were in and out of
Mary Ann King's work area constantly,
practically every day?
A. I would say every day.



Q. Okay. And at any point after the chair broke
on Mary Ann King, did you go into that work
area and see any yellow caution tape with the
chair cordoned off in that area?
A. I don't recall seeing it. Unless it was up in
the back corner where -- there's a back corner
of the crib that I didn't usually go up into
so I don't know.
Q. Okay. And when you returned the chair to
the -- did you return it to the hallway
outside Mary Ann King's work area?
A. Right, it was in that area. Yeah, my area was
here, hers was there. There was a hallway
with an L, and the chair was up in that corner
with other junk that I used to pile up.
Q. Okay. And did you tell Mary Ann that the
chair was out there?
A. Mm-hmm.
Q. Yes?
MS. LAMONTAGNE: Is that a yes?
A. Yes.
Q. Okay. And at some point you noticed that the
chair was no longer there?
A. Yes.



Q. And your best recollection today is that it
was approximately a month or two that the
chair was there before it was gone?
A. To my recollection, yes. It could have been
shorter. It wasn't any longer. But it could
have went away and then came back again, I
don't know. You know, I really -- you know,
once I did it, that was it. It was -- you
know, it was out of my control.
Q. Okay. Were there any other chairs in that
same area?
A. There were a couple that I had dumped over
there. Or placed over there.
Q. And the others that were placed over there --
A. Those are the ones that Jim had looked at a
couple of times prior to this whole incident.
But the chairs hung around for -- if they
weren't on the skid and gone, they were -- you
know, I'd keep them in my area over there
until I decided to get rid of them.
Q. And were those other chairs that were there
office chairs or line chairs?
A. No, they were assembly chairs. They were high
chairs or --



Q. On the day you took the chair from Mary Ann
King's work area, were Mary Ann and Pam there
when you took the chair?
A. Yes, they were in the office standing up.
Q. And did you return to Mary Ann's work area
that same day after you took the chair?
A. I probably did.
Q. Did you notice whether she had another chair
there?
A. No, I didn't.
Q. And you specifically recall at that time when
you took the chair to repair it there was
discussion about Mary Ann King being injured
at that time?
A. Yes.
Q. And you didn't know the brand of the chair
that you had taken to repair. Correct?
A. No.
Q. And you were never interviewed in connection
with an investigation into this chair.
Correct?
A. No, never -- not to my knowledge. I don't
ever remember any questioning.
Q. No one from Texas Instruments asked you any

See, chairs are different. Some have the screws like that one did, and some have -- just the J-bar goes in and it's attached and tightened with a -- you know, with a large screw with a plastic knob on it.

So, you know, most of the chairs, like I said, the clutches would go and the pistons. But her chair was an office chair so she didn't have that same -- she had the adjustments on it, but she didn't have those -- you know, those types of adjustments.

Q. Had you ever had occasion to fix one of Mary Ann King's chairs before this incident?

A. Not that I recall, no. I don't think I ever did.

See, now, Pamela had a chair that was similar to the assembly room chairs, a high chair. She had that type of chair. There were two types of chairs, but it's not relevant to whatever is going on. But it was just -- I never had a chance to repair any of those chairs.

Q. Okay. After you put the chair back together and put it in the hallway, you never saw what



happened to it after that?

A. No. It was there for a while.

Q. How long is "a while"?

A. Good question. A month, maybe two months, I don't know. Then we started moving stuff out, throwing things away, cleaning up.

I think somebody came by and asked me what the chair was doing there. I said, "I don't know. I think it's just there. You want it, take it." So it disappeared. I don't know if anybody else used it. Chairs were always being moved around.

Q. You believe it was in the hallway for quite some time?

A. It was a while, yeah. Could have been a month, could have been two months. Once I put it over there in the corner, it was like -- you know.

Q. Was it ever taped off with yellow tape to your recollection?

A. That's an excellent question, but I don't remember if they taped it off. They may have taken it, actually, Safety. But I'm not sure. I know the chair sat there and then it was



gone. And whether Safety took it or not, I'm not sure. They may have but --

Q. Did you ever see it back in Mary Ann's tool crib?

A. I never saw it again, no.

Q. Okay. After this incident, you had occasion to go in and out of the tool crib --

A. All the time.

Q. -- as you usually did. Correct?

A. Mm-hmm.

Q. In that parts area where Mary Ann worked?

A. Yes.

Q. And to your recollection, you never saw the chair back in that parts crib?

A. No.

Q. No?

A. No.

Q. And when you walked into the crib where Mary Ann was, do you remember any of the other specific conversation you had with either Mary Ann or Pam McGee that afternoon?

A. That afternoon?

Q. Yes.

(Witness shakes head)



Q. You're shaking your head.

A. I'm trying to think. I don't know -- I don't remember. I just walked in and they were in there and I just -- I usually went in and said hi to her. Or if Pam wasn't out at her counter, I used to go in and look, you know, and if she was in Mary Ann's office, I'd say hi.

That time I went in, they were there together and the chair was broke. But I don't remember if I said anything else to them that day. I mean, I probably went in there more than once that day because I was always in and out of there getting pieces and parts.

Q. Did Mary Ann get another chair from somewhere else, if you know?

A. I'm pretty sure she did, yeah. She needed a chair. I don't know where she got it from or if they bought her another one or they got her another one. But she did have another chair.

Q. That same afternoon?

A. That, I don't know. I don't remember if -- I don't even remember if she stayed the rest of the day or not. She may have left, I don't