has a bunch of text boxes and arrows, does that look like the bottom of the chair that you repaired from Mary Ann King's office?
A. I don't know. That's not a -- it doesn't -- this doesn't look -- as I recall, where the J-bar goes in there, the heads of the screws were exposed. They weren't -- I can't even tell if those are countersunk into that portion or not. They look like Phillips heads. I don't -- I don't recall it looking like that. It could have. Basically it could have had that design.
Q. Okay. And do you see that slot in the center?
A. Yes.
Q. Did the chair that you repaired on Mary Ann King's, did it have that slot as well?
A. I don't recall.
Q. Okay. So as you sit here today, you can't say one way or the other whether it had it or not?
A. No.
Q. Okay. Now, you said you were in and out of Mary Ann King's work area constantly, practically every day?
A. I would say every day.



Q. Okay. And at any point after the chair broke on Mary Ann King, did you go into that work area and see any yellow caution tape with the chair cordoned off in that area?
A. I don't recall seeing it. Unless it was up in the back corner where -- there's a back corner of the crib that I didn't usually go up into so I don't know.
Q. Okay. And when you returned the chair to the -- did you return it to the hallway outside Mary Ann King's work area?
A. Right, it was in that area. Yeah, my area was here, hers was there. There was a hallway with an L, and the chair was up in that corner with other junk that I used to pile up.
Q. Okay. And did you tell Mary Ann that the chair was out there?
A. Mm-hmm.
Q. Yes?
MS. LAMONTAGNE: Is that a yes?
A. Yes.
Q. Okay. And at some point you noticed that the chair was no longer there?
A. Yes.



Q. And your best recollection today is that it was approximately a month or two that the chair was there before it was gone?
A. To my recollection, yes. It could have been shorter. It wasn't any longer. But it could have went away and then came back again, I don't know. You know, I really -- you know, once I did it, that was it. It was -- you know, it was out of my control.
Q. Okay. Were there any other chairs in that same area?
A. There were a couple that I had dumped over there. Or placed over there.
Q. And the others that were placed over there --
A. Those are the ones that Jim had looked at a couple of times prior to this whole incident. But the chairs hung around for -- if they weren't on the skid and gone, they were -- you know, I'd keep them in my area over there until I decided to get rid of them.
Q. And were those other chairs that were there office chairs or line chairs?
A. No, they were assembly chairs. They were high chairs or --



Q. On the day you took the chair from Mary Ann King's work area, were Mary Ann and Pam there when you took the chair?
A. Yes, they were in the office standing up.
Q. And did you return to Mary Ann's work area that same day after you took the chair?
A. I probably did.
Q. Did you notice whether she had another chair there?
A. No, I didn't.
Q. And you specifically recall at that time when you took the chair to repair it there was discussion about Mary Ann King being injured at that time?
A. Yes.
Q. And you didn't know the brand of the chair that you had taken to repair. Correct?
A. No.
Q. And you were never interviewed in connection with an investigation into this chair. Correct?
A. No, never -- not to my knowledge. I don't ever remember any questioning.
Q. No one from Texas Instruments asked you any

# OE Safety Meeting 2Q03
# 8D Incident Investigation

- Business name:
- OE / Mfg Systems
- Incident Description:
  - Employee strained neck and back while trying to prevent falling from chair.
  - 06/02/03 / 1:50 PM
  - Bldg # 12 / 2nd Floor / Storeroom
  - Days Lost: 33
  - Days Restricted Duty: 0
  - Cost: ?
  - How: Back support fell off chair when leaning back, causing employee to whip back to prevent herself from falling.
  - Why: Design flaw in chair and lack of inspection program.





P201

# OE Safety Meeting 2Q03
# 8D Incident Investigation

- Interim Containment Action(s):
  - Chair immediately removed from service.
  - Emergency Bulletin published detailing chair inspection procedure.
  - Informed other users in storerooms.



- Root Cause(s):
  - Design Flaw: Back of chair fell off due to design issues that caused fasteners to fall out.
    - Chair has history of failure (Dallas stopped buying this chair 4 years ago but failed to communicate worldwide).



P202

# OE Safety Meeting 2Q03
# 8D Incident Investigation

- Corrective Actions:

| What | Who | When |
|---|---|---|
| Contacted Staples supplier, manufacturer, and WW ESH | Al Brown | 6/05/03 |
| Wrote comprehensive inspection procedure & published | Al Brown | 6/12/03 |
| Inspected storeroom chairs | Ed Picard /Al Brown | 6/13/03 |
| Incident chair replaced by supplier and several chairs repaired by supplier | Jim Drew | 7/8/03 |



P203

# OE Safety Meeting 2Q03
# 8D Incident Investigation

- Long Term Corrective Actions (Prevent Recurrence):

| What | Who | When |
|---|---|---|
| • Inspection required every 6 months, documented in ergonomic training, ESH Web page, and site wide reminder will be issued by ESH. | Brown | Complete |
| • Close the loop with WW Facilities / ESH on sharing information relative to product failures or recalls. | Brown | Complete |

## Chair Inspection / Adjustment Guidelines

One of our employees recently suffered a significant injury when the back support of a chair failed. As an interim containment action to prevent recurrence the ESH Department has compiled these detailed inspection guidelines for Superior and Miller chairs and general guidelines for other chair brands. It is the responsibility of all chair users to review the following guidelines and report any unsafe equipment as noted below. If a chair is does not pass the inspection criteria please isolate the chair and secure a sign stating "WARNING! UNSAFE CHAIR – DO NOT USE" on the chair. (Power Point File Attached) The standard chair warranty for TI is 10 years. Most damaged or broken chairs will not have to be replaced.

**Notification Guidelines for Manufacturing Line Chairs**

1. Contact your supervisor and alert them to the chair location and condition
2. Supervisor please email Al Brown **and** Tracy Forde with details about chair(s)
3. If you can't locate a replacement chair page Al Brown at 0599.

**Notification Guidelines for Non Manufacturing Line Chairs**

1. Send an email to Al Brown and Tracy Forde with details about the chair.
2. If you can't locate a replacement chair page Al Brown at 0599

## Safety Inspection

Chair manufacturers recommend inspecting all mechanical parts of a chair at 3 to 6 month intervals for evidence of damaged, loose or missing parts.

**Safety Note prior to inspection:** To properly inspect a chair you must turn it over. Chairs are heavy and can be awkward to lift. Prior to lifting a chair please take time to make sure you are in an area that will allow enough room to lay the chair down and pick it up again without compromising your lifting form or creating another hazard. If you are uncomfortable, or have a condition that prevents you from laying the chair down please ask a co-worker to perform these tasks.





### Lowering the chair

1. Position the chair such that the center point on the front edge of the seat pan is between two caster arms on the base of the chair.
2. Roll the chair towards you until the casters have turned away from you
3. Position yourself with feet shoulder-width apart facing the back of the chair with your knee against the outer edge of the seat pan
4. Hold the seat back with both hands until the chair is resting on the two caster legs and your hands
5. Bend your knees while lowering the chair with your arms until it is resting on the edge of the seat pan.

### Lifting the chair

1. Feet shoulder width apart, bent knees, maintain curves of the back and lift with whole body.
2. Reverse the process until chair is resting on all casters.

## How do I know which chair I have?

1. Most chairs will have a label under the seat pan stating the manufacturer, model number, and date of manufacture.

2. Superior Chairs have larger back support pads. The back support pad is attached to the base of the chair with a single flat piece of steel often called a J Bracket. (Bottom Left)

3. Miller chairs have a smaller back support pad which is supported by two support arms that are welded to the base assembly. (Bottom Right)



Superior



Miller

## Points of Inspection - Superior Brand Chair



1. **Back Support Screws** - Back support screws fasten the back support to the control mechanism of the chair. The chair will have either 2 or 3 screws depending on date of manufacture. Ensure that all screws are uniform and fastened securely.

   *Note: If your chair has less than 2 screws immediately remove it from service by placing a "Warning- Unsafe Chair - Do Not Use" sign on it and contact Al Brown (x1638 pager 0599 text, or email) If your chair only has two screws please send an email to Al Brown* **and** *Tracy Forde.. The manufacturer will provide A 3rd screw.*

2. **Chair Control Mechanism Screws** (4) these screws fasten the seat control mechanism to the seat pan base. Ensure that they are all installed, uniform and fastened securely.
3. **Seat Pan Base Screws** (4) these screws attached the seat pan to the seat pan base. Ensure that they are all installed, uniform and fastened securely (seat pan should not wobble).
4. **Seat Back Tension Adjustment Knob** - This knob tightens a spring that controls the amount of resistance and support you are afforded when adjusting the angle of the seat back. This support prevents loss of balance Seat should be adjusted so that back supports body weight in controlled decent when back is unlocked
5. **Chair Adjustment Locks** - Include arm rests, seat height, seat pan angle, and back angle. Ensure that these mechanisms **LOCK securely in selected position.**
6. **Casters** – Casters should roll freely and be securely fastened to the base.

**<u>Points of Inspection - Miller Brand Chair</u>**




1. **Chair Control Mechanism Lag Bolts** (4) these bolts fasten the seat control mechanism to the seat pan base. Ensure that they are all installed, uniform and fastened securely.

2. **Chair Arm Support Screws (8)** these screws secure the arm brackets to the seat pan. Ensure that they are all installed, uniform and fastened securely.

3. **Seat Back Tension Adjustment Knob** - This knob tightens a spring that controls the amount of resistance and support you are afforded when adjusting the angle of the seat back. This support prevents loss of balance. Seat should be adjusted so that back supports body weight in controlled decent when back is unlocked.

4. **Chair Adjustment Locks** - Include arm rests, seat height, seat pan angle, and back angle. Ensure that these mechanisms **LOCK securely in selected position.**
5. **Casters** – Casters should roll freely and be securely fastened to the base

**Points of Inspection - All Other Chair Brands**

1. Ensure that all fasteners are in place, uniform, and tight
2. Ensure that all position adjustments work properly
3. Ensure that all position adjustment locks function and do not release
4. Ensure that all casters roll freely and are securely attached to the chair

**Documentation of Chair Inspections**

For this initial inspection each Branch Manager or designee is asked to ensure that all chairs in their respective areas are inspected. When chair inspections are complete please send a message to Al Brown documenting the area and completion date. The targeted completion date for all inspections is 7/11/03.

**Ongoing Inspections**

To document future semi-annual inspections, the Safety Department is evaluating color-coded inspection tags available through Staples. Inspections should be conducted at least every 6 months. If you notice issues with your Superior or Miller chair between scheduled inspections contact Jim Drews, the TI Account Representative for Staples at 877-617-1712. Jim will coordinate the repairs. Please also send a quick email to Al Brown in the Safety Department to document the chair issue. If you do not have a Superior or Miller chair contact Al Brown at abrown@ti.com or x1638.

**Common Area Inspections**

Conference rooms on the across system will be inspected by Facilities. Other rooms or common areas will be the responsibility of the space owner.

**New Chair Ordering Information**

**http://www-esh.mc.ti.com/safety_health/ergonomics/products.html**

**Chair Adjustment Reminders Superior Brand Chairs (Centron 301-A, 302-B, 303-C)**

Chair adjustment mechanisms

- Arm Height - Pull up on trigger under arm rest to raise or lower
- Horizontal Arm Adjustment - Turn handwheel counterclockwise to loosen, slide arm in or out to desired width. Turn handwheel clockwise to tighten.
- Back Height - While seated, lift to one of six positions. To lower, lift back to highest position, then lower.
- Seat Height - Side paddle on RIGHT. To raise, twist paddle up and lift your weight. Release at desired height. To lower, twist paddle up while seated. Release at desired height.
- Seat Back Angle - Side paddle on LEFT. While seated twist paddle up and press chair back. Press down to lock back at desired angle.
- Seat Pan Angle - With back in most upright position and LEFT paddle pulled up, pull RIGHT paddle KNOB out to lock at 0, push in to tip forward.
- Tension Adjustment - While seated, turn knob under seat counterclockwise to tighten rocking motion tension. Turn clockwise to increase rocking motion.



Superior Chair – 2 screws - image



Superior chair – three screws