UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MARY ANN KING<br>and PHILLIP KING | : | |
| VS. | : | C.A. No. 06-258 S |
| STAPLES, INC; IZZY DESIGNS;<br>JSJ SEATING COMPANY TEXAS, LP;<br>JSJ SEATING CORPORATION;<br>JOHN DOE COMPANY | : | |

**ANSWER OF DEFENDANT, STAPLES, INC.,**
**TO PLAINTIFFS' AMENDED COMPLAINT**

Now comes defendant, Staples, Inc., and gives this, its answer to the amended complaint of plaintiffs:

**First Defense**

With respect to that portion of the plaintiffs' complaint denominated "General Allegations" defendant responds to the numbered paragraphs as follows:

1. At the time of this answer, defendant is without knowledge or information sufficient to form a belief as to the truth of the averment.

2. Admitted, with the exception of the averment that the place of business in Massachusetts is "principal," which is denied.

3. Defendant admits that it sells and distributes office furniture but otherwise at the time of this answer is without knowledge or information sufficient upon which to form a belief as to the truth of the remaining averment.

4. At the time of this answer defendant is without knowledge or information sufficient to form a belief as to the truth of the averment.

5. At the time of this answer defendant is without knowledge or information sufficient to form a belief as to the truth of the averment.

6. At the time of this answer defendant is without knowledge or information sufficient to form a belief as to the truth of the averment.

7. At the time of this answer defendant is without knowledge or information sufficient to form a belief as to the truth of the averment.

8. At the time of this answer defendant is without knowledge or information sufficient to form a belief as to the truth of the averment.

9. At the time of this answer defendant is without knowledge or information sufficient to form a belief as to the truth of the averment.

10. At the time of this answer defendant is without knowledge or information sufficient to form a belief as to the truth of the averment.

11. At the time of this answer defendant is without knowledge or information sufficient to form a belief as to the truth of the averment.

12. At the time of this answer defendant is without knowledge or information sufficient to form a belief as to the truth of the averment.

13. At the time of this answer defendant is without knowledge or information sufficient to form a belief as to the truth of the averment.

14. At the time of this answer defendant is without knowledge or information sufficient to form a belief as to the truth of the averment.

15. At the time of this answer defendant is without knowledge or information sufficient to form a belief as to the truth of the averment.

16. At the time of this answer defendant is without knowledge or information sufficient to form a belief as to the truth of the averment.

17. At the time of this answer defendant is without knowledge or information sufficient to form a belief as to the truth of the averment.

18. Denied.

19. At the time of this answer defendant is without knowledge or information sufficient to form a belief as to the truth of the averment with respect to the actions of Ms. King. The averment with respect to plaintiff's alleged damages is denied.

20. At the time of this answer defendant is without knowledge or information sufficient to form a belief as to the truth of the averment.

**Second Defense**

With respect to that portion of the plaintiff's complaint denominated "Count I" defendant responds to the numbered paragraphs as follows:

1. Defendant restates and incorporates by reference its responses to paragraphs 1 through 20 of the general allegations, as if fully set forth at length herein.

2. Defendant admits that it owes a duty of care, as defined by law, depending upon the circumstances presented in a given matter. At the time of this answer, defendant is without knowledge or information sufficient to form a belief as to the truth of plaintiff's averment that under the circumstances of this case, it owed plaintiff a duty, and the same is denied.

3. Defendant admits that it owes a duty of care, as defined by law, depending upon the circumstances presented in a given matter. At the time of this answer, defendant is without knowledge or information sufficient to form a belief as to the truth of plaintiff's averment that under the circumstances of this case, it owed plaintiff a duty, and the same is denied.

4. At the time of this answer defendant is without knowledge or information sufficient to form a belief as to the truth of the averment that it had any connection with the alleged chair and deny that it was negligent in any way or manner referable to this action.

5. Denied.

6. Denied.

7. Denied.

**Third Defense**

With respect to that portion of the plaintiff's complaint denominated "Count II", defendant responds to the numbered paragraphs as follows:

1. Defendants repeat and incorporate by reference their responses to paragraphs to 1 though 20 of the general allegations as if fully set forth at length herein.

2. Defendant admits that it is a merchant but is without knowledge or information sufficient to form a belief as to the truth of the remainder of the averment.

3. Defendant is without knowledge sufficient to form a belief as to the truth of the averment.

4. Defendant is without knowledge sufficient to form a belief as to the truth of the averment.

5. Denied.

6. Denied.

7. Denied.

8. Denied.

9. Denied.

10. Denied.

**Fourth Defense**

With respect to that portion of the plaintiff's complaint denominated "Count III" defendant responds to the numbered paragraphs as follows:

1. Defendant restates and incorporates by reference their responses to paragraphs 1 through 20 of the general allegations as if fully set forth at length herein.

2. Defendant is without knowledge or information sufficient to form a belief as to the truth of the averment.

3. Denied.

4. Defendant is without knowledge or information sufficient to form a belief as to the truth of the averment.

5. Defendant is without knowledge or information sufficient to form a belief as to the truth of the averment.

6. Denied.

7. Denied.

8. Denied.

**Fifth Defense**

With respect to that portion of the plaintiffs' complaint denominated "Count IV" defendant responds to the numbered paragraphs as follows:

1. Defendants restate and incorporate by reference their responses to paragraphs 1 through 20 of the general allegations as if set forth fully and at length herein.

2. Defendant, Staples, is without knowledge or information sufficient to form a belief as to the truth of the averments with respect to defendant, Izzy, and, further, to the extent that the allegation is in any way directed to defendant, Staples, same is denied.

3. Defendant, Staples, is without knowledge or information sufficient to form a belief as to the truth of the averments with respect to defendant, Izzy, and, further, to the extent that the allegation is in any way directed to defendant, Staples, same is denied.

4. Defendant, Staples, is without knowledge or information sufficient to form a belief as to the truth of the averments with respect to defendant, Izzy, and, further, to the extent that the allegation is in any way directed to defendant, Staples, same is denied.

5. Defendant, Staples, is without knowledge or information sufficient to form a belief as to the truth of the averments with respect to defendant, Izzy, and, further, to the extent that the allegation is in any way directed to defendant, Staples, same is denied.

6. Defendant, Staples, is without knowledge or information sufficient to form a belief as to the truth of the averments with respect to defendant, Izzy, and, further, to the extent that the allegation is in any way directed to defendant, Staples, same is denied.

7. Defendant, Staples, is without knowledge or information sufficient to form a belief as to the truth of the averments with respect to defendant, Izzy, and, further, to the extent that the allegation is in any way directed to defendant, Staples, same is denied.

**Sixth Defense**

With respect to that portion of the complaint denominated "Count V" defendant responds to the numbered paragraphs as follows:

1. Defendant restates and incorporates by reference its responses to paragraphs 1 through 20 of the general allegations as if set forth fully and at length herein.

2. Defendant, Staples, is without knowledge or information sufficient to form a belief as to the truth of the averments with respect to defendant, Izzy, and, further, to the extent that the allegation is in any way directed to defendant, Staples, same is denied.

3. Defendant, Staples, is without knowledge or information sufficient to form a belief as to the truth of the averments with respect to defendant, Izzy, and, further, to the extent that the allegation is in any way directed to defendant, Staples, same is denied.

4. Defendant, Staples, is without knowledge or information sufficient to form a belief as to the truth of the averments with respect to defendant, Izzy, and, further, to the extent that the allegation is in any way directed to defendant, Staples, same is denied.

5. Defendant, Staples, is without knowledge or information sufficient to form a belief as to the truth of the averments with respect to defendant, Izzy, and, further, to the extent that the allegation is in any way directed to defendant, Staples, same is denied.

6. Defendant, Staples, is without knowledge or information sufficient to form a belief as to the truth of the averments with respect to defendant, Izzy, and, further, to the extent that the allegation is in any way directed to defendant, Staples, same is denied.

7. Defendant, Staples, is without knowledge or information sufficient to form a belief as to the truth of the averments with respect to defendant, Izzy, and, further, to the extent that the allegation is in any way directed to defendant, Staples, same is denied.

8. Defendant, Staples, is without knowledge or information sufficient to form a belief as to the truth of the averments with respect to defendant, Izzy, and, further, to the extent that the allegation is in any way directed to defendant, Staples, same is denied.

9. Defendant, Staples, is without knowledge or information sufficient to form a belief as to the truth of the averments with respect to defendant, Izzy, and, further, to the extent that the allegation is in any way directed to defendant, Staples, same is denied.

10. Defendant, Staples, is without knowledge or information sufficient to form a belief as to the truth of the averments with respect to defendant, Izzy, and, further, to the extent that the allegation is in any way directed to defendant, Staples, same is denied.

**Seventh Defense**

With respect to that portion of the plaintiffs' complaint denominated "Count VI", defendant responds to the numbered paragraphs as follows:

1. Defendant hereby restates and incorporates by reference paragraphs 1 through 20 of the general allegations as if fully set forth herein.

2. Defendant, Staples, is without knowledge or information sufficient to form a belief as to the truth of the averments with respect to defendant, Izzy, and, further, to the extent that the allegation is in any way directed to defendant, Staples, same is denied.

3. Defendant, Staples, is without knowledge or information sufficient to form a belief as to the truth of the averments with respect to defendant, Izzy, and, further, to the extent that the allegation is in any way directed to defendant, Staples, same is denied.

4. Defendant, Staples, is without knowledge or information sufficient to form a belief as to the truth of the averments with respect to defendant, Izzy, and, further, to the extent that the allegation is in any way directed to defendant, Staples, same is denied.

5. Defendant, Staples, is without knowledge or information sufficient to form a belief as to the truth of the averments with respect to defendant, Izzy, and, further, to the extent that the allegation is in any way directed to defendant, Staples, same is denied.

6. Defendant, Staples, is without knowledge or information sufficient to form a belief as to the truth of the averments with respect to defendant, Izzy, and, further, to the extent that the allegation is in any way directed to defendant, Staples, same is denied.

7. Defendant, Staples, is without knowledge or information sufficient to form a belief as to the truth of the averments with respect to defendant, Izzy, and, further, to the extent that the allegation is in any way directed to defendant, Staples, same is denied.

8. Defendant, Staples, is without knowledge or information sufficient to form a belief as to the truth of the averments with respect to defendant, Izzy, and, further, to the extent that the allegation is in any way directed to defendant, Staples, same is denied.

**Eighth Defense**

With respect to that portion of the plaintiff's complaint denominated "Count VII", defendant responds to the numbered paragraphs as follows:

1. Defendant hereby restates and incorporates by reference paragraphs 1 through 20 of the general allegations as if fully set forth herein.

2. Defendant, Staples, is without knowledge or information sufficient to form a belief as to the truth of the averments with respect to defendant, JSJ Seating Company Texas, LLP, and, further, to the extent that the allegation is in any way directed to defendant, Staples, same is denied.

3. Defendant, Staples, is without knowledge or information sufficient to form a belief as to the truth of the averments with respect to defendant, JSJ Seating Company

Texas, LLP, and, further, to the extent that the allegation is in any way directed to defendant, Staples, same is denied.

4. Defendant, Staples, is without knowledge or information sufficient to form a belief as to the truth of the averments with respect to defendant, JSJ Seating Company Texas, LLP, and, further, to the extent that the allegation is in any way directed to defendant, Staples, same is denied.

5. Defendant, Staples, is without knowledge or information sufficient to form a belief as to the truth of the averments with respect to defendant, JSJ Seating Company Texas, LLP, and, further, to the extent that the allegation is in any way directed to defendant, Staples, same is denied.

6. Defendant, Staples, is without knowledge or information sufficient to form a belief as to the truth of the averments with respect to defendant, JSJ Seating Company Texas, LLP, and, further, to the extent that the allegation is in any way directed to defendant, Staples, same is denied.

7. Defendant, Staples, is without knowledge or information sufficient to form a belief as to the truth of the averments with respect to defendant, JSJ Seating Company Texas, LLP, and, further, to the extent that the allegation is in any way directed to defendant, Staples, same is denied.

**Ninth Defense**

With respect to that portion of the plaintiffs' complaint denominated "Count VIII", defendant responds to the numbered paragraphs as follows:

1. Defendant hereby restates and incorporates by reference paragraphs 1 through 20 of the general allegations as if fully set forth herein.

2. Defendant, Staples, is without knowledge or information sufficient to form a belief as to the truth of the averments with respect to defendant, JSJ Seating Company Texas, LLP, and, further, to the extent that the allegation is in any way directed to defendant, Staples, same is denied.

3. Defendant, Staples, is without knowledge or information sufficient to form a belief as to the truth of the averments with respect to defendant, JSJ Seating Company Texas, LLP, and, further, to the extent that the allegation is in any way directed to defendant, Staples, same is denied.

4. Defendant, Staples, is without knowledge or information sufficient to form a belief as to the truth of the averments with respect to defendant, JSJ Seating Company Texas, LLP, and, further, to the extent that the allegation is in any way directed to defendant, Staples, same is denied.

5. Defendant, Staples, is without knowledge or information sufficient to form a belief as to the truth of the averments with respect to defendant, JSJ Seating Company Texas, LLP, and, further, to the extent that the allegation is in any way directed to defendant, Staples, same is denied.

6. Defendant, Staples, is without knowledge or information sufficient to form a belief as to the truth of the averments with respect to defendant, JSJ Seating Company Texas, LLP, and, further, to the extent that the allegation is in any way directed to defendant, Staples, same is denied.

7. Defendant, Staples, is without knowledge or information sufficient to form a belief as to the truth of the averments with respect to defendant, JSJ Seating Company

Texas, LLP, and, further, to the extent that the allegation is in any way directed to defendant, Staples, same is denied.

8. Defendant, Staples, is without knowledge or information sufficient to form a belief as to the truth of the averments with respect to defendant, JSJ Seating Company Texas, LLP, and, further, to the extent that the allegation is in any way directed to defendant, Staples, same is denied.

9. Defendant, Staples, is without knowledge or information sufficient to form a belief as to the truth of the averments with respect to defendant, JSJ Seating Company Texas, LLP, and, further, to the extent that the allegation is in any way directed to defendant, Staples, same is denied.

10. Defendant, Staples, is without knowledge or information sufficient to form a belief as to the truth of the averments with respect to defendant, JSJ Seating Company Texas, LLP, and, further, to the extent that the allegation is in any way directed to defendant, Staples, same is denied.

**Tenth Defense**

With respect to that portion of the plaintiff's complaint denominated "Count IX" defendant responds to the numbered paragraphs as follows:

1. Defendant hereby restates and incorporates by reference paragraphs 1 through 20 of the general allegations as if fully set forth herein.

2. Defendant, Staples, is without knowledge or information sufficient to form a belief as to the truth of the averments with respect to defendant, JSJ Seating Company Texas, LLP, and, further, to the extent that the allegation is in any way directed to defendant, Staples, same is denied.

3. Defendant, Staples, is without knowledge or information sufficient to form a belief as to the truth of the averments with respect to defendant, JSJ Seating Company Texas, LLP, and, further, to the extent that the allegation is in any way directed to defendant, Staples, same is denied.

4. Defendant, Staples, is without knowledge or information sufficient to form a belief as to the truth of the averments with respect to defendant, JSJ Seating Company Texas, LLP, and, further, to the extent that the allegation is in any way directed to defendant, Staples, same is denied.

5. Defendant, Staples, is without knowledge or information sufficient to form a belief as to the truth of the averments with respect to defendant JSJ Seating Company Texas, LLP, and, further, to the extent that the allegation is in any way directed to defendant, Staples, same is denied.

6. Defendant, Staples, is without knowledge or information sufficient to form a belief as to the truth of the averments with respect to defendant, JSJ Seating Company Texas, LLP, and, further, to the extent that the allegation is in any way directed to defendant, Staples, same is denied.

7. Defendant, Staples, is without knowledge or information sufficient to form a belief as to the truth of the averments with respect to defendant, JSJ Seating Company Texas, LLP, and, further, to the extent that the allegation is in any way directed to defendant, Staples, same is denied.

8. Defendant, Staples, is without knowledge or information sufficient to form a belief as to the truth of the averments with respect to defendant, JSJ Seating Company

Texas, LLP, and, further, to the extent that the allegation is in any way directed to defendant, Staples, same is denied.

**Eleventh Defense**

With respect to that portion of the plaintiff's complaint denominated "Count X", defendant responds to the numbered paragraphs as follows:

1. Defendant hereby restates and incorporates by reference its responses to paragraphs 1 through 20 of the general allegations as if fully set forth herein.

2. Defendant, Staples, is without knowledge or information sufficient to form a belief as to the truth of the averments with respect to defendant, JSJ Seating Corporation, and further, to the extent that the allegation is any way directed to defendant, Staples, same is denied.

3. Defendant, Staples, is without knowledge or information sufficient to form a belief as to the truth of the averments with respect to defendant, JSJ Seating Corporation, and further, to the extent that the allegation is any way directed to defendant, Staples, same is denied.

4. Defendant, Staples, is without knowledge or information sufficient to form a belief as to the truth of the averments with respect to defendant, JSJ Seating Corporation, and further, to the extent that the allegation is any way directed to defendant, Staples, same is denied.

5. Defendant, Staples, is without knowledge or information sufficient to form a belief as to the truth of the averments with respect to defendant, JSJ Seating Corporation, and further, to the extent that the allegation is any way directed to defendant, Staples, same is denied.

6. Defendant, Staples, is without knowledge or information sufficient to form a belief as to the truth of the averments with respect to defendant, JSJ Seating Corporation, and further, to the extent that the allegation is any way directed to defendant, Staples, same is denied.

7. Defendant, Staples, is without knowledge or information sufficient to form a belief as to the truth of the averments with respect to defendant, JSJ Seating Corporation, and further, to the extent that the allegation is any way directed to defendant, Staples, same is denied.

**Twelfth Defense**

With respect to that portion of the plaintiff's complaint denominated "Count XI", defendant responds to the numbered paragraphs as follows:

1. Defendant hereby restates and incorporates by reference its responses to paragraphs 1 through 20 of the general allegations as if fully set forth herein.

2. Defendant, staples, is without knowledge or information sufficient to form a belief as to the truth of the averments with respect to defendant, JSJ Seating Corporation, and, further, to the extent that the allegation is in any way directed to defendant, Staples, same is denied.

3. Defendant, staples, is without knowledge or information sufficient to form a belief as to the truth of the averments with respect to defendant, JSJ Seating Corporation, and, further, to the extent that the allegation is in any way directed to defendant, Staples, same is denied.

4. Defendant, staples, is without knowledge or information sufficient to form a belief as to the truth of the averments with respect to defendant, JSJ Seating

Corporation, and, further, to the extent that the allegation is in any way directed to defendant, Staples, same is denied.

5. Defendant, staples, is without knowledge or information sufficient to form a belief as to the truth of the averments with respect to defendant, JSJ Seating Corporation, and, further, to the extent that the allegation is in any way directed to defendant, Staples, same is denied.

6. Defendant, staples, is without knowledge or information sufficient to form a belief as to the truth of the averments with respect to defendant, JSJ Seating Corporation, and, further, to the extent that the allegation is in any way directed to defendant, Staples, same is denied.

7. Defendant, staples, is without knowledge or information sufficient to form a belief as to the truth of the averments with respect to defendant, JSJ Seating Corporation, and, further, to the extent that the allegation is in any way directed to defendant, Staples, same is denied.

8. Defendant, staples, is without knowledge or information sufficient to form a belief as to the truth of the averments with respect to defendant, JSJ Seating Corporation, and, further, to the extent that the allegation is in any way directed to defendant, Staples, same is denied.

9. Defendant, staples, is without knowledge or information sufficient to form a belief as to the truth of the averments with respect to defendant, JSJ Seating Corporation, and, further, to the extent that the allegation is in any way directed to defendant, Staples, same is denied.

10. Defendant, staples, is without knowledge or information sufficient to form a belief as to the truth of the averments with respect to defendant, JSJ Seating Corporation, and, further, to the extent that the allegation is in any way directed to defendant, Staples, same is denied.

**Thirteenth Defense**

With respect to that portion of the plaintiff's complaint denominated "Count XII" defendant responds to the numbered paragraphs as follows:

1. Defendant hereby restates and incorporates by reference its responses to paragraphs 1 through 20 of the general allegations as if fully set forth herein.

2. Defendant, Staples, is without knowledge or information sufficient to form a belief as to the truth of the averment with respect to defendant, JSJ Seating Corporation, and, further, to the extent that the allegation is in any way directed to defendant, Staples, same is denied.

3. Defendant, Staples, is without knowledge or information sufficient to form a belief as to the truth of the averment with respect to defendant, JSJ Seating Corporation, and, further, to the extent that the allegation is in any way directed to defendant, Staples, same is denied.

4. Defendant, Staples, is without knowledge or information sufficient to form a belief as to the truth of the averment with respect to defendant, JSJ Seating Corporation, and, further, to the extent that the allegation is in any way directed to defendant, Staples, same is denied

5. Defendant, Staples, is without knowledge or information sufficient to form a belief as to the truth of the averment with respect to defendant, JSJ Seating Corporation,

and, further, to the extent that the allegation is in any way directed to defendant, Staples, same is denied.

6. Defendant, Staples, is without knowledge or information sufficient to form a belief as to the truth of the averment with respect to defendant, JSJ Seating Corporation, and, further, to the extent that the allegation is in any way directed to defendant, Staples, same is denied.

7. Defendant, Staples, is without knowledge or information sufficient to form a belief as to the truth of the averment with respect to defendant, JSJ Seating Corporation, and, further, to the extent that the allegation is in any way directed to defendant, Staples, same is denied.

8. Defendant, Staples, is without knowledge or information sufficient to form a belief as to the truth of the averment with respect to defendant, JSJ Seating Corporation, and, further, to the extent that the allegation is in any way directed to defendant, Staples, same is denied.

**Fourteenth Defense**

With respect to that portion of the plaintiff's complaint denominated "Count XIII", defendant responds to the numbered paragraphs as follows:

1. Defendant hereby restates and incorporates by reference its responses to paragraphs 1 through 20 of the general allegations as if fully set forth herein.

2. Defendant, Staples, is without knowledge or information sufficient to form a belief as to the truth of the averments with respect to defendant, John Doe, and further, to the extent that the allegation is any way directed to defendant, Staples, same is denied.

3. Defendant, Staples, is without knowledge or information sufficient to form a belief as to the truth of the averments with respect to defendant, John Doe, and further, to the extent that the allegation is any way directed to defendant, Staples, same is denied.

4. Defendant, Staples, is without knowledge or information sufficient to form a belief as to the truth of the averments with respect to defendant, John Doe, and further, to the extent that the allegation is any way directed to defendant, Staples, same is denied.

5. Defendant, Staples, is without knowledge or information sufficient to form a belief as to the truth of the averments with respect to defendant, John Doe, and further, to the extent that the allegation is any way directed to defendant, Staples, same is denied.

6. Defendant, Staples, is without knowledge or information sufficient to form a belief as to the truth of the averments with respect to defendant, John Doe, and further, to the extent that the allegation is any way directed to defendant, Staples, same is denied.

7. Defendant, Staples, is without knowledge or information sufficient to form a belief as to the truth of the averments with respect to defendant, John Doe, and further, to the extent that the allegation is any way directed to defendant, Staples, same is denied.

**Fifteenth Defense**

With respect to that portion of the plaintiff's complaint denominated "Count XIV", defendant responds to the numbered paragraphs as follows:

1. Defendant hereby restates and incorporates by reference its responses to paragraphs 1 through 20 of the general allegations as if fully set forth herein.

2. Defendant, staples, is without knowledge or information sufficient to form a belief as to the truth of the averments with respect to defendant, John Doe, and, further,

to the extent that the allegation is in any way directed to defendant, Staples, same is denied.

3. Defendant, staples, is without knowledge or information sufficient to form a belief as to the truth of the averments with respect to defendant, John Doe, and, further, to the extent that the allegation is in any way directed to defendant, Staples, same is denied.

4. Defendant, staples, is without knowledge or information sufficient to form a belief as to the truth of the averments with respect to defendant, John Doe, and, further, to the extent that the allegation is in any way directed to defendant, Staples, same is denied.

5. Defendant, staples, is without knowledge or information sufficient to form a belief as to the truth of the averments with respect to defendant, John Doe, and, further, to the extent that the allegation is in any way directed to defendant, Staples, same is denied.

6. Defendant, staples, is without knowledge or information sufficient to form a belief as to the truth of the averments with respect to defendant, John Doe, and, further, to the extent that the allegation is in any way directed to defendant, Staples, same is denied.

7. Defendant, staples, is without knowledge or information sufficient to form a belief as to the truth of the averments with respect to defendant, John Doe, and, further, to the extent that the allegation is in any way directed to defendant, Staples, same is denied.

8. Defendant, staples, is without knowledge or information sufficient to form a belief as to the truth of the averments with respect to defendant, John Doe, and, further, to the extent that the allegation is in any way directed to defendant, Staples, same is denied.

9. Defendant, staples, is without knowledge or information sufficient to form a belief as to the truth of the averments with respect to defendant, John Doe, and, further, to the extent that the allegation is in any way directed to defendant, Staples, same is denied.

10. Defendant, staples, is without knowledge or information sufficient to form a belief as to the truth of the averments with respect to defendant, John Doe, and, further, to the extent that the allegation is in any way directed to defendant, Staples, same is denied.

**Sixteenth Defense**

With respect to that portion of the plaintiff's complaint denominated "Count XV" defendant responds to the numbered paragraphs as follows:

1. Defendant hereby restates and incorporates by reference its responses to paragraphs 1 through 20 of the general allegations as if fully set forth herein.

2. Defendant, Staples, is without knowledge or information sufficient to form a belief as to the truth of the averment with respect to defendant, John Doe, and, further, to the extent that the allegation is in any way directed to defendant, Staples, same is denied.

3. Defendant, Staples, is without knowledge or information sufficient to form a belief as to the truth of the averment with respect to defendant, John Doe, and, further,

to the extent that the allegation is in any way directed to defendant, Staples, same is denied.

4. Defendant, Staples, is without knowledge or information sufficient to form a belief as to the truth of the averment with respect to defendant, John Doe, and, further, to the extent that the allegation is in any way directed to defendant, Staples, same is denied

5. Defendant, Staples, is without knowledge or information sufficient to form a belief as to the truth of the averment with respect to defendant, John Doe, and, further, to the extent that the allegation is in any way directed to defendant, Staples, same is denied.

6. Defendant, Staples, is without knowledge or information sufficient to form a belief as to the truth of the averment with respect to defendant, John Doe, and, further, to the extent that the allegation is in any way directed to defendant, Staples, same is denied.

7. Defendant, Staples, is without knowledge or information sufficient to form a belief as to the truth of the averment with respect to defendant, John Doe, and, further, to the extent that the allegation is in any way directed to defendant, Staples, same is denied.

8. Defendant, Staples, is without knowledge or information sufficient to form a belief as to the truth of the averment with respect to defendant, John Doe, and, further, to the extent that the allegation is in any way directed to defendant, Staples, same is denied.

**Seventeenth Defense**

Defendant asserts all applicable statutes of limitations as a bar to plaintiffs' claim.

**Eighteenth Defense**

Plaintiff's injuries, if any, were sustained as a result of the acts or omissions of third parties for whom this defendant is not responsible.

**Nineteenth Defense**

Plaintiff's injuries, if any, were sustained as a result of the independent intervening and/or superseding actions or omissions of others for whom this defendant is not responsible.

**Twentieth Defense**

Defendant asserts that the misuse of the alleged chair by plaintiff and/or third parties bars the claim against this defendant.

**Twenty-First Defense**

Defendant asserts that plaintiff's failure to follow directions and/or the failure of others to follow directions with respect to the alleged chair bar plaintiff's claim against defendant.

**Twenty-Second Defense**

Defendant asserts failure to maintain the alleged chair bars the claim against this defendant.

**Twenty-Third Defense**

Defendant asserts assumption of the risk on the part of the plaintiff bars her claim.

**Twenty-Fourth Defense**

Defendant asserts lack of notice.

**Twenty-Fifth Defense**

Defendant asserts lack of privity of contract.

**Twenty-Sixth Defense**

Defendant asserts improper venue in that the defendant's principal place of business as alleged in the complaint; the place of business at which the plaintiff allegedly was injured; the location of the chair at the time of the alleged injury; and the injury itself all are located and/or occurred within the bounds of the Commonwealth of Massachusetts and that correct venue is in, and applicable substantive law properly is that of Massachusetts.

**Twenty-Seventh Defense**

At the time of this answer defendant is without knowledge or information sufficient to determine whether or not there are additional affirmative defenses which properly may be asserted and, therefore, defendant reserves the right to assert further affirmative defenses in the event that they become apparent during the course of pre-trial discovery and/or at trial.

WHEREFORE defendant, Staples, Inc., requests this Honorable Court to deny and dismiss the complaint of plaintiffs and award defendant its costs and such other relief as this Honorable Court deems just.

**Defendant, Staples, Inc. hereby claims a trial by jury and designates James T. Murphy and Kelly N. Michels as trial counsel.**

Staples, Inc.
By their Attorneys,

HANSON CURRAN LLP

/s/ Kelly N. Michels
James T. Murphy, Esq. (#1698)
Kelly N. Michels, Esq. (#6478)
146 Westminster Street
Providence, RI 02903-2202
(401) 421-2154 – telephone
(401) 521-7040 – fax

**PROOF OF SERVICE**

I hereby certify that on this 12th day of December, 2007, I served the within by mailing a copy of same to **Donna Lamontagne, Esquire**, Zizik, Powers, O'Connell, Spaulding & Lamontagne, P.C., 40 Westminster Street, Suite 201, Providence, RI 02903, **Eric D. Stubenvoll, Esq.,** Christensen & Ehret, LLP, 222 West Adams, Suite 2170, Chicago, IL 60606, and to **Michael T. Eskey, Esq.,** DeLuca and Weizenbaum., 199 North Main Street, Providence, RI 02903.

/s/ Kelly N. Michels
of Hanson Curran LLP