UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

MARY ANN KING
And PHILLIP KING,
Plaintiffs

v. C.A. No.: 06-258S

STAPLES, INC.; IZZY DESIGN
JSJ CORPORATION;
JOHN DOE COMPANY,
Defendants

**JOINT MOTION TO CONTINUE HEARING ON IZZY DESIGN AND JSJ CORPORATION'S MOTION FOR SUMMARY JUDGMENT**

The parties in the above-captioned matter, by their undersigned counsel, hereby jointly move that the Court continue the hearing on Izzy Design and JSJ Corporation's Motion for Summary Judgment, currently scheduled for January 15, 2008, to January 28, 2008.

In support thereof, the parties state as follows:

1. Local counsel for defendants, Izzy Design and JSJ Corporation has an all day mediation scheduled for January 15, 2008 in Boston, MA.

2. The parties agree that no party will be prejudiced by the allowance of this motion.

3. The parties, therefore, jointly request that the hearing on Izzy Design and JSJ Corporation's Motion for Summary Judgment be continued.

Plaintiffs,
By Their Attorney,

/s/ Michael T. Eskey
Michael T. Eskey
DeLuca & Weizenbaum, Ltd.
199 North Main Street
Providence, RI 02903
(401) 453-1500
Email: Tim@delucaandweizenbaum.com

Defendants,
Izzy Design and JSJ Corporation,
By Their Attorney,

/s/Donna M. Lamontagne
Donna M. Lamontagne (#5138)
Zizik, Powers, O'Connell, Spaulding
& Lamontagne
40 Westminster Street, Suite 201
Providence, Rhode Island 02903
(401) 421-7110
Email:dlamontagne@zizikpowers.com

Defendant,
Staples, Inc.,
By Its Attorney,

/s/Kelly N. Michels
Kelly N. Michels
Hanson Curran LLP
146 Westminster Street
Providence, RI 02903-2218
(401) 421-2154
Email: knm@hansoncurran.com

## CERTIFICATION OF SERVICE

I hereby certify that on the 2nd day of January, 2008 I caused the original of the within Motion to be electronically filed with the Clerk of the United States District Court and true copies to be forwarded electronically to **Amato A. DeLuca, Esq. and Michael T. Eskey, Esq.,** DeLuca & Weizenbaum, Ltd., 199 North Main Street, Providence, RI 02903, **James T. Murphy, Esq. and Kelly N. Michels, Esq.,** Hanson Curran LLP, 146 Westminster Street, Providence, RI 02903-2202 and **Eric D. Stubenvoll, Esq.,** Christensen & Ehret, LLP, 222 West Adams Street, Chicago, IL 60606.

/s/ Donna M. Lamontagne
Zizik, Powers, O'Connell, Spaulding
& Lamontagne, P.C.