UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MARY ANN KING, and PHILLIP KING, Plaintiffs, | : | |
| v. | : | CA 06-258 S |
| STAPLES INC.; IZZY DESIGN; JSJ SEATING COMPANY TEXAS, LP; JSJ SEATING CORPORATION; JOHN DOE COMPANY, Defendants. | : | |

**ORDER**
**DIRECTING PLAINTIFFS**
**TO FILE SUPPLEMENTAL RESPONSE**

Plaintiffs are directed to file a supplemental response to Izzy Design and JSJ Corporation's Statement of Uncontroverted Facts in Support of Their Motion for Summary Judgment[1] ("Statement of Uncontroverted Facts"). The response shall have two parts.

I. Part I shall address each of the 42 separately numbered paragraphs of the Statement of Uncontroverted Facts and shall be labeled as **Plaintiffs' Response to Defendants' Statement of Uncontroverted Facts.** As to each numbered paragraph, Plaintiffs shall state either that the fact(s) alleged in the paragraph is

[1] Izzy Design and JSJ Corporation's Statement of Uncontroverted Facts in Support of Their Motion for Summary Judgment should have been titled Izzy Design and JSJ Corporation's Statement of Undisputed Facts as required by the Local Rules. See DRI LR Cv 56(a). Although the Court treats Defendants' filing as constituting the required "Statement of Undisputed Facts," id., Defendants' attention is directed to the Local Rules.

"Disputed" or "Undisputed." If "Disputed," Plaintiff shall identify specifically the evidence which controverts the particular fact(s) alleged by Defendants. The format which Plaintiffs' response should follow appears below:

1. Undisputed.

2. Undisputed.

....

12. Disputed. Mr. X testified that the only chairs on site at Texas Instruments were made by Miller Axis and Herman Miller. See Deposition of Mr. X, p. 76, Record Appendix at _____.

If an alleged fact is only partially disputed, Plaintiffs shall so indicate in a manner similar to that shown below:

13. Partially Disputed. Plaintiffs agree that there were eight or nine different styles of chairs on site, but dispute that there were any chairs on site made by Steelcase. See Deposition of Mr. X, p. 35, Record Appendix at _____.

II. In Part II of the Supplemental Response, Plaintiffs are to state any additional facts which they contend are disputed or undisputed and which preclude the granting of Defendants' motion for summary judgment. This part shall be labeled as "**Plaintiffs' Statement of Additional Disputed and/or Undisputed Facts.**" The additional disputed and/or undisputed facts contained in this section shall be set forth in separately numbered paragraphs, and each paragraph shall contain citations to the record supporting

the disputed or undisputed fact alleged in the paragraph.

Plaintiffs shall comply with this Order by February 18, 2008.[2]

ENTER:

/s/ David L. Martin
DAVID L. MARTIN
United States Magistrate Judge
January 28, 2008

[2] The purpose of this Order is not to provide Plaintiffs with a second opportunity to dispute facts, but only to assist the Court in identifying: a) which facts Plaintiffs contend are in dispute and/or b) additional facts which Plaintiffs contend preclude the granting of Defendants' motion for summary judgment. Accordingly, the basis for Plaintiffs' disputation of Defendants' Statement of Uncontroverted Facts or for Plaintiffs' assertion of additional facts which preclude the granting of Defendants' motion for summary judgement should already be contained within the "Facts" section of Plaintiffs' Memorandum in Support of Objection to Defendants' Motion for Summary Judgment ("Plaintiffs' Mem."). See Plaintiffs' Mem. at 3-14.