**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| MARY ANN KING | : | |
| and PHILLIP KING | : | |
| Plaintiffs | : | |
| v. | : | C.A. No.: 06-258-S |
| | : | |
| STAPLES INC.; IZZY DESIGN; | : | |
| JSJ CORPORATION; | : | |
| JOHN DOE COMPANY | : | |
| Defendants | | |

**PLAINTIFF'S AMENDED NOTICE TO TAKE DEPOSITION**

**DEPONENT:** **Ken Ahlburg**
**DATE & TIME:** **February 27, 2008 at 9:00 a.m.**
**PLACE:** **Holiday Inn Express**
**7601 East Ben White Blvd.**
**Austin, TX 78741**

Please take notice the plaintiff will take the deposition by stenographic means of the above-named deponent upon oral examination before a Notary Public of the State of Texas, or some other duly qualified person, on the date and at the time set forth above and thereafter from day to day as the taking of the deposition may be adjourned, at Holiday Inn Express, 7601 East Ben White Blvd., Austin, TX, at which time and place you are notified to appear and take such part in the examination as you may be advised and as shall be fit and proper.

Plaintiffs,
By their attorneys,

/s/ Michael T. Eskey

Amato A. DeLuca (#0531)
Miriam Weizenbaum (#5182)
Michael T. Eskey (#3035)
**DELUCA & WEIZENBAUM, LTD.**
199 North Main Street
Providence, RI 02903
(401) 453-1500
(401) 453-1501 Fax

**** Please note change in start time only****

**CERTIFICATION**

I hereby certify that I served a true copy of the within to the following attorneys of record on the 20th day of February, 2008 by *e-file and regular mail:*

Jim Murphy, Esq.
Hanson Curran
146 Westminster Street
Providence, RI 0290340

Donna LaMontagne, Esq.
Zizik, Powers, O'Connell, Spaulding & LaMontagne, P.C.
Westminster Street, Suite 201
Providence, RI 02903

Eric D. Stubenvoll (*first class mail*)
Christensen & Ehret, LLP
222 West Adams, Ste. 2170
Chicago, IL 60606

Esquire Deposition Services
10 Weybosset Street, Suite 402
Providence, RI 02903

/s/Michael T. Eskey