**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Business Interiors & Equipment
1634 West Broadway
Moses Lake, WA 98837

7000 0520 0024 2773 6603

2. Article Number *(Copy from service label)*

***COMPLETE THIS SECTION ON DELIVERY***

A. Received by *(Please Print Clearly)* TRENE CHAVEZ

B. Date of Delivery 11-21-00

C. Signature X [signature]

☐ Agent
☐ Addressee

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☒ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)* ☐ Yes

PS Form 3811, July 1999 Domestic Return Receipt 102595-00-M-0952

DEFENDANT'S EXHIBIT 1

Blumberg No. 5114

IZ 02263