**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| MARY ANN KING | : | |
| and PHILLIP KING | : | |
| Plaintiffs | : | |
| | : | |
| v. | : | C.A. No.: 06-258-S |
| | : | |
| STAPLES INC.; IZZY DESIGN; | : | |
| JSJ CORPORATION; | : | |
| JOHN DOE COMPANY | : | |
| Defendants | : | |

**JOINT MOTION TO MODIFY PRETRIAL ORDER**

Now come the parties in the above-captioned matter and hereby respectfully request this Honorable Court to issue an Order modifying the Pretrial Order to extend the time allowed for the completion of fact discovery and corresponding deadlines. As grounds, the parties state as follows:

1. This is a products liability action in which plaintiff, Mary Ann King, claims that she sustained serious injuries as a proximate result of the failure of a defective and negligently designed office chair. Ms. King claims that defendants designed, manufactured, and sold the subject chair. Defendants deny plaintiff's claims.

2. Now that this matter has progressed beyond summary judgment, the parties must undertake out-of-state depositions of fact witnesses to complete discovery. The parties are in the process of scheduling said depositions in Texas in September/October.

3. As such, the parties are requesting that the Court extend discovery and associated deadlines as follows:

**Fact Discovery Closure:** October 23, 2008. Corresponding deadlines will be adjusted accordingly.

**Plaintiff Expert Disclosure:** 45 days after discovery closure.

**Defendant Expert Disclosure:** 30 days after plaintiff's expert disclosure.

**Expert Depositions, Commence:** Immediately after defendants' expert disclosure.

**Expert Discovery Closure:** 60 days after defendants' expert disclosure.

4. Granting the within motion will not delay trial of this matter.

Plaintiffs,
By their Attorneys,
/s/ Michael T. Eskey
Amato A. DeLuca (#0531)
Miriam Weizenbaum (#5182)
Michael T. Eskey (#3035)
**DELUCA & WEIZENBAUM, LTD.**
199 North Main Street
Providence, RI 02903
(401) 453-1500
(401) 453-1501 Fax
tim@delucaandweizenbaum.com

Defendant, Staples, Inc.
By its Attorneys,
/s/ Kelly N. Michels
Kelly Michels (#6478)
**Hanson Curran**
146 Westminster Street
Providence, RI 02903
(401) 421-2154
(401) 521-7040 Fax
knm@hansoncurran.com

Defendant, Izzy Design and
JSJ Corporation
By their Attorneys,
/s/Donna Lamontagne
Donna LaMontagne (#5138)
**Zizik, Powers, O'Connell, Spaulding & LaMontagne, P.C.**
40Westminster Street, Suite 201
Providence, RI 02903
(401) 421-7110
(401) 421-7111 Fax
dlamontagne@zizikpowers.com

Defendant, Izzy Design and
JSJ Corporation
By their Attorneys,
/s/ Eric D. Stubenvoll
Eric D. Stubenvoll (Out of State Counsel)
**Christensen & Ehret, LLP**
222 West Adams, Ste. 2170
Chicago, IL 60606
(312) 634-1014
(312) 634-1018 Fax
estubenvoll@christensenehret.com