UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

Mary Ann King,
and Phillip King,
Plaintiff

v. C.A. No. 06-258S

Staples Inc.; Izzy Design;
JSJ Seating Company Texas, LP;
JSJ Seating Corporation;
John Doe Company,
Defendant

**ORDER**

The Report and Recommendation of United States Magistrate Judge David L. Martin filed on July 25, 2008 in the above-captioned matter is accepted pursuant to Title 28 United States Code § 636(b)(1). No objection having been filed, Defendant's Motion for Summary Judgment is DENIED. To the extent that the Motion seeks summary judgment as to JSJ , it is ruled moot.

By Order,

Wendy Teile
Deputy Clerk

ENTER:

WESmith

William E. Smith
United States District Judge

Date: 8/19/08